# United States District Court

_____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

UNITED STATES FIDELITY AND GUARANTY COMPANY
    Plaintiff

## SUMMONS IN A CIVIL CASE

V.

Bruce J. Brown and Brown, Schultz Sheridan & Fritz,
    Defendants

CASE NUMBER:   1:01-CV-813
                    Judge Kane
                    Mag. Judge Smyser

TO: (Name and address of defendant)

(See Complt.)

**FILED**
HARRISBURG
JUN 0 8 2001
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bernkopf, Goodman & Baseman, LLP
Peter McLynn, Esq.
125 Summer St. Suite 1300
Boston, MA 02110
(617) 790-3000

an answer to the complaint which is herewith served upon you, within ___(20) Twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary E. D'Andrea, Clerk
CLERK

May 9, 2001
DATE

George T. Gardner  /s/ George T. Gardner
(BY) DEPUTY CLERK

## WAIVER OF SERVICE OF SUMMONS

TO: _JEFFREY B. RETTIG_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _UNITED STATES FIDELITY & GUARANTY_ vs. _BRUCE J BROWN AND BROWN SCHULTZ SHERIDAN AND FRITZ_ which is case number _1:01-CV-813_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _5/11/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_5/23/01_
Date

Signature: _[signed] B J Bn_

Printed/Typed Name: _Bruce J Brown_

Title if any: _President_

Address: _Brown Schultz Sheridan and Fritz_
_210 Grandview Ave_
_Camp Hill PA 17011_

For Corporation, if any: _[signed] B J Bn Pres_

Representing defendant(s) if any: ___