UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company | : | |
| v. | : | |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : | No: 01-CIV-813 |

FILED SCRANTON
JUN 2 9 2001
PER _____ DEPUTY CLERK

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance in the above-captioned matter on behalf of defendants.

BY: _____
Jeffrey B. McCarron
Attorney for Defendants

SWARTZ, CAMPBELL & DETWEILER
1601 Market Street, 34th Floor
Philadelphia, PA 19103
(215) 299-4376

DATE: 6/27/01