ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE KANE |

FILED
HARRISBURG, PA
MAY 0 8 2002
MAR E. D'ANDREA CLERK
Per _____
Deputy Clerk

### STATEMENT REGARDING DISCOVERY MOTION

Pursuant to Local Rule 26.3, counsel for United States Fidelity & Guaranty Company ("USF&G") states that prior to filing United States Fidelity and Guaranty Company's Motion to Compel Production of Documents it attempted in good faith to resolve relevant issues. On or about April 19, 2002, counsel sent a letter, including citation of legal authority, in support of its position. No response was received. On May 3, 2002, a telephone call was placed to Kathleen Carson, Esquire, counsel for Bruce J. Brown and Brown Schultz Sheridan & Fritz to discuss this matter. A second discussion was held on May 6, 2002. Unfortunately, the parties were unable to resolve their dispute concerning the applicability of the accountant client privilege, 63 Pa. St. §11.9a, to documents sought by USF&G.

USF&G files herewith and incorporates herein United States Fidelity and Guaranty Company's Motion to Compel Production of Documents.

UNITED STATES FIDELITY
& GUARANTY COMPANY,
By its attorneys,

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA  02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300

and

Jeffrey Rettig, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA  17101
Telephone:    (717) 237-7100
Facsimile:    (717) 237-7105

Dated: May 6, 2002
#244783 v1/36432/87

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) 5/6/02

-2-