㉓
59-C

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company,<br>    Plaintiff | : | Civil No. 1:01-CV-0813 |
| v. | : | |
| | : | (Judge Kane) |
| Bruce J. Brown and Brown, Schultz, Sheridan & Fritz,<br>    Defendants | : | (Magistrate Judge Smyser) |

FILED
HARRISBURG, PA

MAY 09 2002

MARY E. D'ANDREA, CLERK
Per _____
   Deputy Clerk

**ORDER**

AND NOW, this 8TH day of May, 2002, upon consideration of the parties' Joint Motion for Limited Modification of the Case Management Order, *(Doc. 20)* it is hereby ORDERED that the motion is GRANTED and the deadlines in the August 17, 2001 Case Management Order are modified as set forth below:

| | |
|---|---|
| Discovery Deadline: | June 22, 2002 |
| Submission of Expert Reports | |
|  Plaintiff | July 22, 2002 |
|  Defendants | August 21, 2002 |
| Dispositive Motions | August 30, 2002 |

All other dates and/or deadlines in the August 17, 2002 Case Management Order remain in effect.

BY THE COURT:

_____
         M.J.