UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | : | CIVIL NO. 1:01-CV-0813 |
| Plaintiff | : | (Judge Kane) |
| v. | : | (Magistrate Judge Smyser) |
| BRUCE J. BROWN, BROWN SCHULTZ SHERIDAN & FRITZ, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

JUN 0 4 2002

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

ORDER

The parties were given a deadline of May 15, 2002 to state that they consent to proceed before a magistrate judge or that they do not consent. We have not received a statement of consent from the parties. Therefore, **IT IS ORDERED** that the pretrial conference set for November 21, 2002 and the jury selection and trial set for December 2, 2002 are **CANCELED**.

J. Andrew Smyser
Magistrate Judge

Dated: June 4, 2002.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 4, 2002

Re: 1:01-cv-00813    United States Fid. v. Brown

True and correct copies of the attached were mailed by the clerk to the following:

Jeffrey B. Rettig, Esq.
Hartman, Osborne & Rettig, P.C.
126-128 Walnut Street
Harrisburg, PA  17101-0999

Peter B. McGlynn, Esq.
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

Bruce D. Levin, Esq.
Bernkopf, Goodman & Baseman LLP
blevin
125 Summer Street, Suite 1300
Boston, MA  02110        Fax No.: 16177903300

Jeffrey B. McCarron, Esq.
Swartz, Campbell & Detweiler
jmccarron
1601 Market St.
34th Floor
Philadelphia, PA  19103 Fax No.: 12152994301

Kathleen M. Carson, Esq.
Swartz, Campbell & Detweiler
1601 Market Street
34th Floor
Philadelphia, PA  19103-2316

```
cc:
Judge                           ( )              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
                                                 MARY E. D'ANDREA, Clerk

DATE: _____6/4/02_____                     BY: _____
                                                 Deputy Clerk
```