UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE KANE |

FILED
HARRISBURG, PA
JUN 1 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## STATEMENT REGARDING COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, counsel for United States Fidelity & Guaranty Company ("USF&G") states that prior to filing the Motion to Amend Case Management Order Regarding Expert Reports it attempted in good faith to resolve relevant issues. On or about June 5, 2002, counsel sent a letter seeking concurrence with that Motion or, in the alternative, suggestions for any possible compromise. No response was received. On June 7, 2002, an e-mail message was sent to Kathleen Carson, Esquire, counsel for Bruce J. Brown and Brown Schultz Sheridan & Fritz seeking, again, to solicit counsel's views on this matter. No response was received.

USF&G files herewith and incorporates herein the Motion to Amend Case Management Order Regarding Expert Reports.

          UNITED STATES FIDELITY
          & GUARANTY COMPANY,
          By its attorneys,

          _____
          Peter B. McGlynn, Esquire
          Bruce D. Levin, Esquire
          Bernkopf, Goodman & Baseman LLP
          125 Summer Street, Suite 1300
          Boston, MA  02110
          Telephone:   (617) 790-3000
          Facsimile:   (617) 790-3300

          and

          Peter Speaker, Esquire
          Thomas, Thomas & Hafer
          305 North Front Street
          Harrisburg, PA  17101
          Telephone:   (717) 237-7100
          Facsimile:   (717) 237-7105

Dated: June 10, 2002
#247038 v1/36432/87

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) 6/10/02