UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, <br> Plaintiff <br><br> v. <br><br> BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, <br> Defendants. | CIVIL ACTION NO. 1:01-CV-00813 <br><br> JUDGE KANE |

**FILED**
HARRISBURG, PA
JUN 14 2002
MARY E. D'ANDREA, CLERK
Per _____

[PROPOSED] ORDER REGARDING MOTION TO AMEND
CASE MANAGEMENT ORDER REGARDING EXPERT REPORTS

AND NOW, this 14TH day of June, 2002, upon consideration of United States Fidelity & Guaranty Company's Motion to Amend Case Management Order Regarding Expert Reports, (Doc. 29) it is hereby ORDERED that the motion is GRANTED and the deadlines in the August 17, 2001 Case Management Order, as modified by the Order dated May 8, 2002, are modified as set forth below:

Submission of Rebuttal Expert Reports

    USF&G                                                               9/20/02

All other dates and/or deadlines in the August 17, 2001 Case Management Order, as modified by the Order dated May 8, 2002, remain in effect.

By the Court:

_____

Dated: June 14, 2002

#246993 v1/36432/87