ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

FILED
HARRISBURG, PA

JUN 2 ... 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>    Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and<br>BROWN SCHULTZ SHERIDAN & FRITZ,<br>    Defendants | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE KANE<br><br>MAGISTRATE SMYSER |

**STATEMENT REGARDING DISCOVERY MOTION**

Pursuant to Local Rule 26.3, counsel for defendants, Bruce Brown and Brown Schultz Sheridan & Fritz, states that prior to filing the motion to compel production of documents it attempted in good faith to resolve the relevant issues. On May 8 and 15, 2002, counsel sent letters to plaintiff's counsel including citation of legal authority, in support of its position regarding th relevance and non-privilege nature of the documents sought. Plaintiff responded declining to produce the requested

documents as well as a privilege log. In addition, numerous telephone discussion have been held to attempt to resolve the issues. While plaintiff's counsel indicated USF&G might be willing to consider production of certain of the requested documents, plaintiff's counsel has not responded with regard to whether such documents would be produced.

        SWARTZ, CAMPBELL & DETWEILER

BY: *Kathleen M. Carson*
    Jeffrey B. McCarron
    Kathleen M. Carson
    1601 Market Street
    34th Floor
    Philadelphia, PA 19102
    Telephone: (215) 564-5190
    Facsimile: (215) 299-4301

Dated: June 19, 2002