cc: Ct; Attys Rettig, McGlynn; Levin; Speaker; McCarron + Carson

④1
8/7/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | CIVIL NO. 1:01-CV-0813 |
| Plaintiff | (Judge Kane) |
| v. | (Magistrate Judge Smyser) |
| BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, | FILED HARRISBURG, PA |
| Defendants | AUG 07 2002 |
| | MARY E. D'ANDREA, CLERK Per _____ Deputy Clerk |

ORDER

AND NOW, this 7th day of August, 2002, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 40) to file a sur-reply brief is **GRANTED**. The Clerk of Court is directed to file and docket the sur-reply brief attached to the plaintiff's motion.

J. Andrew Smyser
Magistrate Judge

Dated: August 7, 2002.