cc: MJ Smyser; Atty Rettig; McGlynn, Livin, Speaker, McCarron; Carson

45
8/20/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | : | **CIVIL NO. 1:01-CV-0813** |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | |
| v. | : | (Magistrate Judge Smyser) |
| | : | |
| BRUCE J. BROWN, BROWN SCHULTZ SHERIDAN & FRITZ, | : | |
| | : | **FILED** |
| Defendants | : | HARRISBURG, PA |
| | | AUG 2 0 2002 |
| | | MARY E. D'ANDREA, CLERK |
| | ORDER | Per _____ Deputy Clerk |

Upon a consideration of the motion of the defendants for reconsideration of the Order of June 13, 2002 and the substitution for that Order of an Order that does not include a provision awarding reasonable attorneys' fees to the plaintiff or that awards "a fraction of the amount demanded by the plaintiff," and upon a consideration of the brief in support, the brief in opposition and the reply brief, **IT IS ORDERED** that the motion for reconsideration is **DENIED**. Neither the Order of June 13, 2002 nor this Order shall be construed to preclude a determination, after a hearing, of the reasonableness of the plaintiff's attorneys' fees. A hearing upon that issue will

AO 72A
(Rev. 8/82)

be scheduled by the court upon the motion request of the defendants.

                                                  /s/ J. Andrew Smyser
                                                  J. Andrew Smyser
                                                  Magistrate Judge

Dated:   August  20 , 2002.

AO 72A
(Rev. 8/82)