UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| United States Fidelity and Guaranty Company | : : : |
| v. | : : |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : : No: 01-CIV-813 |

## MOTION OF DEFENDANTS FOR LEAVE TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES

Pursuant to Local Rule 7.8, defendants, Bruce Brown and Brown Schultz Sheridan & Fritz, seek leave to file a brief in excess of fifteen pages in support of their Motion for Summary Judgment and set forth the following in support thereof:

1. This is an action is which Plaintiff, a company that issued surety credit to a construction company, seeks to recover damages from the defendant accountants for alleged negligent misrepresentations contained in three years of audited financial statements prepared by defendants for CCI Construction Company.

2. Plaintiff claims that it issued 19 sets of payment and performance bonds to CCI Construction Company in reliance on the audited financials and alleges it has sustained over $31,000,000 in losses as a result.

3. Defendants filed a motion for summary judgment raising a variety

of complex complex legal issues.

4. In order to set forth full and complete arguments in support of the motion, a brief of more than fifteen pages is required.

5. Plaintiff does not oppose this motion.

WHEREFORE, Defendants request that they be permitted to file a brief in support of their Motion for Summary Judgment in excess of fifteen pages.

                                                  SWARTZ, CAMPBELL & DETWEILER

                                                  BY: *Kathleen M. Carson*

                                                    JEFFREY B. McCARRON
                                                    KATHLEEN CARSON

                                                    1601 Market Street
                                                    34th Floor
                                                    Philadelphia, PA 19103
                                                    (215) 564-5190

                                                    **ATTORNEYS FOR DEFENDANTS**

Dated: September 12, 2002

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States Fidelity and Guaranty Company | : |
| v. | : |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : No: 01-CIV-813 |

## CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

I, Justin Murphy, Esquire, certify that I contacted Bruce Levin, counsel for Plaintiff. Plaintiff is in concurrence with defendant's motion to file a brief in excess of fifteen pages. Defendants do not object to any request by Plaintiff for an additional six days within which to respond to defendant's brief.

SWARTZ, CAMPBELL & DETWEILER

_____
Justin Murphy
1601 Market Street, 34th Floor
Philadelphia, PA 19103
(215) 564-5190

Dated: September 12, 2002

## CERTIFICATE OF SERVICE

I, Kathleen M. Carson, Esquire, counsel for defendants, Bruce J. Brown and Brown, Schultz Sheridan & Fritz, hereby certify that a copy of defendants' motion for leave to file a brief in excess of fifteen pages was served upon all counsel listed below by facsimile and first class U.S. mail, postage prepaid on September 12, 2002

Peter Speaker, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA 17101

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

*Kathleen M. Carson*
Kathleen M. Carson

Date: September 12, 2002