UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

SEP 16 2002

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

United States Fidelity and :
Guaranty Company :
 :
v. :
 :
Bruce J. Brown and Brown, Schultz :
Sheridan & Fritz :    No: 01-CIV-813

## ORDER

AND NOW, this 16TH day of September 2002, upon consideration of

Defendants' motion for leave to file a brief in excess of the fifteen page limit imposed

by Local Rule 7.8 and being advised that plaintiff does not oppose the relief

requested, defendants' motion *(doc. 48)* is hereby granted and defendants may file a brief in

support of its motion for summary judgment in excess of the fifteen page limit.

_____
                     J.