UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

United States Fidelity and
Guaranty Company

v.

Bruce J. Brown and Brown, Schultz
Sheridan & Fritz

No: 01-CIV-813

## EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**Table of Contents**

| | | |
|---|---|---|
| Exhibit A | | Excerpts from the Deposition of John Ortenzio |
| Exhibit B | | Affidavit of Kathleen M. Carson (with attached Exhibits 1 through 15) |
| Exhibit C | | Expert Report of Steve J. De Bruyn, CPA |
| Exhibit C1 | | Excerpts from the Deposition of Corinne Rebinski |
| Exhibit C2 | | Excerpts from the Deposition of Deborah Bowman |
| Exhibit C3 | | Excerpts from the Deposition of Bruce J. Brown (1/17/02) |
| Exhibit D | | Excerpts from the Deposition of Sheri Phillips |
| Exhibit E | | Excerpts from the Deposition of James Daily |
| Exhibit F | | Excerpts from the Deposition of Anthony S. Phillips<br>Exhibits 9 and 10 from A. Phillips Deposition |

| | |
|---|---|
| Exhibit G | Excerpts from the Deposition of Stephen Salazar<br>Exhibits 1, 7-11, 13, 15 from Salazar Deposition |
| Exhibit H | Audited Financial Statements for CCI Construction Co. for the Years Ended December 31, 1993 and 1992 |
| Exhibit I | United States Fidelity & Guaranty Company's Answers to Defendants' [First] Set of Interrogatories |
| Exhibit J | Audited Financial Statements for CCI Construction Co. for the Years Ended December 31, 1994 and 1993 (incorrectly referenced as Exhibit I in the Statement of Material Facts) |
| Exhibit K | Audited Financial Statements for CCI Construction Co. for the Years Ended December 31, 1995 and 1994 (incorrectly referenced as Exhibit J in the Statement of Material Facts) |
| Exhibit L | Audited Financial Statements for CCI Construction Co. for the Years Ended December 31, 1996 and 1995 (incorrectly referenced as Exhibit K in the Statement of Material Facts) |
| Exhibit M | Audited Financial Statements for CCI Construction Co. for the Years Ended December 31, 1997 and 1996 (incorrectly referenced as Exhibit L in the Statement of Material Facts) |
| Exhibit N | Audited Financial Statements for CCI Construction Co. for the Years Ended December 31, 1997 and 1996 (incorrectly referenced as Exhibit M in the Statement of Material Facts) |

Exhibit O        Excerpts from the Deposition of David Hussey