



2 Oct
w/order

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE KANE |

FILED
HARRISBURG,

SEP 1 9 2002

MARY E. D'ANDREA,
Deputy Clerk

## MOTION OF UNITED STATES FIDELITY AND GUARANTY COMPANY FOR LEAVE TO FILE OPPOSITION BRIEF IN EXCESS OF FIFTEEN PAGES AND FOR SIX DAY EXTENSION OF TIME TO FILE OPPOSITION

Pursuant to Local Rules 7.8 and 7.6, United States Fidelity & Guaranty Company ("USF&G") seeks leave to file a brief in excess of fifteen pages in support of its opposition to Defendants' Motion for Summary Judgment. Additionally, USF&G seeks an additional six (6) days (for a total of 21 days) to file its Opposition to Defendants' Motion for Summary Judgment and supporting brief, affidavits, exhibits and statement of disputed facts.

In support of this Motion, USF&G avers and asserts as follows:

1. On or about September 17, 2002, the Court allowed the Motion of Defendants for Leave to File a Brief in Excess of Fifteen Pages. USF&G did not oppose that motion.

2. USF&G's counsel received the Memorandum of Law in Support of Defendants' Motion for Summary Judgment (the "Memorandum") on September 17, 2002. The Memorandum is fifty-two (52) pages in length.

3. The Memorandum raises several complex issues. In order to adequately address the issues raised, USF&G seeks leave to file a brief in excess of 15 pages and an additional six (6) days – until October 10, 2002 – to file its opposing papers.

4. Defendants have indicated that they do not oppose the relief sought by USF&G in the instant motion.

WHEREFORE, USF&G respectfully requests that the Court enter an order:

1. Granting USF&G leave to file a brief of more than 15 pages;

2. Granting USF&G until October 10, 2002 to file its opposing papers; and

3. Providing such other and further relief as is just and proper.

UNITED STATES FIDELITY & GUARANTY COMPANY,
By its attorneys,

_____
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300

and

Peter Speaker, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA 17101
Telephone:    (717) 237-7100
Facsimile:    (717) 237-7105

Dated: September 18, 2002
#253291 v1/36432/87