UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

FILED
HARRISBURG, PA
SEP 1 9 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE KANE |

## STATEMENT REGARDING COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, counsel for United States Fidelity & Guaranty Company ("USF&G") states that prior to filing the Motion of United States Fidelity and Guaranty Company for Leave to File Opposition Brief in Excess of Fifteen Pages and for Six Day Extension of Time to File Opposition it conferred with Defendants' counsel and Defendants' counsel does not oppose the motion.

UNITED STATES FIDELITY
& GUARANTY COMPANY,
By its attorneys,

_____
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300

and

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) 9/18/02

_____

-2-

                                          Peter Speaker, Esquire  
                                          Thomas, Thomas & Hafer  
                                          305 North Front Street  
                                          Harrisburg, PA  17101  
                                          Telephone:    (717) 237-7100  
                                          Facsimile:     (717) 237-7105  

Dated: September __18__, 2002  
#253299 v1/36432/87