IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | : | CIVIL ACTION NO. 1:01-CV-0813 |
| | : | (Judge Conner) |
| Plaintiff | : | |
| v. | : | FILED |
| | : | HARRISBURG, PA |
| BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, | : | SEP 2 4 2002 |
| | : | MARY E. D'ANDREA, CLERK |
| Defendants | : | Per _____ Deputy Clerk |

**ORDER**

AND NOW, this 24th day of September, 2002, upon review of the Motion of United States Fidelity and Guaranty Company for Leave to File Opposition Brief in Excess of Fifteen Pages and for Six Day Extension of Time to File Opposition and being advised that Defendants do not oppose the relief requested, United States Fidelity and Guaranty Company's motion is hereby GRANTED and it is hereby ORDERED that:

1. United States Fidelity and Guaranty Company may file a brief in support of its opposition to Defendants' Motion for Summary Judgment in excess of fifteen (15) pages; and

2. United States Fidelity and Guaranty Company shall have until October 10, 2002 to file all its papers in opposition to Defendants' Motion for Summary Judgment.

_____
CHRISTOPHER C. CONNER
United States District Judge