ORIGINAL

THOMAS, THOMAS & HAFER, LLP
*Peter J. Speaker, Esquire*
*I.D. No. 42834*
*305 North Front Street*
*P. O. Box 999*
*Harrisburg, PA 17108*
*(717) 255-7644*

*Attorney for Plaintiff*

**FILED**
HARRISBURG, PA

SEP 2 4 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

UNITED STATES FIDELITY AND
GUARANTY COMPANY,
                    Plaintiff

CIVIL ACTION NO. 1:01-CV-00813

                    v.

BRUCE J. BROWN and
BROWN SCHULTZ SHERIDAN & FRITZ,
                    Defendant

ASSIGNED TO: ~~JUDGE YVETTE KANE~~
Judge Conner

### PRAECIPE TO WITHDRAW/ENTER APPEARANCE

To:    Clerk of Courts

Please withdraw the appearance of the undersigned as counsel of record for Plaintiff, United States Fidelity and Guaranty Company, in the above matter.

HARTMAN, OSBORNE & RETTIG, P.C.

6/30/02
Date

Jeffrey B. Rettig, Esquire
126-128 Walnut Street
Harrisburg, PA 17101

Please enter the appearance of the undersigned as counsel of record for Plaintiff, United States Fidelity and Guaranty Company, in the above matter.

THOMAS, THOMAS & HAFER, LLP

9/24/02
Date

Peter J. Speaker, Esquire
I.D #42834
P. O. Box 999
305 North Front Street
Harrisburg, PA 17108
(717) 255-7644

## CERTIFICATE OF SERVICE

I, Peter J. Speaker, Esquire, of the law firm of Thomas, Thomas & Hafer, LLP, attorney for Plaintiff, United States Fidelity and Guaranty Company, hereby certify that a true and correct copy of the foregoing document was sent to the following counsel of record by placing a copy of same in the United States mail, postage prepaid, at Harrisburg, Pennsylvania addressed as follows:

Jeffrey B. McCarron, Esquire
Swartz, Campbell & Detweiler
1601 Market Street
34th Floor
Philadelphia, PA  19103-2316

THOMAS, THOMAS & HAFER, LLP

By_____
Peter J. Speaker, Esquire
I.D. #42834
P. O. Box 999
305 North Front Street
Harrisburg, PA  17108
(717) 255-7644

Dated: 9-24-02
:171869.1