cc: MJ Smyser; Atty McGlynn; Levin; Speaker; McCarron; Carson

57
9/26/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | CIVIL NO. 1:01-CV-0813 |
| Plaintiff | (Judge Conner) |
| v. | (Magistrate Judge Smyser) |
| BRUCE J. BROWN, BROWN SCHULTZ SHERIDAN & FRITZ, | FILED HARRISBURG, PA |
| Defendants | SEP 26 2002 |

ORDER

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

On July 22, 2002, the plaintiff filed United States Fidelity and Guaranty Company's Motion to Compel Production of Documents and for Sanctions (Doc. 37). A brief in support of that motion has not been filed. When a brief in support of a motion is not filed, no duty arises under the Rules of Court for the Middle District of Pennsylvania to file an opposing brief. LR 7.6. That motion is deemed to have been withdrawn. LR 7.5.

**IT IS ORDERED** that United States Fidelity and Guaranty Company's Motion to Compel Production of Documents and for Sanctions (Doc. 37), having been withdrawn by the moving party, shall be stricken as a pending motion by the Clerk of Court from all pending motions lists.

_____
J. Andrew Smyser
Magistrate Judge

Dated: September 26, 2002.

AO 72A
(Rev. 8/82)