ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company | : | FILED<br>HARRISBURG, PA |
| v. | : | OCT 2 4 2002 |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : No: 01-CIV-813 | MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

### STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO REPLY TO USF&G'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, USF&G and Defendants, Bruce J. Brown and Brown, Schultz Sheridan & Fritz hereby stipulate and agree to an extension of time for Defendants to file a reply to USF&G's opposition to Defendants' Motion for Summary Judgment. Due to the complexity and length of said opposition, The parties agree that Defendants shall have until October 31, 2002 to file their reply to said opposition.

BERNKOPF, GOODMAN & BASEMAN    SWARTZ, CAMPBELL & DETWEILER

By: _____    By: _____
Peter B. McGlynn                    Jeffrey B. McCarron
Bruce D. Levin                      Kathleen M. Carson
125 Summer Street, Suite 1300       1601 Market Street
Boston, MA 02110                    Philadelphia, PA 19103
(617) 790-3000                      (215) 299-4272

Dated: October 24, 2002

SO ORDERED:

_____ J.

## CERTIFICATE OF SERVICE

I, Kathleen M. Carson, Esquire, counsel for defendants, Bruce J. Brown and Brown, Schultz Sheridan & Fritz, hereby certify that a copy of the Stipulation to Extend the Time for Defendants to Reply to USF&G's Opposition to Defendants' Motion for Summary Judgment , was served upon all counsel listed below by first class U.S. mail, postage prepaid onOctober 24, 2002:

Peter Speaker, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA 17101

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

*Kathleen M. Carson*
Kathleen M. Carson

Date: October 24, 2002