IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | : | CIVIL ACTION NO. 1:01-CV-813 |
| Plaintiff | : | |
| | : | |
| v. | : | Judge Conner |
| | : | |
| BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ, | : | |
| Defendants | : | |

**ORDER**

Upon review of the Court's calendar and the prior scheduling orders issued in this case, the Court has determined that the following revisions to the pretrial/trial schedule shall apply to this matter.

1. Pretrial memoranda shall be due on or before **Wednesday, March 12, 2003**.

2. The final pretrial conference in this matter will be held on **Wednesday, March 19, 2003, at 1:30 p.m. in Courtroom No. 2**.

3. Joint jury instructions with objections and proposed voir dire questions shall be due on or before **Thursday, April 3, 2003**.

4. Trial in this case will take place in **April 2003** and jury selection will commence on **Monday, April 7, 2003, at 9:30 a.m., in Courtroom No. 2, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania**.

5. Prior to the commencement of trial, counsel shall submit two (2) complete sets of exhibits for the Court's use, in addition to the original which will be offered into evidence.

IT IS SO ORDERED.

Date: November 6, 2002

CHRISTOPHER C. CONNER
United States District Judge