#74

11/15/02

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company | : | |
| v. | : | |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : | No: 01-CIV-813 |

FILED
HARRISBURG, PA
NOV 15 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## ORDER

AND NOW, this 15TH day of November 2002, upon consideration of the parties' joint motion for leave to file a brief in excess of the fifteen page limit imposed by Local Rule 7.8, the motion is hereby granted and

1. Defendants may file a brief in support of their objections to the magistrate's report and recommendation concerning defendants motion for summary judgment in excess of the fifteen page limit; and

2. Plaintiff's brief in response thereto may exceed the fifteen page limit.

_____
    J.