(#82)

1/31/03
7CM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES FIDELITY AND : 
GUARANTY COMPANY, :                    CIVIL NO. 1:01-CV-0813
                                   :
    Plaintiff :
                                   :
    v. :                          (Judge Conner)
                                   :
BRUCE J. BROWN and, :
BROWN SCHULTZ SHERIDAN & :          FILED
FRITZ, :                            HARRISBURG, PA
                                   :
    Defendant :                    JAN 3 1 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

AND NOW, this 31st day of January, 2003, upon consideration of the Report

and Recommendation of the Magistrate Judge, dated November 5, 2002, the

defendants' objections thereto, and independent review of the record, it is

ORDERED that the Magistrate Judge's report is adopted.  Defendants' motion for

summary judgment on plaintiff's claim with respect to the 1996 Audit Report is

GRANTED.  Defendants' motion for summary judgment on plaintiff's claims with

respect to the 1997 Audit Report and the 1998 Audit Report is DENIED.

CHRISTOPHER C. CONNER
United States District Judge