cc: Judge Conner

⑧⑦
2/20/03
JC

# BERNKOPF, GOODMAN & BASEMAN LLP

COUNSELLORS AT LAW
125 SUMMER STREET
BOSTON, MASSACHUSETTS 02110-1621
TELEPHONE (617) 790-3000
TELECOPIER (617) 790-3300

February 19, 2003

Bruce D. Levin
DIRECT DIAL: (617) 790-3314
e-mail: blevin@bgblaw.com

BY HAND

Magistrate Judge Smyser
United States District Court
for the Middle District of Pennsylvania
228 Walnut Street
Harrisburg, Pennsylvania 17108

FILED
HARRISBURG, PA

FEB 19 2003

MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

RE: United States Fidelity and Guaranty Company v. Bruce J. Brown and Brown Schultz Sheridan & Fritz
United States District Court Civil Action No. No. 1:01-CV-00813

Dear Magistrate Judge Smyser:

On February 14, 2003, the parties sent out by FedEx the Joint Motion for a Modification of Scheduling Order Dated November 6, 2002 ("Joint Motion") for filing with the Court. Among the relief sought in the Joint Motion is for trial to be scheduled on or after June 3, 2003. Since the Joint Motion was filed, a scheduling conflict has arisen for the week commencing June 3, 2003. Accordingly, the parties have agreed that the relief requested in the Joint Motion be amended to provide that the parties request that trial commence on or after June 9, 2003, rather than on or after June 3, 2003.

Very truly yours,

Bruce D. Levin per

Bruce D. Levin

cc: Kathleen Carson, Esquire
    Peter B. McGlynn, Esquire
BDL/mlb
#263693 v1/36432/87