IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | : | NO. 1:01-CV-813 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ, | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 26th day of February, 2003, upon consideration of the parties' Joint Motion for a Modification of Scheduling Order Dated November 6, 2002, it is hereby ORDERED that said motion is GRANTED, to the extent that the following revisions to the pretrial/trial schedule shall apply to this case:

1. Pretrial memoranda shall be filed with the Clerk of Courts by **no later than 12:00 p.m. on Wednesday, June 11, 2003**.

2. A final pretrial conference shall be held on **Thursday, June 19, 2003, at 11:00 a.m.**, in Courtroom No. 2, 9th Floor, Federal Building, Harrisburg, Pennsylvania.

3. Trial in this non-jury matter will commence at **9:30 a.m. on Monday, June 23, 2003**, in Courtroom No. 2, 9th Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

4. Prior to the commencement of trial, counsel shall submit three (3) complete exhibit lists (see attached form) and two (2) complete sets of exhibits for the court's use, in addition to the original which will be offered into evidence.

BY THE COURT:

_____
CHRISTOPHER C. CONNER
United States District Judge

# EXHIBIT LIST

JUDGE _____    CASE NUMBER _____

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |