# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** Plaintiff | : NO. 1:01-CV-813 :  : : |
| v. | : (Judge Conner) : |
| **BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ,** Defendants | : : : |

## ORDER

AND NOW, this 15th day of April, 2003, upon consideration of the court's calendar, it is hereby ORDERED that trial in this matter is removed from the June 2003 trial term and continued to the July 2003 trial term. Trial in this non-jury matter will commence at **9:30 a.m. on Monday, July 21, 2003**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Accordingly, the deadline for filing pretrial memoranda and motions in limine is extended to **noon on Wednesday, July 9, 2003**, and the pretrial conference is rescheduled from Thursday, June 19, 2003, to **Thursday, July 17, 2003, at 11:00 a.m.** All other instructions from this court's prior scheduling orders shall remain the same.

BY THE COURT:

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge