

ORIGINAL

2 # CN

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

|  |  |  |
|---|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION NO. 1:01-CV-00813 |
| v. | ) ) | JUDGE CONNER |
| BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, | ) ) ) | |
| Defendants. | ) ) ) | |

**FILED**
HARRISBURG, PA

APR 2 9 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## JOINT MOTION FOR A MODIFICATION
## OF SCHEDULING ORDER DATED APRIL 15, 2003

Plaintiff, United States Fidelity and Guaranty Company ("USF&G") and Defendants,

Bruce J. Brown and Brown Schultz Sheridan & Fritz (collectively, "Brown Schultz") hereby

jointly request that the Court modify the Order dated April 15, 2003 (the "Order") to extend

deadlines for the following: deadline for motions in limine and final pretrial memoranda; final

pretrial conference; and trial. A copy of the Order dated April 15, 2003 is attached hereto as

Exhibit "A."

In support of this Motion, USF&G and Brown Schultz aver and assert as follows:

1.     Counsel for USF&G, Peter B. McGlynn, is scheduled to commence a trial in the

United States District Court for the District of Massachusetts on July 15, 2003. The trial date for

that case was established prior to the issuance of the Order on April 15, 2003.  In that the trial is

expected to last 3 to 5 days, he will be unable to attend the final pretrial conference scheduled for

July 17, 2003 and, possibly, may not be finished with that trial prior to the scheduled

commencement of trial in the above-captioned action.

2.    Counsel for USF&G and counsel for Brown Schultz have attempted to determine

the earliest possible date for the commencement of the trial in the instant case that would not

conflict with prior engagements of counsel for either party.  In that the parties have various

engagements scheduled in August and counsel for Brown Schultz commences a 3-4 week trial on

September 15, 2003, the parties aver that the earliest date all counsel are available for

commencement of trial is October 13, 2003.

3.    The parties suggest that the current case management deadlines be amended as

follows:

|  | **Current Deadline** | **Requested Extension** |
|---|---|---|
| Motions in Limine and related Pretrial Memoranda | July 9, 2003 | September 26, 2003 |
| Final Pretrial Conference | July 17, 2003 | October 9, 2003 |
| Trial | July 21, 2003 | October 13, 2003[1] |

---

[1] Counsel for USF&G has a trial in Massachusetts state court commencing on November 3, 2003.  The trial is expected to last 2-3 weeks.  Accordingly, if the Court is unable to accommodate the commencement of trial on or about October 13, 2003, it would be appreciated if trial could be scheduled to commence subsequent to December 1, 2003.

2

WHEREFORE, the parties jointly request that the court enter an order extending the deadlines as set forth above.

Respectfully submitted,
UNITED STATES FIDELITY AND
GUARANTY COMPANY,
By its counsel,

_____

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, Massachusetts 02110
Telephone:    (617) 790-3000
Facsimile:    (617) 790-3300

and

Peter Speaker, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA 17101
Telephone:    (717) 237-7100
Facsimile:    (717) 237-7105

Dated: April 2\_, 2003
#267934 v1/36432/87

BROWN SCHULTZ SHERIDAN & FRITZ
and
BRUCE J. BROWN,
By their counsel,

_____  (by, as auth.)

Jeffrey B. McCarron, Esquire
Kathleen M. Carson, Esquire
Swartz Campbell Detweiler
1601 Market Street
Philadelphia, PA  19103-2316
Telephone:  (215) 299-4272

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) _4/28/0 3_.

3

# EXHIBIT A

## Levin, Bruce

| | |
|---|---|
| **From:** | PAMDEfilingstat@pamd.uscourts.gov |
| **Sent:** | Tuesday, April 15, 2003 4:28 PM |
| **Subject:** | Activity in Case 1:01-cv-00813-CCC United States Fid. v. Brown, et al "Terminate Scheduling Order Deadlines" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### Middle District of Pennsylvania

Notice of Electronic Filing

The following transaction was received from ki, entered on 4/15/2003 at 4:28 PM CDT and filed on 4/15/2003

| | |
|---|---|
| **Case Name:** | United States Fid. v. Brown, et al |
| **Case Number:** | 1:01-cv-813 |
| **Filer:** | |
| **Document Number:** | 92 |

**Docket Text:**
SCHEDULING ORDER: Trial is rescheduled from June 2003 to July 2003 & attendant pretrial matters rescheduled too. Pretrial Conference rescheduled from 6/19/03 to Thursday, 7/17/2003 @ 11:00 AM; Non-jury trial rescheduled from 6/23/03 to Monday, 7/21/2003 @ 09:30 AM; Motions in limine & Pretrial Memos due by noon on Wednesday, 7/9/2003.Signed by Judge Christopher C. Conner on 04/15/03. (ki)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1027698419 [Date=4/15/2003] [FileNumber=145845-0]
[3382af841b394ccee022734f3b49dea8e17528111e3bcd6312f2344733fd01338194
dbff607608ff50ea9f6b6a7bf788dc8a5c7ff41abeb64846a7dcb5c795dd]]

**1:01-cv-813 Notice will be electronically mailed to:**

Kathleen M. Carson    kcarson@scdlaw.com,

Bruce D. Levin    blevin@bgblaw.com,

**1:01-cv-813 Notice will not be electronically mailed to:**

Jeffrey B. McCarron
Swartz, Campbell & Detweiler

Case 1:01-cv-00813-CCC    Document 93    Filed 04/29/2003    Page 6 of 6

1601 Market St.
34th Floor
Philadelphia, PA 19103

Peter B. McGlynn
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Peter J. Speaker
Thomas, Thomas & Hafer
305 North Front St.
Harrisburg, PA 17108

4/15/2003