# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** Plaintiff | : NO. 1:01-CV-813<br>:<br>:<br>: |
| v. | : (Judge Conner)<br>: |
| **BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ,** Defendants | :<br>:<br>: |

## ORDER

AND NOW, this 1st day of May 2003, upon consideration of the parties' joint motion for a modification of scheduling order (Doc. 93), and review of the court's calendar, it is hereby ORDERED that said motion is GRANTED, to the extent that trial in this matter is removed from the July 2003 trial term to the October 2003 trial term. Trial in this non-jury matter will commence at **9:30 a.m. on Monday, October 20, 2003**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Accordingly, the deadline for filing pretrial memoranda and motions in limine is extended to **noon on Wednesday, October 8, 2003**, and the pretrial conference is rescheduled from Thursday, July 17, 2003, to **Wednesday, October 15, 2003, at 4:00 p.m.** All other instructions from this court's prior scheduling orders shall remain the same.

BY THE COURT:

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge