UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company | : : : | |
| v. | : : | Hon. Christopher Conner |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : : | No: 01-CIV-813 |

## ORDER

AND NOW, this          day of                    , 2003, upon consideration of defendants' motion to file a brief in excess of fifteen pages it is hereby ORDERED that defendants' motion is GRANTED.

BY THE COURT:

_____
J.