UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States Fidelity and Guaranty Company | : <br> : <br> :   Hon. Christopher Conner <br> v.  : <br> : <br> Bruce J. Brown and Brown, Schultz  : <br> Sheridan & Fritz  :   No: 01-CIV-813 |

# **ORDER**

AND NOW, this _____ Day of _____ 2003, upon consideration of Defendants' Supplemental Motion for Summary Judgment and any response thereto, it is hereby ORDERED that summary judgment is GRANTED to defendants Bruce J. Brown and Brown, Schultz, Sheridan & Fritz.

BY THE COURT:

_____
J.