# EXHIBIT B-2

Case 1:01-cv-00813-CCC    Document 98-7    Filed 09/12/2003    Page 1 of 17

EXHIBIT B-2

## SCHEDULE OF CONTRACTS IN PROGRESS - REVISED
### 31-Dec-97

| Job # | Job Name | Cost Incurred to Date | Estimated Cost to Complete | Total Estimated Cost | Percent Complete | Contract Price | Estimated Total Gross Earnings | Earnings Recog. | Cost and Earnings | Billings To Date | Excess Cost and Earnings Over Billings | Excess Billings Over Cost and Earnings | GP % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 426 | 6> | $ 15,878,479 | 1,430,469 | $ 17,308,948 | 91.74% | $ 18,961,022 | $ 1,652,074 | $ 1,515,541 | $ 17,394,020 | $ 16,899,942 | $ 494,078 | $ - | 8.71% |
| 439 | 4> | $ 6,309,222 | 4,214,516 | $ 10,523,738 | 59.95% | $ 10,289,145 | $ (234,593) | $ (234,593) | $ 6,074,629 | $ 6,337,295 | $ - | $ 262,666 | -2.28% |
| 445 | 6> | $ 4,169,371 | 6,624,479 | $ 10,793,850 | 38.63% | $ 10,357,787 | $ (436,063) | $ (436,063) | $ 3,733,308 | $ 4,349,670 | $ - | $ 616,362 | -4.21% |
| 448 | 6> | $ 521,254 | 3,913,779 | $ 4,435,033 | 11.75% | $ 4,604,000 | $ 168,967 | $ 19,859 | $ 541,113 | $ 509,198 | $ 31,915 | $ - | 3.67% |
| 449 |  | $ 515,339 | 934,356 | $ 1,449,695 | 35.55% | $ 1,387,666 | $ (62,029) | $ (62,029) | $ 453,310 | $ 473,383 | $ - | $ 20,073 | -4.47% |
| 450 |  | $ 115,461 | 3,127,293 | $ 3,242,754 | 3.56% | $ 3,266,600 | $ 23,846 | $ 849 | $ 116,310 | $ - | $ 116,310 | $ - | 0.73% |
| 451 | 5> | $ 411,608 | 6,170,750 | $ 6,582,358 | 6.25% | $ 6,880,993 | $ 298,635 | $ 18,674 | $ 430,282 | $ 599,088 | $ - | $ 168,806 | 4.34% |
| TOTALS |  | $ 27,920,734 | 26,415,641 | $ 54,336,375 | 51.38% | $ 55,747,213 | $ 1,410,838 | $ 822,239 | $ 28,742,973 | $ 29,168,576 | $ 642,303 | $ 1,067,906 | 2.53% |

|  |  |  |
|---|---|---|
|  | Previously reported | Net $ (425,603) |
|  |  | $ 1,072,281    $ 681,924 |
|  | Difference | $ (429,978)    $ (385,982)    $ (815,960) |

**Critical Assumptions:**

1> Column C, G & K from the supplemental schedules of the audited statements.
2> Column E calculated from Gross Profit % in column N.
3> Gross Profit %'s are based on actual from schedule prepared as of 12/31/99 with exception of Job's #439 &451 as explained below.
4> Gross Profit % used is the 1997 estimated loss as documented in the workpapers. The job performed better and the income realized in 1998 & 1999.
5> Gross Profit % used was based on clients original estimate as documented in 1997 workpaper file since the job had just started and auditors knowledge of the loss is probably not reasonable.
6> Job completed in 1998

C

Case 1:01-cv-00813-CCC    Document 98-7    Filed 09/12/2003    Page 3 of 17

# EXHIBIT C-1

Case 1:01-cv-00813-CCC    Document 98-7    Filed 09/12/2003    Page 5 of 17

**EXHIBIT C-1**

| Job #: | 426 | | | | | | |
|---|---|---|---|---|---|---|---|
| Job Name: | U.E.P.H. Complex | | | | | | |
| Year Started: | 1996 | | | | | | |

| | Inception | As reported 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|
| Original Contract | 16,419,918 | 16,419,918 | 16,419,918 | 16,419,918 | 16,419,918 | 16,419,918 |
| Modifications | | 10,845 | 2,541,104 | 2,541,104 | 2,852,338 | 2,852,338 |
| Contract Amount | 16,419,918 | 16,430,763 | 18,961,022 | 18,961,022 | 19,272,256 | 19,272,256 |
| Estimated Costs | 15,842,225 | 14,783,976 | 16,948,701 | 17,308,948 | 17,479,889 | 17,593,112 |
| Gross Profit | 577,693 | 1,646,787 | 2,012,321 | 1,652,074 | 1,792,367 | 1,679,144 |
| Gross Profit % | 3.52% | 10.02% | 10.61% | 8.71% | 9.30% | 8.71% |
| Percent complete | | 3.08% | 93.69% | 91.74% | 100.00% | 100.00% |

Effect on gross Profit (369,731)

**Notes:**
The job was recast using the final gross profit percentage of 8.71%. Brown Schultz accepted the gross profit %'s in 1996 and 1997 which were above historical %'s and greater then CCI's original estimate. There was no support in the workpapers to substantiate the increase in gross profit from the clients original estimate. Historical gross profits on contracts for CCI ranged from .16% to 6.46% for the years 1994 - 1998.

**Legend:**
Inception        From the 1997 Brown Schultz workpaper file, column labeled "original contract".
As reported      From the audited financial statement for the respective year prepared by Brown Schultz.
                 Also agrees with audit workpaper file.
Recast           As recast in the expert's revised contracts in progress schedule.
Contract         As reported on the schedules prepared by CCI as of 12/31/99.

# EXHIBIT C-2

Job #: 439
Job Name: Mahanoy Prison
Year Started: 1997

| | Inception 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|
| Original Contract | 10,066,600 | 10,066,600 | 10,066,600 | 10,066,600 | 10,066,600 | 10,066,600 |
| Modifications | - | 222,545 | 222,545 | 1,632,908 | 470,358 | 721,127 |
| Contract Amount | 10,066,600 | 10,289,145 | 10,289,145 | 11,699,508 | 10,536,958 | 10,787,727 |
| Estimated Costs | 10,107,709 | 10,523,764 | 10,523,738 | 10,667,972 | 10,667,972 | 10,704,600 |
| Gross Profit | (41,109) | (234,619) | (234,593) | 1,031,536 | (131,014) | 83,127 |
| Gross Profit % | -0.41% | -2.28% | -2.28% | 8.82% | -1.24% | 0.77% |
| Percent complete | #DIV/0! | 59.95% | 59.95% | 99.99% | 99.99% | 100.00% |

Effect on gross profit                    16                              (1,162,434)

**Notes:**
For 1997 we used the same amount as estimated CCI management and by Brown Schultz.

For 1998, the difference is in the total contract amount because we did not record the contingent gain of $1,162K.

**Legend:**
Inception — From the 1997 Brown Schultz workpaper file, column labeled "original contract".
As reported — From the audited financial statement for the respective year prepared by Brown Schultz.
              Also agrees with audit workpaper file.
Recast — As recast in the expert's revised contracts in progress schedule.
Contract — As reported on the schedules prepared by CCI as of 12/31/99.

EXHIBIT C-2

# EXHIBIT C-3

| Job #: | 445 | | | | | | |
|---|---|---|---|---|---|---|---|
| Job Name: | Houtzdale Prison | | | | | | |
| Year Started: | 1997 | | | | | | |

| | Inception | As reported 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|
| Original Contract | 10,286,000 | - | 10,286,000 | 10,286,000 | 10,286,000 | - |
| Modifications | - | - | 71,787 | 71,787 | 651,202 | - |
| Contract Amount | 10,286,000 | - | 10,357,787 | 10,357,787 | 10,937,202 | - |
| Estimated Costs | 10,086,304 | - | 10,440,743 | 10,793,850 | 11,397,234 | - |
| Gross Profit | 199,696 | - | (82,956) | (436,063) | (460,032) | - |
| Gross Profit % | 1.94% | #DIV/0! | -0.80% | -4.21% | -4.21% | #DIV/0! |
| Percent complete | | | 39.93% | 38.63% | 100.00% | |

Effect on gross profit  (353,107)

**Legend:**
Inception          From the 1997 Brown Schultz workpaper file, column labeled "original contract".
As reported        From the audited financial statement for the respective year prepared by Brown Schultz.
                   Also agrees with audit workpaper file.
Recast             As recast in the expert's revised contracts in progress schedule.
Contract           As reported on the schedules prepared by CCI as of 12/31/99.

**Notes:**
The job was estimated as a loss as of 12/31/97. We recast using the total loss on the contract at completion. There was nothing in the workpapers to support that Brown Schultz did any work to determine how significant the loss would be. Once a loss is determined it would have been prudent to challenge management's estimates to determine that the entire loss was accrued at 12/31/97.

EXHIBIT C-3

# EXHIBIT C-4

EXHIBIT C-4

Job #: 448
Job Name: Outlook Pointe
Year Started: 1997

| | Inception | As reported 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|
| Original Contract | 4,606,000 | - | 4,606,000 | 4,606,000 | 4,606,000 | 4,606,000 |
| Modifications | - | - | (2,000) | (2,000) | 194,644 | 250,021 |
| Contract Amount | 4,606,000 | - | 4,604,000 | 4,604,000 | 4,800,644 | 4,856,021 |
| Estimated Costs | 4,472,288 | - | 4,328,590 | 4,435,033 | 4,655,443 | 4,677,876 |
| Gross Profit | 133,712 | - | 275,410 | 168,967 | 145,201 | 178,145 |
| Gross Profit % | 2.90% | #DIV/0! | 5.98% | 3.67% | 3.02% | 3.67% |
| Percent complete | | | 12.04% | 11.75% | 100.00% | 100.00% |

Effect on gross Profit  (13,306)

**Notes:**
The job was recast using the final gross profit percentage of 3.67%. As of 12/31/97 the job was only 12% complete and the original estimate was 2.90%. Management and Brown Schultz supported the higher gross profit without any additional work.

**Legend:**
Inception   From the 1997 Brown Schultz workpaper file, column labeled "original contract".
As reported   From the audited financial statement for the respective year prepared by Brown Schultz.
   Also agrees with audit workpaper file.
Recast   As recast in the expert's revised contracts in progress schedule.
Contract   As reported on the schedules prepared by CCI as of 12/31/99.

# EXHIBIT C-5

Job #: 449
Job Name: U.E.P.H. Headq.
Year Started: 1997

| | Inception 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 |
|---|---|---|---|---|
| Original Contract | 1,387,666 | 1,387,666 | 1,387,666 | 1,387,666 |
| Modifications | - | - | - | 68,892 |
| Contract Amount | 1,387,666 | 1,387,666 | 1,387,666 | 1,456,558 |
| Estimated Costs | 1,326,311 | 1,374,859 | 1,449,695 | 1,521,701 |
| Gross Profit | 61,355 | 12,807 | (62,029) | (65,143) |
| Gross Profit % | 4.42% | 0.92% | -4.47% | -4.47% |
| Percent complete | #DIV/0! | 37.48% | 35.50% | 100.00% |

Effect on gross Profit    (66,829)

**Notes:**
The job was recast using the actual gross profit/(loss) % at completion of the job. Since the job was a loss, the entire loss would have been accrued at 12/31/97. The workpapers of Brown Schultz indicate problems with the job however there is no evidence of additional procedures to determine if a loss was probable.

**Legend:**
Inception    From the 1997 Brown Schultz workpaper file, column labeled "original contract".
As reported  From the audited financial statement for the respective year prepared by Brown Schultz.
             Also agrees with audit workpaper file.
Recast       As recast in the expert's revised contracts in progress schedule.
Contract     As reported on the schedules prepared by CCI as of 12/31/99.

EXHIBIT C-5

# EXHIBIT C-6

| Job #: | 450 |
|---|---|
| Job Name: | Johnstown |
| Year Started: | 1997 |

| | Inception 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|
| Contract Amount | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 |
| Modifications | - | - | - | - | - | 465,969 |
| | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 | 3,732,569 |
| Estimated Costs | 3,219,018 | 3,237,111 | 3,242,754 | 3,245,082 | 3,242,754 | 3,705,315 |
| Gross Profit % | 1.46% | 0.90% | 0.73% | 0.66% | 0.73% | 0.73% |
| Gross Profit | 47,582 | 29,489 | 23,846 | 21,518 | 23,846 | 27,254 |
| Percent complete | #DIV/0! | 3.57% | 3.56% | 36.14% | 36.17% | 100.00% |
| Effect on gross Profit | | | (204) | | 848 | |

**Notes:**
For both 1997 and 1998 the job was recast using the actual gross profit % at completion of the job.

**Legend:**
| Inception | From the 1997 Brown Schultz workpaper file, column labeled "original contract". |
| As reported | From the audited financial statement for the respective year prepared by Brown Schultz. |
| | Also agrees with audit workpaper file. |
| Recast | As recast in the expert's revised contracts in progress schedule. |
| Contract | As reported on the schedules prepared by CCI as of 12/31/99. |

# EXHIBIT C-7

| Job #: | 451 |
|---|---|
| Job Name: | Lord Fairfax |
| Year Started: | 1997 |

| | Inception 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|
| Contract Amount | 6,880,993 | 6,880,993 | 6,880,993 | 6,880,993 | 6,880,993 | 6,880,993 |
| Modifications | - | - | - | 201,991 | 201,991 | 349,747 |
| | 6,880,993 | 6,880,993 | 6,880,993 | 7,082,984 | 7,082,984 | 7,230,740 |
| Estimated Costs | 6,582,039 | 6,391,785 | 6,582,358 | 7,301,111 | 7,821,739 | 7,984,882 |
| Gross Profit | 298,954 | 489,208 | 298,635 | (218,127) | (738,755) | (754,142) |
| Gross Profit % | 4.34% | 7.11% | 4.34% | -3.08% | -10.43% | -10.43% |
| Percent complete | #DIV/0! | 6.44% | 6.25% | 91.22% | 36.17% | 99.73% |

| Effect on gross Profit | (12,840) | (520,628) |
|---|---|---|

**Notes:**
For 1997 we recast using CCI's original gross profit estimate of 4.34%. We used this because the job was just started and it would have been difficult to determine the entire loss. However, there was also no justification to increase the GP% to the 7.11% accepted by Brown Schultz based on the job just starting and the historical gross profit on contracts for CCI.

For 1998, we recast using the actual gross profit/(loss) incurred at job completion. The 1998 year showed a loss but there was no evidence to support that Brown Schultz extended audit procedures to determined the magnitude of the loss.

**Legend:**
| Inception | From the 1997 Brown Schultz workpaper file, column labeled "original contract". |
| As reported | From the audited financial statement for the respective year prepared by Brown Schultz. |
| | Also agrees with audit workpaper file. |
| Recast | As recast in the expert's revised contracts in progress schedule. |
| Contract | As reported on the schedules prepared by CCI as of 12/31/99. |

EXHIBIT C-7