D

# EXHIBIT D-1

# CCI CONSTRUCTION COMPANY, INC.
## CONTRACTS-IN-PROGRESS
### DECEMBER 31, 1998

| Job number | Project | Total contract price | Estimated total direct contract costs | Estimated total contract earnings (loss) before indirect costs | Inception to December 31, 1998 — Direct contract costs to December 31, 1998 | Contract earnings (loss) accrued to December 31, 1998 before indirect costs | Billings to December 31, 1998 | December 31, 1998 — Costs and estimated earnings in excess of billings | Billings in excess of costs and estimated earnings | Year ended December 31, 1998 — Revenues earned | Direct cost of revenues earned | Gross profit (loss) before indirect costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 439 | Mahanoy Prison | $ 11,699,418 | $ 10,667,972 | $ 1,031,446 | $ 10,666,808 | $ 1,031,333 | $ 10,481,740 | $ 1,216,401 | | $ 5,623,543 | $ 4,357,586 | $ 1,265,957 |
| 450 | Johnstown | 3,266,600 | 3,245,082 | 21,518 | 1,172,766 | 7,776 | 730,724 | 449,818 | | 1,064,029 | 1,057,305 | 6,724 |
| 451 | Lord Fairfax | 7,082,984 | 7,301,111 | ( 218,127) | 6,659,984 | ( 218,127) | 6,570,468 | | $ 128,611 | 5,998,746 | 6,248,376 | ( 249,630) |
| 454 | Albemarle Prison | 14,524,840 | 12,875,751 | 1,649,089 | 4,819,694 | 617,292 | 4,719,426 | 717,560 | | 5,436,986 | 4,819,694 | 617,292 |
| 455 | Perry Point | 12,937,341 | 11,463,840 | 1,473,501 | 4,734,492 | 608,547 | 3,108,536 | 2,234,503 | | 5,343,039 | 4,734,492 | 608,547 |
| 456 | Outlook - Hilliard | 5,380,745 | 4,801,310 | 579,435 | 2,715,193 | 327,677 | 2,732,602 | 310,268 | | 3,042,870 | 2,715,193 | 327,677 |
| 457 | Camp Hill | 1,495,629 | 1,372,273 | 123,356 | 547,295 | 49,197 | 617,799 | | 21,307 | 596,492 | 547,295 | 49,197 |
| 459 | Scott Air Force Base | 14,870,150 | 13,929,350 | 940,800 | 6,026,575 | 407,040 | 6,571,905 | | 138,290 | 6,433,615 | 6,026,575 | 407,040 |
| 460 | Gem Plasma Center | 15,565,000 | 14,667,024 | 897,976 | 2,905,995 | 177,917 | 2,252,156 | 831,756 | | 3,083,912 | 2,905,995 | 177,917 |
| 461 | Outlook - Chesterfield | 3,842,372 | 3,629,824 | 212,548 | 1,518,251 | 88,902 | 1,097,444 | 509,709 | | 1,607,153 | 1,518,251 | 88,902 |
| 462 | Outlook - Westerville | 5,589,900 | 5,218,140 | 371,760 | 458,553 | 32,669 | 419,511 | 71,711 | | 491,222 | 458,553 | 32,669 |
| | | $ 96,254,979 | $ 89,171,677 | $ 7,083,302 | $ 42,225,606 | $ 3,130,223 | $ 39,302,311 | $ 6,341,726 | $ 288,208 | $ 38,721,607 | $ 35,389,315 | $ 3,332,292 |

EXHIBIT D-1

# EXHIBIT D-2

## SCHEDULE OF CONTRACTS IN PROGRESS - REVISED
### 31-Dec-98

| Job # | Job Name | Cost Incurred to Date | Estimated Cost to Complete | Total Estimated Cost | Percent Complete | Contract Price | Estimated Total Gross Earnings | Earnings Recog | Cost and Earnings | Billings To Date | Excess Cost and Earnings Over Billings | Excess Billings Over Cost and Earnings | GP % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 439 | | $ 10,666,808 | $ 1,164 | $ 10,667,972 | 99.99% | $ 10,536,958 | $ (131,014) | $ (131,014) | $ 10,535,794 | $ 10,481,740 | $ 54,054 | $ - | -1.24% |
| 450 | | $ 1,172,766 | $ 2,069,988 | $ 3,242,754 | 36.17% | $ 3,266,600 | $ 23,846 | $ 8,624 | $ 1,181,390 | $ 730,724 | $ 450,666 | $ - | 0.73% |
| 451 | | $ 6,659,984 | $ 1,161,755 | $ 7,821,739 | 85.15% | $ 7,082,984 | $ (738,755) | $ (738,755) | $ 5,921,229 | $ 6,570,468 | | $ 649,239 | -10.43% |
| 454 | | $ 4,819,694 | $ 10,662,333 | $ 15,482,027 | 31.13% | $ 14,524,840 | $ (957,187) | $ (957,187) | $ 3,862,507 | $ 4,719,426 | $ - | $ 856,919 | -6.59% |
| 455 | | $ 4,734,492 | $ 7,222,199 | $ 11,956,691 | 39.60% | $ 12,937,341 | $ 980,650 | $ 388,308 | $ 5,122,800 | $ 3,108,536 | $ 2,014,264 | $ - | 7.58% |
| 456 | | $ 2,715,193 | $ 2,166,757 | $ 4,881,950 | 55.62% | $ 5,380,745 | $ 498,795 | $ 277,415 | $ 2,992,608 | $ 2,732,602 | $ 260,006 | $ - | 9.27% |
| 457 | | $ 547,295 | $ 898,978 | $ 1,446,273 | 37.84% | $ 1,495,629 | $ 49,356 | $ 18,677 | $ 565,972 | $ 617,799 | | $ 51,827 | 3.30% |
| 459 | | $ 6,026,575 | $ 8,247,282 | $ 14,273,857 | 42.22% | $ 14,870,150 | $ 596,293 | $ 251,761 | $ 6,278,336 | $ 6,571,905 | | $ 293,569 | 4.01% |
| 460 | | $ 2,905,995 | $ 12,433,313 | $ 15,339,308 | 18.94% | $ 15,565,000 | $ 225,693 | $ 42,757 | $ 2,948,752 | $ 2,252,156 | $ 696,596 | $ - | 1.45% |
| 461 | | $ 1,518,251 | $ 2,274,170 | $ 3,792,421 | 40.03% | $ 3,842,372 | $ 49,951 | $ 19,997 | $ 1,538,248 | $ 1,097,444 | $ 440,804 | $ - | 1.30% |
| 462 | | $ 458,553 | $ 5,045,263 | $ 5,503,816 | 8.33% | $ 5,589,900 | $ 86,084 | $ 7,172 | $ 465,725 | $ 419,511 | $ 46,214 | $ - | 1.54% |
| TOTALS | | $ 42,225,606 | $ 52,183,201 | $ 94,408,807 | 44.73% | $ 95,092,519 | $ 683,712 | $ (812,244) | $ 41,413,362 | $ 39,302,311 | $ 3,962,604 | $ 1,851,554 | |

0.72%

| | Difference | Previously reported | Net |
|---|---|---|---|
| | $ (2,379,122) | $ 6,341,726 | $ 2,111,051 |
| | $ (1,563,346) | $ 288,208 | |
| | $ (3,942,467) | | |

*Critical Assumptions:*

1> Column C, G & K from the supplemental schedules of the audited statements.

2> Column E calculated from Gross Profit % in column N.

3> Gross Profit % are based on actual from schedule prepared as of 12/31/99 with exception of Job #439 as explained below.

4> Gross Profit % is the 1998 amount based on total estimated cost to date and contract income reduced for $1,162,460 in revenue recorded by the auditor incorrectly. A claim amount was recieved and recognized in 1999.

EXHIBIT D-2

j:\0287\0qp0\wwwp_revised.xls

# EXHIBIT E-1

EXHIBIT E-1

Job #: 439
Job Name: Mahanoy Prison
Year Started: 1997

| | Inception | 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|---|
| **Original Contract** | 10,066,600 | - | 10,066,600 | 10,066,600 | 10,066,600 | 10,066,600 | 10,066,600 |
| **Modifications** | - | - | 222,545 | 222,545 | 1,632,908 | 470,358 | 721,127 |
| **Contract Amount** | 10,066,600 | - | 10,289,145 | 10,289,145 | 11,699,508 | 10,536,958 | 10,787,727 |
| **Estimated Costs** | 10,107,709 | | 10,523,764 | 10,523,738 | 10,667,972 | 10,667,972 | 10,704,600 |
| **Gross Profit** | (41,109) | - | (234,619) | (234,593) | 1,031,536 | (131,014) | 83,127 |
| **Gross Profit %** | -0.41% | #DIV/0! | -2.28% | -2.28% | 8.82% | -1.24% | 0.77% |
| **Percent complete** | | | 59.95% | 59.95% | 99.99% | 99.99% | 100.00% |

16  Effect on gross Profit   (1,162,434)

**Notes:**
For 1997 we used the same amount as estimated by Brown Schultz since they were estimating a loss with the best information available at that time.
For 1998, the difference is in the total contract amount because we did not record the contingent gain of $1,162K.

**Legend:**
| | |
|---|---|
| Inception | From the 1997 Brown Schultz workpaper file, column labeled "original contract". |
| As reported | From the audited financial statement for the respective year prepared by Brown Schultz. Also agrees with audit workpaper file. |
| Recast | As recast in the expert's revised contracts in progress schedule. |
| Contract | As reported on the schedules prepared by CCI as of 12/31/99. |

j:\02878\bigblaw\contract analysis_1998.xls

# EXHIBIT E-2

**EXHIBIT E-2**

Job #: 450
Job Name: Johnstown
Year Started: 1997

| | Inception | 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|---|
| | 3,266,600 | - | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 |
| **Modifications** | | - | - | - | - | - | 465,969 |
| **Contract Amount** | 3,266,600 | - | 3,266,600 | 3,266,600 | 3,266,600 | 3,266,600 | 3,732,569 |
| **Estimated Costs** | 3,219,018 | - | 3,237,111 | 3,242,754 | 3,245,082 | 3,242,754 | 3,705,315 |
| **Gross Profit** | 47,582 | - | 29,489 | 23,846 | 21,518 | 23,846 | 27,254 |
| **Gross Profit %** | 1.46% | #DIV/0! | 0.90% | 0.73% | 0.66% | 0.73% | 0.73% |
| **Percent complete** | | | 3.57% | 3.56% | 36.14% | 36.17% | 100.00% |

(204) Effect on gross Profit                    848

**Notes:**
For both 1997 and 1998 the job was recast using the actual gross profit % at completion of the job.

j:\02878\bgblaw\contract analysis_1998.xls

# EXHIBIT E-3

EXHIBIT E-3

Job #: 451
Job Name: Lord Fairfax
Year Started: 1997

| | Inception | 12/31/96 | As reported 12/31/97 | Recast 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|---|---|
| | 6,880,993 | - | 6,880,993 | 6,880,993 | 6,880,993 | 6,880,993 | 6,880,993 |
| Modifications | - | - | - | - | 201,991 | 201,991 | 349,747 |
| Contract Amount | 6,880,993 | - | 6,880,993 | 6,880,993 | 7,082,984 | 7,082,984 | 7,230,740 |
| Estimated Costs | 6,582,039 | - | 6,391,785 | 6,582,358 | 7,301,111 | 7,821,739 | 7,984,882 |
| Gross Profit | 298,954 | - | 489,208 | 298,635 | (218,127) | (738,755) | (754,142) |
| Gross Profit % | 4.34% | #DIV/0! | 7.11% | 4.34% | -3.08% | -10.43% | -10.43% |
| Percent complete | | | 6.44% | 6.25% | 91.22% | 36.17% | 99.73% |

(12,840) Effect on gross Profit    (520,628)

**Notes:**

For 1997 we recast using CCI's original gross profit estimate of 4.34%. We used this because the job was just started and it would have been difficult to determine the entire loss. However, there was also no justification to increase the GP% to the 7.11% accepted by Brown Schultz based on the job just starting and the historical gross profit on contracts for CCI.

For 1998, we recast using the actual gross profit/(loss) incurred at job completion. The 1998 year showed a loss but there was no evidence to support that Brown Schultz extended audit procedures to determined the magnitude of the loss.

# EXHIBIT E-4

EXHIBIT E-4

Job #: 454
Job Name: Abemarle Prison
Year Started: 1998

| | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|
| Original Contract | 13,335,600 | - | 13,335,600 | 13,335,600 | 13,335,600 |
| Modifications | | - | 1,189,240 | 1,189,240 | 1,247,317 |
| Contract Amount | 13,335,600 | - | 14,524,840 | 14,524,840 | 14,582,917 |
| Estimated Costs | 12,451,265 | - | 12,875,751 | 15,482,027 | 15,544,471 |
| Gross Profit | 884,335 | - | 1,649,089 | (957,187) | (961,554) |
| Gross Profit % | 6.63% | #DIV/0! | 11.35% | -6.59% | -6.59% |
| Percent complete | | | 37.43% | 31.13% | 81.58% |

Effect on gross Profit | (1,574,441)

**Notes:**
The job was recast using the actual gross profit/(loss) % at 12/31/99. The 11.35% profit margin was grater then any of the four previous years. In addition, the contract modification of $1,189, 240 only increased cost to complete by $424,486 (or 64.6% margin). In addition, Brown Schultz workpapers identified a problem with the deisign and the architect on the job, but still accepted a signifacantly higher gross profit.
Even if Brown Schultz would have used the original gross profit of 6.63%, the effect on the 1998 profit would have been a decrease of approximately $275,000.

# EXHIBIT E-5

EXHIBIT E-5

Job #:            455
Job Name:         Perry Point
Year Started:     1998

| | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|
| **Original Contract** | 12,769,663 | - | 12,769,663 | 12,769,663 | 12,769,663 |
| **Modifications** | - | - | 167,678 | 167,678 | 229,991 |
| **Contract Amount** | 12,769,663 | - | 12,937,341 | 12,937,341 | 12,999,654 |
| | | | | | |
| **Estimated Costs** | 11,609,351 | - | 11,463,840 | 11,956,691 | 12,013,954 |
| | | | | | |
| **Gross Profit** | 1,160,312 | - | 1,473,501 | 980,650 | 985,700 |
| | | | | | |
| **Gross Profit %** | 9.09% | #DIV/0! | 11.39% | 7.58% | 7.58% |
| | | | | | |
| **Percent complete** | | | 41.30% | 39.60% | 93.34% |

Effect on gross Profit    (220,219)

**Notes:**
The job was recast using the actual gross profit/(loss) % at 12/31/99. The 11.39% profit margin was
in excess of historical amounts and original estimates.

j:\02878\bg8law\contract analysis_1998.xls

# EXHIBIT E-6

EXHIBIT E-6

Job #:            | 456
Job Name:         | Outlook Hillard
Year Started:     | 1998

|  | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|
| **Original Contract** | 5,235,000 | - | 5,235,000 | 5,235,000 | 5,235,000 |
| **Modifications** |  | - | 145,745 | 145,745 | 365,748 |
| **Contract Amount** | 5,235,000 | - | 5,380,745 | 5,380,745 | 5,600,748 |
| **Estimated Costs** | 4,660,341 |  | 4,801,310 | 4,881,950 | 5,081,715 |
| **Gross Profit** | 574,659 | - | 579,435 | 498,795 | 519,033 |
| **Gross Profit %** | 10.98% | #DIV/0! | 10.77% | 9.27% | 9.27% |
| **Percent complete** |  |  | 56.55% | 55.62% | 100.00% |

Effect on gross Profit        (50,241)

**Notes:**
The job was recast using the actual gross profit/(loss) % at 12/31/99.

j\02878\bglaw\contract analysis_1998.xls

# EXHIBIT E-7

**EXHIBIT E-7**

Job #: 457
Job Name: Camp Hill
Year Started: 1998

| | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|
| Original Contract | n/a | - | 1,495,629 | 1,495,629 | 1,495,629 |
| Modifications | | - | - | - | - |
| Contract Amount | - | - | 1,495,629 | 1,495,629 | 1,495,629 |
| Estimated Costs | n/a | - | 1,372,273 | 1,446,273 | 1,446,265 |
| Gross Profit | #VALUE! | - | 123,356 | 49,356 | 49,364 |
| Gross Profit % | #VALUE! | #DIV/0! | 8.25% | 3.30% | 3.30% |
| Percent complete | | | 39.88% | 37.84% | 100.00% |

Effect on gross Profit - (30,518)

**Notes:**
The job was recast using the actual gross profit/(loss) % at completion of the job.

j:\02878\hbg\law\contract analysis_1998.xls