# EXHIBIT E-8

Case 1:01-cv-00813-CCC   Document 98-9   Filed 09/12/2003   Page 1 of 16

**EXHIBIT E-8**

| Job #: | 459 | | | | |
|---|---|---|---|---|---|
| Job Name: | Scott AFB | | | | |
| Year Started: | 1998 | | | | |

| | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|
| Original Contract | 13,698,278 | - | 13,698,278 | 13,698,278 | 13,698,278 |
| Modifications | - | - | - | - | 6,073,737 |
| Contract Amount | 13,698,278 | - | 14,870,150 | 14,870,150 | 19,772,015 |
| Estimated Costs | 12,680,694 | - | 13,929,350 | 14,273,857 | 18,979,483 |
| Gross Profit | 1,017,584 | - | 940,800 | 596,293 | 792,532 |
| Gross Profit % | 7.43% | #DIV/0! | 6.33% | 4.01% | 4.01% |
| Percent complete | | | 43.27% | 42.22% | 98.53% |

Effect on gross Profit (155,329)

**Notes:**
The job was recast using the actual gross profit/(loss) % at 12/31/99.

# EXHIBIT E-9

EXHIBIT E-9

| Job #: | 460 |
|---|---|
| Job Name: | Germ Plasma |
| Year Started: | 1998 |

| | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|
| Original Contract | 15,500,000 | - | 15,500,000 | 15,500,000 | 15,500,000 |
| Modifications | | - | 65,000 | 65,000 | 655,581 |
| Contract Amount | 15,500,000 | - | 15,565,000 | 15,565,000 | 16,155,581 |
| Estimated Costs | 15,068,940 | - | 14,667,024 | 15,339,308 | 15,922,012 |
| Gross Profit | 431,060 | - | 897,976 | 225,692 | 233,569 |
| Gross Profit % | 2.78% | #DIV/0! | 5.77% | 1.45% | 1.45% |
| Percent complete | | | 19.81% | 18.94% | 61.87% |

Effect on gross Profit  (135,143)

**Notes:**
The job was recast using the actual gross profit/(loss) % at 12/31/99.

j:\02878\bgb\aw\contract analysis_1998.xls

# EXHIBIT E-10

EXHIBIT E-10

| Job #: | 461 | | | | |
|---|---|---|---|---|---|
| Job Name: | Outlook-Chester | | | | |
| Year Started: | 1998 | | | | |
| | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
| Original Contract | 3,850,000 | - | 3,850,000 | 3,850,000 | 3,850,000 |
| Modifications | | - | (7,628) | (7,628) | 265,065 |
| Contract Amount | 3,850,000 | - | 3,842,372 | 3,842,372 | 4,115,065 |
| Estimated Costs | 3,609,612 | - | 3,629,824 | 3,792,421 | 4,061,553 |
| Gross Profit | 240,388 | - | 212,548 | 49,951 | 53,512 |
| Gross Profit % | 6.24% | #DIV/0! | 5.53% | 1.30% | 1.30% |
| Percent complete | | | 41.83% | 40.03% | 97.01% |

Effect on gross Profit (68,913)

**Notes:**
The job was recast using the actual gross profit/(loss) % at 12/31/99.

# EXHIBIT E-11

EXHIBIT E-11

Job #: 462
Job Name: Outlook-Westerville
Year Started: 1998

| | Inception | 12/31/97 | As reported 12/31/98 | Recast 12/31/98 | Contract 12/31/99 |
|---|---|---|---|---|---|
| Original Contract | 5,589,900 | - | 5,589,900 | 5,589,900 | 5,589,900 |
| Modifications | | - | - | - | 178,095 |
| Contract Amount | 5,589,900 | - | 5,589,900 | 5,589,900 | 5,767,995 |
| Estimated Costs | 5,213,830 | - | 5,218,140 | 5,503,816 | 5,679,439 |
| Gross Profit | 376,070 | - | 371,760 | 86,084 | 88,556 |
| Gross Profit % | 6.73% | #DIV/0! | 6.65% | 1.54% | 1.54% |
| Percent complete | | | 8.79% | 8.33% | 63.42% |

Effect on gross Profit (25,507)

**Notes:**
The job was recast using the actual gross profit/(loss) % at 12/31/99.

j:\02878\bgblaw\contract analysis_1998.xls

# EXHIBIT F-1

Case 1:01-cv-00813-CCC    Document 98-9    Filed 09/12/2003    Page 10 of 16

EXHIBIT F-1

# CCI CONSTRUCTION COMPANY, INC.
## BALANCE SHEET – DECEMBER 31, 1997

### ASSETS

|  | As Reported | Adjustments | As Restated |
|---|---:|---:|---:|
| Current assets: | | | |
| Cash and cash equivalents | $ 1,128,337 | $       - | $ 1,128,337 |
| Investments in marketable securities | 3,702,992 | - | 3,702,992 |
| Accounts receivable, trade: | | | |
|   Customers: | | | |
|     Current | 8,230,674 | - | 8,230,674 |
|     Retained | 1,121,610 | - | 1,121,610 |
|   Shareholder | - | - | - |
|   Affiliates | 3,485 | - | 3,485 |
| Note receivable | 22,569 | - | 22,569 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 1,072,281 | (429,978) | 642,303 |
| Prepaid expenses | 6,185 | - | 6,185 |
| Shop inventory | 639 | - | 639 |
|   Total current assets | 15,288,772 | (429,978) | 14,858,794 |
| Property and equipment: | | | |
|   Automobiles and trucks | 427,342 | - | 427,342 |
|   Furniture | 553,587 | - | 553,587 |
|   Machinery and equipment | 1,323,233 | - | 1,323,233 |
|   Other | 72,453 | - | |
| | 2,376,615 | - | 2,376,615 |
| Less accumulated depreciation | 920,919 | - | 920,919 |
| | 1,455,696 | - | 1,455,696 |
| | $ 16,744,468 | $ (429,978) | $ 16,314,490 |

NOTE: Adjustments per "Contracts in Progress – Revised" schedule.

## LIABILITIES AND SHAREHOLDER'S EQUITY

|  | As Reported | Adjustments | As Restated |
|---|---:|---:|---:|
| Current liabilities: |  | - |  |
|   Accounts payable, trade: |  |  |  |
|     Vendors: |  |  |  |
|       Current | $ 7,846,395 | $ - | $ 7,846,395 |
|       Retained | 1,078,950 | - | 1,078,950 |
|   Notes payable | 815,781 | - | 815,781 |
|   Accrued loss on jobs | - | 732,685 | 732,685 |
|   Accrued expenses | 808,601 | - | 808,601 |
|   Taxes withheld and accrued | 58,023 | - | 58,023 |
|   Billings in excess of costs and estimated earnings on uncompleted contracts | 681,924 | (346,703) | 335,221 |
|   Total current liabilities (all current) | 11,278,674 | 385,982 | 11,675,656 |
|  |  |  |  |
| Shareholder's equity: |  |  |  |
|   Common stock, $1 par, 1,000 shares authorized; 39 shares issued and outstanding | 39 | - | 39 |
|   Capital in excess of par | 9,758 | - | 9,758 |
|   Retained earnings | 5,208,489 | (815,960) | 4,392,529 |
|   Unrealized gain on marketable securities | 236,508 | - | 236,508 |
|  | 5,454,794 | (815,960) | 4,638,834 |
|  | $ 16,744,468 | $ (429,978) | $ 16,314,490 |

NOTE:  Adjustments per "Contracts in Progress – Revised" schedule.

EXHIBIT F-1

## CCI CONSTRUCTION COMPANY, INC.
### STATEMENT OF INCOME
#### Year Ended December 31, 1997

|  | Original | Adjustments | As Restated |
|---|---|---|---|
| Revenue | $ 34,921,676 | $ (815,960) | $34,105,716 |
| Cost of contracts | 32,617,473 | - | 32,617,473 |
| Gross profit | 2,304,203 | (815,960) | 1,488,243 |
| General and administrative expenses | 1,954,380 | - | 1,954,380 |
| Income from operations | 349,823 | (815,960) | (466,137) |
| Other income | 357,056 | - | 357,056 |
| Net income (loss) | $ 706,879 | $ (815,960) | $ (109,081) |

NOTE: Adjustments per "Contracts in Progress – Revised" schedule.

# EXHIBIT F-2

EXHIBIT F-2

# CCI CONSTRUCTION COMPANY, INC.
## BALANCE SHEET – DECEMBER 31, 1998

### ASSETS

|  | As Reported | Adjustments | As Restated |
|---|---:|---:|---:|
| **Current assets:** |  |  |  |
| Cash and cash equivalents | $ 2,429,866 | $ - | $ 2,429,866 |
| Investments in marketable securities | 631,481 | - | 631,481 |
| Accounts receivable, trade: |  |  |  |
|   Customers: |  |  |  |
|     Current | 5,964,311 | - | 5,964,311 |
|     Retained | 1,822,224 | - | 1,822,224 |
|   Affiliates | 365,756 | - | 365,756 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | 6,341,726 | (2,379,122) | 3,962,604 |
| Prepaid expenses | 170,232 | - | 170,232 |
| Shop inventory | 38,161 | - | 38,161 |
| Total current assets | 17,763,757 | (2,379,122) | 15,384,635 |
| **Property and equipment:** |  |  |  |
| Automobiles and trucks | 1,269,567 | - | 1,269,567 |
| Furniture | 851,738 | - | 851,738 |
| Machinery and equipment | 5,947,290 | - | 5,947,290 |
| Other | 344,128 | - | 344,128 |
|  | 8,412,723 | - | 8,412,723 |
| Less accumulated depreciation | 1,651,485 | - | 1,651,485 |
|  | 6,761,238 | - | 6,761,238 |
| **Other assets:** |  |  |  |
| Cash surrender value of officer's life insurance | 55,453 | - | 55,453 |
| Investments | 34,000 | - | 34,000 |
|  | 89,453 | - | 89,453 |
|  | $ 24,614,448 | $(2,379,122) | $ 22,235,326 |

NOTE: Adjustments per "Contracts in Progress – Revised" schedule.

EXHIBIT F-2

## LIABILITIES AND SHAREHOLDER'S EQUITY

|  | As Reported | Adjustments | As Restated |
|---|---|---|---|
| Current liabilities: |  | - |  |
| Accounts payable, trade: |  |  |  |
|    Current | $ 10,974,274 | $ - | $ 10,974,274 |
|    Retained | 2,180,967 | - | 2,180,967 |
| Current portion of long-term debt | 1,338,280 | - | 1,338,280 |
| Accrued loss on jobs | - | 1,826,956 | 1,826,956 |
| Accrued expenses | 333,060 | - | 333,060 |
| Taxes withheld and accrued | 91,601 | - | 91,601 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 288,208 | (263,610) | 24,598 |
|    Total current liabilities | 15,206,390 | 1,563,346 | 16,769,736 |
| Long-term debt, net of current portion | 4,164,375 | - | 4,164,375 |
|    Total liabilities | 19,370,765 | 1,563,346 | 20,934,111 |
| Shareholder's equity: |  |  |  |
| Common stock, $1 par, 1,000 shares authorized; 39 shares issued and outstanding | 39 | - | 39 |
| Capital in excess of par | 9,758 | - | 9,758 |
| Retained earnings | 5,254,834 | (3,942,468) | 1,312,366 |
| Accumulated other comprehensive income (loss), unrealized gain (loss) on marketable securities | (20,948) | - | (20,948) |
|  | 5,243,683 | (3,942,468) | 1,301,215 |
|  | $ 24,614,448 | $(2,379,122) | $ 22,235,326 |

NOTE: Adjustments per "Contracts in Progress – Revised" schedule.