EXHIBIT G

1

1    UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
2           (Harrisburg Division)

3

4  UNITED STATES FIDELITY AND   )
   GUARANTY COMPANY,            )
5                               )
              Plaintiff,        )
6                               )   Civil Action No.
      -vs-                      )   1:01-CV-00813
7                               )
   BRUCE J. BROWN AND BROWN     )
8  SCHULTZ SHERIDAN & FRITZ,    )
                                )
              Defendants.       )
9

10          Deposition of STEPHEN J. DEBRUYN taken before

11   DONNA L. POLICICCHIO, C.S.R., and Notary Public,

12   pursuant to the Federal Rules of Civil Procedure for the

13   United States District Courts pertaining to the taking

14   of depositions, at Suite 1800, 333 West Wacker Drive, in

15   the City of Chicago, Cook County, Illinois, commencing

16   at 10:05 a.m. on the 7th day of May, A.D. 2003.

17

18

19                              CERTIFIED ORIGINAL
                                LEGALINK BOSTON
20

21

22

23

24

88

1  of Ms. Phillips as an accountant during the period of

2  time she worked with or for CCI Construction?

3      A    I did not form any specific opinions, no.

4      Q    Wouldn't it be important to you in reviewing the

5  audit information to know or form an opinion about the

6  competence of the internal chief financial officer?

7      A    She was one of several key members of

8  management.  Through a deposition and not knowing this

9  individual, it's difficult to opine on the quality of

10  the work she did or did not do.

11      Q    Did you learn any information from your review

12  which led you to believe Ms. Phillips was other than

13  competent --

14      A    No.

15      Q    -- as an accountant?

16      A    No.

17      Q    Do you have any reason to doubt Ms. Phillips had

18  an understanding about construction industry accounting?

19      A    No.

20      Q    Did you form any opinions about the capability

21  of CCI management?

22      A    I didn't form any specific opinions, no.

23      Q    Did you learn any information which caused you

24  concern about the capability of CCI management?

91

1    in accordance with AICPA peer review guidelines?

2        A    Yes.

3        Q    Do you have any reason to doubt that the peer

4    reviewers in Pennsylvania are required to receive AICPA

5    training?

6        A    As I indicated, I don't know who served on the

7    team of peer reviewers.

8        Q    Do you have any reason to think that the peer

9    reviewers for the -- who performed the peer review of

10   the Brown, Schultz audit report for the 1997 financial

11   statement of CCI Construction were other than

12   qualified --

13       A    No.

14       Q    -- and competent?

15       A    No.

16       Q    Did you -- sorry.  Did you perform -- let me

17   start over.

18            Did you select the materials you wanted to

19   review in connection with your engagement for this

20   matter?

21       A    Yes.

22       Q    And what process did you use to select

23   materials?

24       A    I used the materials that were available and

94

1    concept, which I just read to you, in mind?

2        A    Yes.

3        MR. McGLYNN:   Objection.

4        MR. McCARRON:   Q    And did you apply that concept in

5    connection with the work you performed for the

6    engagement in this case?

7        A    Could you ask that again?

8        Q    Did you apply the concept, which I just asked

9    you -- read to you and asked you about, to your

10   engagement for this case?

11       A    Yes.

12       Q    Do you agree with this statement --

13       MR. McGLYNN:   Slowly now.

14       MR. McCARRON:   Q    -- that the statement of position

15   on percentage of completion method states a presumption

16   that contractors generally have the ability to produce

17   estimates that are sufficiently dependable to justify

18   the use of the percentage of completion method of

19   accounting.   It also states that percentage of

20   completion -- let me start over.

21            It also states that persuasive evidence to the

22   contrary is necessary to overcome that perception --

23       A    May I read that?

24       Q    -- presumption.

95

1          Do you want me to read it again?

2     A    Or you could read it again.

3     Q    Do you agree with the statement that the

4    statement of position concerning percentage of

5    completion method of accounting states a presumption

6    that contractors generally have the ability to produce

7    estimates that are sufficiently dependable to justify

8    the use of the percentage of completion method of

9    accounting.  It also states that persuasive evidence to

10   the contrary is necessary to overcome that presumption.

11    A    Could you read it back to me?

12         (Record read.)

13    THE WITNESS:  Yes.

14    Q    Did you apply that concept in connection with

15   the work you performed for this engagement in this

16   action?

17    A    Yes, I did.

18    Q    Do you agree, sir, that the previous reliability

19   of a contractor's estimating process is usually an

20   indication of continuing reliability, particularly if

21   the present circumstances are similar to those that

22   prevailed in the past?

23    A    Yes, that would be one method.

24    Q    So yes, you would agree with that statement?

96

1    A    That -- You're reading a portion of it.  Yes, I

2  agree with that statement.

3    Q    Did you apply that concept to the engagement you

4  performed in connection with this case?

5    A    Yes, I did.

6    Q    Did you review the audit work by Brown, Schultz

7  for any years earlier than 1996?

8    A    I had the 1994 and 1995 work papers and

9  financial statements.

10    Q    But you did not review those materials?

11    A    I reviewed the materials.  I was not opining on

12  those years and did not include them in my information,

13  but I used them to form a basis for what I was going

14  forward with was 1996, '97, and '98.

15    Q    Did you reflect or indicate in any of the

16  reports or the affidavit, which you signed, that you had

17  reviewed work performed by Brown, Schultz for the audit

18  for the years 1994 and 1995?

19    A    I don't have the other reports in front of me.

20    Q    Here is one.

21    A    This is the first one?

22        (Discussion had off the record.)

23    THE WITNESS:  Could you please restate the question?

24  I've looked through the documents.

107

1   before.

2       Q   Did you have an understanding -- let me start

3   over.

4           Were you aware there was a long-standing

5   relationship for audits between CCI Construction and

6   Brown, Schultz prior to 1997?

7       MR. McGLYNN:  Jeff, can you just increase the volume

8   a little bit?  I'm having trouble hearing.  I got the

9   background noise out of the window here.

10      MR. McCARRON:  Q   Did you -- were you -- let me

11  start over.

12          Are you aware that Brown, Schultz had performed

13  audit services for CCI Construction for many years prior

14  to 1997?

15      A   Yes.

16      Q   Did you know how long that relationship existed

17  prior to 1997 or do you know how long that relationship

18  existed prior to 1997?

19      A   If I recall from the information reviewed in the

20  depositions, I believe the relationship started in 1992.

21      Q   Did it matter to you in forming your opinion

22  about the work performed by Brown, Schultz that Brown,

23  Schultz had many years of experience with auditing CCI

24  Construction?

108

1   A   I took it into consideration, yes.

2   Q   Does it matter to you -- let me start over.

3       Does it matter -- Can an auditor properly take

4   into account the experience the auditor has with a

5   particular client in performing an audit?

6   A   Yes.

7   Q   Was it proper for Brown, Schultz to take into

8   account its experience with CCI Construction?

9   A   Yes.

10  Q   Why does profit fade mean estimates for the cost

11  to complete were wrong or inaccurately reported?

12  A   The profit fade analysis is the review of

13  completed contracts compared to the work in process of a

14  previous year, and as part of an audit procedure, you

15  review the profit fade analysis to determine the

16  reliability of management's ability to estimate cost to

17  complete on a particular contract.

18  Q   Can't you have profit fade even if the estimated

19  cost to complete is accurately reported?

20  A   Yes.

21  Q   So it's not necessarily the case that profit

22  fade indicates that estimated cost to complete was

23  unreliably reported by management, is that right?

24  A   That's correct.  In most audits, you need to

109

1   look at a lot of different information.

2       Q   Do you agree, sir, that estimating is an

3   integral part of a contractor's business activities and

4   there is a necessity to revise estimates on contracts

5   continually as the work progresses.  The fact that

6   circumstances may necessitate frequent revision of

7   estimates does not indicate that the estimates are

8   unreliable for the purpose for which they are used,

9   although results may differ widely from original

10  estimates.  Because of the nature of the business, the

11  contractor in the conduct of his business may still find

12  the estimates reasonably dependable.  Despite these

13  widely recognized conditions, a contractor's estimates

14  of total contract revenue and total contract costs

15  should be regarded as reasonably dependable if the

16  minimum total revenue and the maximum total cost can be

17  estimated with a sufficient degree of confidence to

18  justify the contractor's bids on contracts.

19      A   Could I read that?

20      Q   On this occasion I'll let you read it so I don't

21  have to read it back.

22      A   Can you just tell me where you started?

23      Q   (Pointing.)

24      A   Number 27.

110

1        I'm done reading it.

2    Q    Do you agree with that statement?

3    A    Yes.

4    Q    Do you agree with all of the statements in the

5    Audit Guide for the contracting industry or the

6    construction industry?

7    A    Yes.

8    Q    Do you agree, business enterprises engaged in

9    contracting, like all business enterprises, are exposed

10   to numerous business risks that vary from contract to

11   contract.  The reliability of the estimating process in

12   contract accounting does not depend on the absence of

13   such risks.  Assessing business risks is a function of

14   users of financial statements.

15   A    Yes.

16   Q    Did you form any opinions, sir, about the audit

17   conducted by Brown, Schultz for the year 1997?

18   A    Yes.

19   Q    Did you form any opinion that -- about whether

20   Brown, Schultz in its audit for CCI for the year 1997

21   acted in conformity with Generally Accepted Auditing

22   Standards?

23   A    I did form an opinion.

24   Q    Did you form an opinion that Brown, Schultz

112

1    audit work papers reflected more information for the

2    year 1997 that the opinion for the 1997 financial

3    statements by Brown, Schultz would have been different?

4         MR. McGLYNN:  Objection.

5         A    Could you restate the question?

6         MR. McCARRON:  Q   Do you have any reason to believe

7    that if the audit work papers were more complete for the

8    year 1997 that the Brown, Schultz audit opinion of the

9    1997 financial statements for CCI Construction would

10   have been different?

11        A    No.

12        MR. McGLYNN:  Objection.

13        MR. McCARRON:  Q   Do you have any reason to believe

14   that if greater skepticism had been used by the auditing

15   staff of Brown, Schultz in connection with the 1997

16   audit of the 1997 financial statements for CCI

17   Construction that the opinion by Brown, Schultz of that

18   1997 financial statement would have been different?

19        A    No.

20        Q    Did you find an indication in the testimony by

21   the auditors which supplemented the information included

22   on the work papers for the 1997 audit?

23        MR. McGLYNN:  Objection.

24        A    There was information documented by Bruce Brown

114

1    intended users of the financial statement, which they

2    identified but failed to adjust their audit for.

3         The second item is what I referred to as the

4    skepticism, not taking management's representations

5    verbatim.  It seemed like there is a conversational

6    audit going on between the audit staff and CCI

7    management where they accepted whatever was told to them

8    and didn't go beyond that or did not document that they

9    went beyond that to substantiate any of the evidence or

10   corroborate any of the statements made by management.

11       Q    What is it that you believe should have been

12   done to resolve the due professional care issue for the

13   1997 audit?

14       A    I think the testing of estimated costs to

15   complete, the testing of job costs, accumulated job

16   costs, both of which are inherent in the percentage

17   completion method of accounting, the additional testing

18   of subcontractors, the inclusion in subsequent

19   disbursements testing for payables of job costs to

20   determine that all of the job costs to date were

21   accumulated, to review subcontractor agreements and all

22   contracts, to document subcontractor buy-outs and

23   changes in subcontractor agreements, and to build a

24   correlation between the estimated gross profit of an

115

1  individual contract with historical gross profits that

2  were used.

3      Q  Have you finished your answer?

4      A  Yes.

5      Q  And that's the complete list of additional work

6  you believe should have been done in connection with the

7  1997 audit to resolve the due professional care issue

8  you identified, is that right?

9      A  Whether it's complete or not, that's part of

10  what I would have done, yes.

11      Q  Are you able to tell us what the result -- that

12  the result of the audit would have been different if

13  those additional procedures had been performed as you

14  just listed?

15      A  It's my opinion that they would have had a

16  different reporting of the results of operation as I've

17  restated in my report.

18      Q  Based on doing these additional procedures, is

19  that right?

20      A  We talked about procedures for due professional

21  care and have not talked about the sufficient competent

22  evidential matters.

23      Q  I'm asking, sir, if the additional procedures

24  had been performed, as you just listed, to resolve the

116

1    due professional care issue, are you able to tell us

2    that the results of the audit would have been different

3    and that the opinion for the 1997 financial statements

4    of CCI Construction for 1997 would have been different?

5        A    No, I can't tell you.

6        Q    Did you go back and do -- let me start over.

7            Did you do all those procedures which you just

8    described should have been done by Brown, Schultz in

9    connection with the 1997 audit concerning due

10   professional care?

11       A    Interviews with management, no, I did not.

12       Q    All the things that you just told us about,

13   testing for job costs, additional review of

14   subcontractor agreements --

15       A    No, I did not.

16       Q    -- all the stuff you just gave us a long list

17   about to resolve due professional care, did you perform

18   those procedures, which you contend should have been

19   done by Brown, Schultz, to resolve the issue you raised

20   about due professional care for the 1997 audit?

21       A    Those records were not available, no.

22       Q    Do you know whether those records were available

23   in order to do that review?

24       A    The CCI records --

118

1    firm should have done for the 1997 audit?

2        A    Yes.   If they were available, I would have

3    reviewed them.

4        Q    Who told you that they were not available -- let

5    me start over.

6             Who told you that the CCI Construction records

7    were not available?

8        A    There was, from what I recall, an individual at

9    the USF&G office that communicated that to us prior to

10    my arrival out in Baltimore to review the work and

11    prepare my expert report, and then while I was there, we

12    talked to somebody on the phone that I mentioned that we

13    thought maybe would have access to their old computer

14    files in an attempt to get those and recreate those

15    records.

16        Q    Sir, were you ever made aware that those records

17    exist in the hands of the accountants for CCI?   Did you

18    know that?

19        A    Records exist that detailed records for CCI --

20        Q    Did you know CCI went through bankruptcy?

21        A    Yes.

22        Q    Were you aware there were accountants employed

23    in connection with the bankruptcy?

24        A    No, I was not aware.

120

1   not available.

2       Q    Would you still have an interest in reviewing

3   those records if you could gain access to them?

4       A    If I could get access to all the records?

5       Q    For CCI Construction.

6       A    For their detailed records?

7       Q    That would be of interest to you?

8       A    Yes.

9       MR. MCGLYNN:    Is this a good time to take a break?

10  Five after 1:00.

11      MR. MCCARRON:    Let me just finish up with 1997,

12  which relates to this other area he talked about.

13      MR. MCGLYNN:    What do you estimate?

14      MR. MCCARRON:    More than a couple minutes.

15      MR. MCGLYNN:    All right.

16      MR. MCCARRON:    Q    Sir, what is it you contend

17  should have been done by the Brown, Schultz auditors for

18  the 1997 audit in order to satisfy your issue and

19  concern about the insufficiency or sufficiency of

20  competent evidential material?

21      A    They should have obtained -- The underlying

22  documentation in your work papers is your basis for the

23  opinion.  They did not obtain enough information on

24  estimated costs to complete to review the estimates in

121

1    accordance with Statement on Auditing Standards No. 57,

2    which is auditing accounting estimates.  They took

3    management's representations and have no documentation

4    in the file that they did anything beyond that, besides

5    relying upon, despite the fact that there was numerous

6    indications on the work papers that there were

7    subcontractor default, subcontractor buy-outs, nothing

8    that indicated that they reviewed the subcontractor

9    records or the new subcontractor taking over.

10         In addition, the testing of job costs was merely

11   a test of 25 -- and it was supposedly a haphazard

12   selection of 25 items, which turned out to be 13 payroll

13   and 12 non-payroll items.  No vouching of job costs.

14         Thirdly, in their testing of payables and

15   subsequent disbursements, they specifically excluded job

16   cost from their scope of testing and subsequent

17   disbursements.

18     Q   Were there any problems with the cost recording

19   system at CCI Construction for job costs?

20     A   I don't know.

21     Q   Do you know what the result would have been for

22   the 1997 audit if the additional procedures or work had

23   been done correctly as you just described in your list?

24     A   Could you ask that again?

122

1      Q   Do you know whether the results for the 1997

2   audit by Brown, Schultz of the 1997 CCI financial

3   statements would have been different if the correct

4   procedures and additional procedures you just listed had

5   been done by Brown, Schultz?

6      A   No, I don't.

7      Q   The only way you could determine that is if you

8   looked at the CCI records, is that right?

9      A   That's correct.

10     Q   And, again, you haven't looked at those records

11  from CCI in order to be able to make a determination

12  about whether it would have mattered to the audit

13  opinion of Brown, Schultz if those additional or correct

14  procedures had been performed to resolve the issue you

15  identified concerning sufficient competent evidential

16  material, is that right?

17     A   Correct.

18     MR. McCARRON:  Do you want to break, Mr. McGlynn?

19     MR. McGLYNN:  Happy to do so.

20     MR. McCARRON:  No, no.  I'm offering to you.  You're

21  the one who asked.

22          (Off the record at 1:08 p.m.)

23          (On the record at 1:49 p.m.)

24     Q   Did you put your request for the CCI records in

124

1    A    I wanted to review the records of CCI for

2  subsequent events for what happened subsequent to the

3  end of the year when payments were made, match up their

4  original accounting records with invoices and other

5  documents as considered necessary.  It was the best

6  source of information available.

7    Q    Didn't you want the CCI records in order to

8  determine the accuracy of the 1997 and 1998 financial

9  statements for CCI?

10    A    Yes.

11    Q    Do you have an opinion about whether the 1997

12  financial statements are wrong?

13    A    Yes.

14    Q    Well, the 1997 financial statement for CCI is

15  the financial statement prepared by management, is that

16  true?

17    A    I'm sorry.  I thought you meant the audit.

18  Audited financial statements?

19    Q    The financial statements themselves, that actual

20  financial statement, is a representation of management,

21  is it not?

22    A    Yes, issued by Brown, Schultz.

23    Q    The financial statement isn't issued by Brown,

24  Schultz, is it?  The financial statement itself is not

125

1    issued by Brown, Schultz, is it?

2        A    They performed the audit of the financial

3    statement, which is, yes, a representation of

4    management.

5        Q    Just to be clear, the financial statement, the

6    actual financial statement is the representation of

7    management for CCI, is that true?

8        A    Yes.  It's been verified by Brown, Schultz.

9        Q    But the financial statement itself is not a

10   representation by Brown, Schultz, is it?

11       A    The financial statement with part of an audit

12   opinion indicates that a certain amount of work has been

13   done by Brown, Schultz on those particular financial

14   statements.

15       Q    Sir, that's a separate part, not the financial

16   statement.  Aren't you talking about an audit report?

17       A    In connection with the financial statement.

18       Q    But an audit report --

19   MR. MCGLYNN:  Let him finish his answer, Jeff,

20   please.

21   MR. MCCARRON:  I thought he was finished.

22       A    The financial statement includes the audit

23   report, supplementary information, and footnotes.

24       Q    There is a thing called a financial statement,

126

1  which is different than the audit report.  Isn't the

2  audit report different than the financial statement?

3       A    Yes.

4       MR. McGLYNN:  I'm glad we cleared that up.

5       MR. McCARRON:  Sorry.  Do you have some commentary

6  you want to interject or what?

7       MR. McGLYNN:  I just made it.

8       MR. McCARRON:  Apparently you don't realize that,

9  because if you did realize that, there wouldn't be this

10  whole case.

11       MR. McGLYNN:  I prefer to do my arguing in court,

12  Jeff.

13       MR. McCARRON:  You'll get your chance, maybe.

14       MR. McGLYNN:  Definitely.

15       MR. McCARRON:  Q    In what respect is the 1997

16  financial statement of CCI Construction wrong?

17       A    It was not done in accordance with GAAS, as I

18  had previously indicated and we had gone through.

19       Q    Are there any amounts reflected on the 1997 CCI

20  financial statement which are wrong?

21       A    The amounts that I have shown in my restatement.

22       Q    Are you talking about adjustments you made?

23       A    The adjustments I made in connection with my

24  restatement of the 1997 financial statements as a result

130

1    A    There is a date on the schedule of 2/12/2000,

2 4:37 p.m.

3    Q    Do you have any reason to believe that the work

4 in progress schedule for 1999 existed any time before

5 February 2000?

6    A    No.

7    Q    Do you have any reason to believe that the work

8 in progress schedule for 1999 existed when Brown,

9 Schultz did an audit for 1997?

10    A    No.

11    Q    Working backwards again, the completed audit --

12 let me start over.

13        The completed contracts schedule for 1998 was

14 generated sometime during 1999, is that right?

15    A    That I do not know.  I do not know when the

16 completed contracts -- I assume it would have been

17 completed as the contracts were completed.

18    Q    But the completed -- let's be clear.

19        You refer to and you relied on completed

20 contracts schedule for 1998, is that right?

21    A    Correct.

22    Q    So that schedule reflects contracts which were

23 completed during 1998, is that right?

24    A    That's correct.

131

1    Q    That schedule of completed contracts for 1998

2    would not have been available any earlier than the end

3    of 1998, is that right?

4    A    Correct.

5    Q    So that the completed contracts schedule for

6    1998 was not in existence when Brown Schultz did its

7    audit for 1997, is that right?

8    A    Not the schedule that I referred to in the

9    financial statements.

10    Q    Now, you're not able to determine -- you did not

11    base your proposed adjustments for the 1997 financial

12    statement on the schedule of contracts in progress for

13    1997, is that true?

14    A    I use that as my starting point for the

15    restatement.

16    Q    But you need the additional information provided

17    by the completed contracts schedule and the work in

18    progress schedule from 1998 and 1999 to make your

19    determination that adjustments were warranted for the

20    1997 financial statement?

21    A    Correct.

22    Q    Do you have any reason to believe that the

23    information, which was reflected on the completed

24    contracts for 1998 schedule, was known to or available

132

1    to Brown, Schultz when it performed its audit during --

2    for the period 1997?

3        A    I don't know when it became available to Brown,

4    Schultz.

5        Q    Wouldn't it be important to you to know?

6        A    Yes.

7        Q    Do you have any reason to think that the

8    information reflected on the work in progress schedule

9    for 1999 was available -- that that information was

10   available or known to Brown, Schultz when it did its

11   audit for the period ending 1997?

12       A    It's my opinion had they done the additional

13   audit procedures that I enumerated previously that some

14   of the information would have been available to them

15   with regards to estimated costs to complete that were

16   inherent in the construction in progress schedule that

17   we're referring to at December 31, 1997.

18       Q    What specific information would have been

19   available and learned by Brown, Schultz, which is --

20       A    Contract --

21       Q    -- which is reflected on the work in progress

22   schedule for 1999, which they would have learned if they

23   had done additional audit procedures during the period

24   ending 1997?

137

1    Q    And for each of the calculations, adjustments

2  you proposed were based on information about the

3  amount -- the actual amount of the cost to complete the

4  contract, is that right?

5    A    Correct.  Total estimated cost and estimated

6  cost to complete.

7    Q    Didn't you use the actual cost to complete the

8  contract from which to derive your determinations about

9  proposed adjustments to the 1997 and the 1998 financial

10  statement?

11    A    That is correct.  In 1997 and 1998 I used the

12  best available information from the 1999 work in process

13  schedule that I referred to earlier.

14    Q    That was a work in process schedule which was

15  generated by CCI management?

16    A    I don't know who generated the work paper.

17    Q    It wasn't from Brown, Schultz, was it?

18    A    I don't know who generated this work paper.  The

19  note on it said picked up at USF&G offices.

20    Q    In 2000, you're not aware -- let me start over.

21        You're not aware that Brown, Schultz had any

22  involvement with CCI during 2000, are you?

23    A    I'm not aware of any.

24    Q    In order -- let's stay with 1997, sir.  All the

138

1    proposed adjustments you made were based on actual cost

2    for the contract?

3        A    That's correct.

4        Q    Did you perform any investigation or analysis to

5    determine -- let me start over.

6            The actual cost to complete the contract was not

7    known until the contracts were actually completed, is

8    that right?

9        A    Yes.

10        Q    And for a contract which was not completed

11    during 1997 or had not been completed prior to the audit

12    work, the actual cost to complete that -- those

13    contracts would not be known to the auditors during the

14    audit work period, is that right?

15        A    That is correct.

16        Q    So in deriving or determining the proposed

17    adjustments for the 1997 financial statement, you used

18    information about the actual cost to complete the

19    contracts, which had not been completed during 1997,

20    which was not available to Brown, Schultz during its

21    audit work?

22        A    The completed contract schedule that I used was

23    not available to them, no.

24        Q    Nor was the information included on the

139

1    completed contract schedule available to Brown, Schultz

2    when it performed its audit work?

3        A    I disagree.    I think some of the costs would

4    have been available had they done the additional work

5    that was required under Generally Accepted Auditing

6    Standards, and that's to do more than accept

7    management's representation as to what the gross profit

8    on the job was going to turn out to be.

9        Q    Are you telling us that there were actual

10   completed contract costs for contracts which had not

11   been completed during 1997 which were available to

12   Brown, Schultz during its audit work?

13       A    As I indicated, I think information was

14   available.

15       Q    Sir, you're not answering the question.

16   MR. McGLYNN:    Objection.

17   MR. McCARRON:  Q    Was there -- let me start over.

18       Was the information about completed -- let me

19   start over.

20       Was the information concerning the actual cost

21   to complete contracts, which had not been completed by

22   the end of 1997, available to Brown, Schultz when it

23   performed its audit work for the period ending 1997?

24       A    I don't know because I do not know when the

140

1   contracts were completed, the exact dates.

2       Q   Did you perform any investigation to determine

3   the events which triggered or caused the increased

4   contract cost?

5       A   Could you read that back?

6           (Record read.)

7   THE WITNESS:   No.

8       Q   Did you do any investigation or determine the

9   date on which the events occurred, which triggered or

10  caused the additional cost to complete the contract over

11  and above the estimated cost to complete?

12      A   Not outside of reviewing the Brown, Schultz work

13  papers.

14      Q   Were you able to determine the date on which the

15  event or occurrence -- let me start over.

16          Were you able to determine the date or

17  approximate date the event which caused the increased

18  cost over the estimated cost to complete occurred?

19      A   Could you read that back?

20          (Record read.)

21  THE WITNESS:   No.   Those records would have been

22  available through the CCI documents.

23      Q   So if you had -- let me start over.

24          You would need the CCI documents in order to

148

1   specific source of the increased costs for Job 426?

2       A    We did not have it available.

3       MR. McGLYNN:  Objection.

4       MR. McCARRON:  Q    Will you answer?  Does it mean

5   you did not determine the specific costs for the

6   specific -- let me start again.

7           Did you determine the specific source for the

8   increased costs experienced on Job 426?

9       A    Absent the records, no, we didn't.

10      Q    That information would be available in the CCI

11  records?

12      A    That information should be available in the CCI

13  records.  I can't speculate what is in the CCI records.

14      Q    Was there any job for which you proposed an

15  adjustment for the -- where you determined the specific

16  source of increased cost?

17      A    As I indicated previously, we did not have a

18  breakdown of costs by source and use total estimated

19  cost by contract.

20      Q    Does that mean yes, you never determined the

21  specific source of increased costs for any job for which

22  you proposed an adjustment?

23      A    I determined it on a total contract -- total

24  estimated cost per contract basis.

149

1    Q    You did not determine the specific source of

2   increased costs for any job for which you proposed an

3   adjustment to estimated cost to complete?

4    A    No.  It was not available.

5    Q    Sir, when you say the information is not

6   available, you mean that since -- you did not get it

7   because you did not get access to the CCI documents, is

8   that it?

9    A    The access to the CCI documents -- what I relied

10  upon from CCI is what's included in my file and what I

11  referred to.

12   Q    You don't -- All you're saying about the -- that

13  you did not have access to the information means you

14  didn't get the records which would give you the

15  information about the specific source of increased

16  costs, is that right?

17   A    That's right.  It was not available.

18   Q    When you say it's not available, you mean you

19  just haven't gained access to the information, right?

20   A    We were told it was not available.

21   Q    Who specifically told you that the CCI materials

22  or whatever records you needed to determine the source

23  and the date for the increased cost for the jobs for

24  which you proposed adjustments to the financial

150

1    statements --

2        A    There --

3        Q    -- related to increased -- I'm sorry, the

4    estimated cost to complete?

5        A    Could you read that question back?

6        Q    Who specifically told you that the records which

7    you needed to determine the source and the date of the

8    increased cost for those jobs for which you proposed

9    adjustments to the estimated costs to complete did not

10   exist?

11       A    The specific person would have been an

12   individual from our Baltimore office who did the initial

13   work on the engagement and discussed with USF&G and

14   Mr. McGlynn's firm over what records were available,

15   that it looked at what records were available, and

16   compiled the necessary records that were left available

17   from CCI.  On the other hand, the source of the total

18   cost I wouldn't have looked at necessarily anyway in my

19   computation of total estimated cost.

20       Q    You wanted -- You would want to look at the

21   source of the increased cost --

22       A    Total cost, absolutely.

23       Q    -- to determine the nature of the source for the

24   increased cost for each job?

151

1     A     Right.

2     Q     Along with the date on which the increased cost

3     occurred for each of those items, is that right?

4     A     Correct.

5     Q     And that would be to verify and confirm that

6     your proposed adjustments were warranted?

7     A     You would need to take it beyond that.  When the

8     costs were incurred and when they were available are two

9     different things.  I would have used it to substantiate

10    when the actual costs were incurred subsequent to the

11    end of the year.

12    Q     Who is it that told you that CCI or other

13    records from which you could have derived the increased

14    cost information were not available?

15    A     It would have been George Sonnefeld.

16    Q     And do you know the source of Mr. Sonnefeld's

17    information that the records were not available?

18    A     Inquiry with a representative from USF&G and

19    Mr. McGlynn's office.

20    Q     Do you know who specifically Mr. Sonnefeld had

21    contact with to obtain the CCI records or other records

22    relating to the source of increased costs?

23    A     I'm not sure of specific names, no.

24    Q     You're not able to -- let me start over.

155

1    information was available.

2        Q    But without regard for when the information was

3    available, you're not able to tell us how much different

4    the accumulated job costs would have been if the

5    additional procedures had been employed?

6        A    No.

7        Q    For any period, is that right?

8        A    Fortunately the timing of when that information

9    is available is pretty critical.

10       Q    But let's answer the first question.  You're not

11   able --

12       MR. McGLYNN:  Objection.

13       MR. McCARRON:  Q    -- to tell us the amount by which

14   the accumulated job costs would have been different if

15   additional auditing procedures -- different procedures

16   had been performed by Brown, Schultz --

17       A    No.

18       Q    -- for either the 1997 or 1998 period, is that

19   right?

20       A    That's correct.

21       Q    Now, the timing of those additional accumulated

22   costs, it was important to know whether it was

23   information available to the auditors at the time they

24   performed their audit, is that right?

156

1    A    That's correct.

2    Q    You needed -- You would need that information in

3  order to assess whether the auditors would have had

4  different results if they had performed additional or

5  different audit procedures during their work, is that

6  right?

7    A    That would have been one of the steps, as I

8  indicated.

9    Q    So that if the information concerning additional

10  accumulated job costs did not become available until

11  after the audit period, then that would not be

12  information which would have been learned by the

13  auditors during their audit work, is that right?

14    A    That would have prompted them to not conclude

15  their audit work until that information was available.

16    Q    But, sir, if the information did not become

17  available in the sense that the accumulated --

18  additional accumulated costs did not occur until after

19  the audit work was completed, then that would be

20  information that would not be available to the auditors

21  during their audit work, is that right?

22    A    Okay.  Maybe I'm misunderstanding your question.

23  The accumulation of cost includes those both incurred to

24  date and those that are going to be incurred.  Job cost