166

1  detail.

2      Q   Do you believe that job costs reflected in the

3  financial statements for 1997 for CCI Construction as of

4  December 31, 1997, are wrong?

5      A   No.

6      Q   Do you believe the job costs reflected on the

7  1998 financial statement of CCI Construction as of

8  December 31, 1998, are wrong?

9      A   I'm unable to make that determination based on

10 before there was not enough work done, enough audit

11 procedures performed in connection with the accumulated

12 costs to date.  They relied upon 25 job costs.

13     Q   So the answer is you have no reason to believe

14 that the job costs for 1998, as of December 31, 1998, as

15 reflected on the 1998 financial statement is wrong?

16     A   I cannot opine on the job costs as presented on

17 the financial statements.

18     Q   But can we confirm you don't have any reason to

19 believe that the job costs reflected on the 1998

20 financial statement for the period ending December 31,

21 1998, are wrong?

22     A   I indicated why I felt they were wrong.  There

23 wasn't enough work done.  Their work was limited to a

24 selection of 25 random job costs.  If that's the work

171

1    MR. McCARRON:  Q   I'm asking, though, do you know

2  of information which leads you to believe that the 1998

3  job costs are actually incorrectly reflected on the 1998

4  financial statement?

5    MR. McGLYNN:  Objection.

6    A   I know subsequent to the end of the year there

7  were significant losses incurred on jobs in progress in

8  1998, jobs that they did very little work for or

9  obtained very little audit evidence for to substantiate

10  the work in process at 12/31/98.

11    MR. McCARRON:  Q   Do you know whether -- Do you

12  have any reason to know of any information which leads

13  you to believe the job costs for 1998 are wrong on the

14  1998 financial statement?

15    A   The information I referred to were subsequent

16  schedules prepared by CCI management, total estimated

17  cost.

18    Q   Sir, estimated cost is not a job cost at the

19  time, is it?

20    A   It could be.  It's either going to be an

21  accumulated job cost or estimated cost to complete.

22    Q   Sir, do you have any reason to believe that the

23  actual job costs actually incurred during 1998 is

24  inaccurately or incorrectly reflected on the financial

172

1  statement?

2      MR. McGLYNN:  Objection.

3      A   I don't have a reason to believe that it was or

4  was not.

5      MR. McCARRON:  Q   Do you have any reason to believe

6  that additional audit procedures by Brown, Schultz in

7  connection with the work they performed for the 1998

8  audit on the financial statement of CCI Construction

9  would have led to a different result?

10     A   Yes.

11     Q   To what extent would additional procedures have

12  led to a different result performed in the audit by

13  Brown, Schultz for the 1998 time period?

14     A   As I had described previously, their testing of

15  accumulated job costs relied upon a random sample of 25

16  job costs.  In 1998, they relied upon estimated costs to

17  complete as represented by management for gross profits

18  on two individual jobs that they had never historically

19  met.  They unduly accepted management's representation.

20  There is no documentation in the file that anything was

21  done to corroborate that information that management

22  represented were the estimated costs to complete.

23          In addition, also in 1998 they specifically

24  excluded from their job costs testing the job -- I'm

177

1    it the same as your criticism of the audit by Brown,

2    Schultz for 1997 in those respects?

3        A    Yes, it is.

4        Q    What is your criticism -- let me start over.

5            In what respect concerning PCIC did Brown,

6    Schultz not act in conformity with Generally Accepted

7    Auditing Standards?

8        A    In the recording of the guaranty as are evident

9    by PCIC.

10       Q    What was it about the recording of the guaranty

11   by PCIC which was not in accordance with Generally

12   Accepted Auditing Standards?

13       A    It was not proper.  There is no basis for it.

14       Q    What was not proper?

15       A    The recording of the guaranty as revenue.

16       Q    So the recording or including in revenue the

17   amount of the guaranty by PCIC for the Mahanoy Prison

18   claim was not proper?

19       A    That's correct.

20       Q    Why was it not proper to include in revenue --

21   is that what you mean by recording, including in

22   revenue?

23       A    Correct.

24       Q    Why was it not proper to include in revenue the

179

1    certain results desired by the related parties, the

2    resulting accounting measures may not represent what

3    they usually would be expected to represent.

4        Q    So what specific GAAP procedure was violated by

5    including the PCIC guaranty amount in revenue for the

6    1998 financial statement?

7        A    There is no basis for recording it as revenue.

8    How does it relate to revenue?  It wasn't done in the

9    ordinary course of business.  It was merely a guaranty

10   by a related party that --

11       Q    What?

12       A    -- I'll pay it if the customer doesn't.

13       Q    Isn't it guaranteed income, sir?

14       A    No.

15       Q    Why is it not guaranteed income?

16       A    A guaranty did not relate to that claim.

17       Q    Are you telling me that the guaranty was no

18   good?

19       A    The guaranty was just that.  It was a guaranty

20   by a related party that I will deposit the difference

21   between what you collect on a claim and the difference

22   I'll put in, but it doesn't get recognized as revenue.

23       Q    Was the guaranty valid?

24       A    I assume that it was, yes.  I reviewed the

180

1    guaranty.

2        Q    Was the guaranty made up?

3    MR. McGLYNN:  Objection.

4        A    I don't know.

5    MR. McCARRON:  Q    Was it a contrived guaranty?

6        A    I don't know.

7        Q    Was there an insurance policy issued by PCIC to

8    CCI Construction?

9        A    Yes.

10       Q    Did the insurance policy cover the Mahanoy

11   Prison job?

12       A    Yes.

13       Q    Was the claim for which the PCIC guaranty was

14   provided for the claim by CCI arising out of the Mahanoy

15   Prison Project?

16       A    The claim --

17   MR. McGLYNN:  Objection.

18   THE WITNESS:  The claim was related to the Mahanoy

19   Prison job.

20   MR. McCARRON:  Q    So there existed an insurance

21   policy issued by PCIC for which conceivably may cover or

22   could have covered the claim by CCI for the Mahanoy

23   Prison Project, is that right?

24   MR. McGLYNN:  Objection.

181

1    A    The claim --

2    MR. McCARRON:    Q    Is that right?

3    A    -- had to do for extended costs that in my

4    opinion are not remedial costs, which was the insurance

5    policy that was issued by PCIC, in addition, what was

6    disclosed in PCIC's financial statements.

7    Q    So is your problem with including the PCIC

8    guaranty in revenue your determination or belief that

9    the PCIC insurance policy did not cover the Mahanoy

10   Prison claim?

11   A    I have two problems with the recording of it.

12   Q    Is it true that one of the issues you have with

13   the PCIC guaranty being reflected in revenue is that

14   it's your opinion the PCIC insurance policy did not

15   cover the CCI claim concerning the Mahanoy Prison

16   Project?

17   A    That's correct.

18   Q    So that if you're wrong about the interpretation

19   of the insurance policy and it did provide coverage for

20   the claim by CCI concerning the Mahanoy Prison Project,

21   then the concern of yours, including the PCIC guaranty,

22   would be eliminated?

23   A    No, it would not be eliminated.  The PCIC

24   guaranty -- as I said, I had two problems with it -- is

182

1    a separate issue.

2        Q   But at least one of your two concerns would be

3    eliminated.

4        MR. McGLYNN:  Have you finished your answer?

5        THE WITNESS:  No, I haven't.

6        MR. McCARRON:  Q   Isn't it the situation -- if I

7    could --

8        MR. McGLYNN:  He hasn't finished his answer.  Maybe

9    he'll answer this concern when he finishes the answer.

10   Go ahead, please.

11       A   The issue with the claim, and as I opined on

12   earlier, in my opinion was not covered under a remedial

13   insurance contract issued by PCIC.

14           The second issue related to the guaranty by the

15   stockholder, if you will -- the stockholder of PCIC

16   happened to be the stockholder of CCI -- was a

17   contingent gain.  If the -- If you do not collect from

18   the Commonwealth of Pennsylvania or from the owner, I'll

19   pay the difference.  Simply that, a guaranty that if

20   something doesn't happen in the future, I will do

21   something.

22       MR. McCARRON:  Q   What is it about that that

23   violates GAAP?

24       A   As I just read in FAS 57.

190

1    stockholder owned one hundred percent of and in his own

2    deposition said I determined what gets paid and what

3    doesn't get paid.

4        Q    Was the PCIC guaranty a guaranty by a

5    stockholder of CCI?

6        A    It was a guaranty by a company under common

7    control.

8        Q    Was the PCIC guaranty a guaranty by a

9    stockholder of CCI?

10       A    No.

11       Q    Sir, in paragraph 15, does it not indicate that

12   you could include in revenue the amount of the related

13   party transaction if there is disclosure?

14   MR. MCGLYNN:    Objection as to the form.

15       A    Where are you referring to that?

16   MR. MCCARRON:    Q    I'm asking, sir, doesn't it

17   reflect the concept in paragraph 15 of FAS 57 that if a

18   related party transaction is disclosed, then it can be

19   included in revenue?

20       A    No.

21       Q    You don't understand that that's what that

22   means?

23       A    No, I don't read that out of there.

24       Q    Let me ask you, does -- are you familiar with

1    the treatment of insurance claims under Generally

2    Accepted Accounting Principles?

3        A    I do not audit any insurance companies, no.

4        Q    Are you aware of the treatment of insurance

5    claims which a client may have?

6        A    I've had cases where clients have had claims

7    against insurance companies, yes.

8        Q    And are you aware that if the -- that there are

9    instances -- let me start over.

10        Are there instances in which insurance claims --

11    the amount of insurance claims can be properly included

12    in revenue under accrual accounting methods?

13        A    If there is a legal basis --

14        Q    Is that a yes?

15        A    Can I finish my response?

16        Q    It either is or it isn't.

17        A    Yes, if there's a legal basis for the claim,

18    which there wasn't in this case.

19        Q    And you've decided that there was not a legal

20    basis for the claim -- let me start over.

21        Did you consult an attorney about whether there

22    was a legal basis for the PCIC claim?

23        A    I did not.

24        Q    So you, independent of an attorney, decided

1  there was not a legal basis for the PCIC claim by CCI

2  Construction, is that true?  Is that true?

3      A   Ask it again.

4      Q   You determined, independent of a lawyer, that

5  the PCIC claim against the PCIC policy -- let me start

6  again.

7          You determined without consulting an attorney

8  that the CCI claim against the PCIC policy was not a

9  covered claim and there was no legal obligation for PCIC

10 to pay it, is that right?

11     A   I did that on my own based on the remedial work.

12     Q   Did you have law training?

13     A   No.

14     Q   Are you an attorney?

15     A   No.

16     Q   Are you qualified to interpret the provisions of

17 an insurance policy?

18     A   From my understanding of reading it, I felt

19 qualified that I can make a judgment as to whether a

20 claim for delayed work fell under a remedial work claim

21 as disclosed in the PCIC financial statement.

22     Q   Do you have any reason to believe that Bruce

23 Brown or the other folks at Brown, Schultz were less

24 qualified than you to determine whether the PCIC policy

193

1    covered the CCI claim arising out of the Mahanoy Prison

2    Project?

3        A    I don't know what their qualifications were, no.

4        Q    You have no reason to believe that you're more

5    qualified than Bruce Brown to make a judgment about the

6    application of an insurance policy, do you?

7        A    That's correct, from an insurance policy claim.

8        Q    Would it be a violation of Generally Accepted

9    Accounting Principles for an accountant to make a

10   reasonable professional judgment about whether an

11   insurance policy covered a claim but happened to be

12   wrong?

13       A    If we're now talking about the 1,162,000 claim

14   and whether that is going to fall under recognition

15   standards, guaranteed aside --

16       Q    Why don't we stick with my question.

17       A    Can I finish my question?

18       Q    See, you're not allowed to ask questions.

19   That's part of the problem.

20       MR. MCGLYNN:  Do you want to finish your answer?

21   Finish your answer.

22       MR. MCCARRON:  He's not giving me an answer.  He's

23   giving me a speech.

24       MR. MCGLYNN:  Do you want to take another two-minute

196

1    A    FAS 57 for one.

2    Q    Anything else?

3    A    APB No. 4, which deals with conservatism.    FAS

4    No. 5, gain contingencies.

5    Q    Any doubt in your mind that the information

6    presented to -- available to Brown, Schultz when it

7    performed its audit work concerning the 1998 period that

8    the amount would be paid by PCIC to CCI Construction?

9    MR. McGLYNN:    Objection.

10    A    There is nothing in the work paper that I

11    reviewed that indicated they had reviewed whether that

12    claim was paid.

13    MR. McCARRON:    Q    Sir, revenue doesn't depend on

14    whether it was actually paid during the period of the

15    financial statements, does it?

16    A    Or subsequent review.

17    Q    Sir, to recognize revenue for accrual

18    accounting, it is not necessary that the revenue

19    actually be received by the company during the period

20    under -- for which the financial statement is issued,

21    isn't that right?

22    A    I agree.

23    Q    So it was not important to your consideration

24    about whether or not to include the PCIC guaranty in

197

1   revenue about whether the revenue was received or the

2   PCIC claim was paid prior to December 31, 1998, is that

3   right?

4        A   No, I disagree.  You need to look -- If you're

5   going to -- and, number one, the guaranty never should

6   have been recorded as revenue.  There is going to be a

7   collectibility issue on whether PCIC had the ability to

8   make that guaranty good.

9        Q   Have you learned any information which leads you

10  to believe the guaranty by PCIC was not valid?

11       A   At this point in time I know that the guaranty

12  was paid in June and October of 1999.

13       Q   So is there any reason -- do you have any

14  information which leads you to believe that as of the

15  audit work by Brown, Schultz for the period 1998 that

16  there was reason to doubt the collectibility of the PCIC

17  guaranty?

18       A   Only by reference to the PCIC qualified report

19  on the audited financial statements of PCIC.

20       Q   So you have reason to doubt about whether the

21  PCIC guaranty was collectible as of the period of time

22  when Brown, Schultz was performing its audit work?

23       A   As of the field work date, yes.

24       Q   What information do you base your belief that

223

1    Q    Now, in arriving at your adjustments to the
2 estimated costs to complete for 1997 and 1998 to the
3 financial statements, you used a method called the look
4 back method, is that right?
5    A    A method similar to the look back method.
6    Q    How does the method you used in deriving the
7 adjustments you proposed in the 1997 and 1998 financial
8 statements differ from the look back method?
9    A    The look back method is a method predominantly
10 used by the IRS in calculating the difference between
11 construction in progress at a given date and the final
12 completion date.  They compute an interest portion on
13 that, and it's related to that.
14        I used a method what I call similar to look back
15 method where I looked at the best information available,
16 the best cost to complete information available, and
17 applied that to what should have been as of a given
18 date.
19        Now, as we go through the individual contracts,
20 you'll see that on several contracts I varied from that,
21 and I varied from it, as I documented on the work
22 papers, because the job had just started and Brown,
23 Schultz would not have known -- may not have known all
24 the available information.

226

1   method is used -- reflected in the tax regulations, is

2   that right?

3       A    Not necessarily.  I didn't dream up the idea of

4   doing this and consulted with people that -- if I was

5   going to restate --

6       Q    I think you're misunderstanding.

7   MR. MCGLYNN:  Have you finished your answer?

8   MR. MCCARRON:   Q    Isn't it the situation that tax

9   regulations provide and discuss the look back method as

10  a process used in connection with tax related issues?

11      A    Under the strict terms of look back, yes.

12      Q    Are you aware of any audit principle -- sorry,

13  audit -- accounting principle, audit standard, or

14  statement of pronouncement concerning accountants and

15  auditors, which provides for either the look back method

16  or some modified version of the look back method you

17  employed in arriving at your adjustments for the 1997

18  and 1998 audit statements?

19      A    I believe it's applicable in the restatement of

20  the financial statements from the best available

21  information that's known, subsequent events.

22      Q    Does GAAP, GAAS, or any accounting pronouncement

23  provide for the use of the look back method or a similar

24  method?

1    MR. MCGLYNN:  Objection.  Asked and answered.

2    A  As I indicated, it could.  If you were restating

3    the financial statements for correction of an error,

4    it's not precluded from being used.

5    MR. MCCARRON:  Q  Is there an audit -- I'm sorry.

6    Is there an accounting principle or an audit

7    standard or pronouncement of accounting or auditing

8    principles or standards on which you relied to support

9    your idea that the look back method or the modified

10    version of the look back method you used is appropriate?

11    A  That would be combining everything I said

12    earlier with respect to use the best available

13    information that I have, absent of records to review and

14    absence of the audit procedures done not in accordance

15    with GAAS, everything else considered in connection with

16    review of Brown, Schultz's work papers, I felt this was

17    the best method available to me to restate the financial

18    statements for 1998 and 1997.

19    Q  Are you aware of any instance in which the look

20    back method is used other than in connection with

21    tax-related issues?

22    A  Under the term look back, no.

23    Q  Where in the accounting literature is there

24    support for the use of the look back method or the

1    modified version of the look back method you used to

2    derive your proposed adjustments for the 1997 and 1998

3    financial statements?

4        A    Not specifically.

5        Q    Could an accountant performing an audit use the

6    look back method under GAAS in expressing an opinion

7    about the financial statements?

8        A    If it was in connection with the correction of

9    an error and he was restating the financial statements,

10   yes.

11       Q    Could an accountant use the look back method in

12   performing an audit to express an opinion about

13   financial statements in accordance with GAAS?

14       A    I just answered that.

15       Q    No, you didn't.

16       A    I did.

17       Q    No, you didn't.  You told me --

18       MR. MCGLYNN:  Let's not argue.  Go on to the next

19   question.

20       MR. MCCARRON:  No, I'm not going on to the next

21   question.  The next question is going to be exactly the

22   same.

23       MR. MCGLYNN:  Then he's going to stand --

24       MR. MCCARRON:  Do you want to argue with me, is that

231

1  acting in accordance with GAAS in performing an audit

2  using the look back method?

3      A   As I indicated previously, it would be a method

4  that he may consider in the restatement of financial

5  statements in connection with his engagement if -- and

6  maybe an example would help explain it.  If you were

7  restating a financial statement and there is an error

8  because of misuse of information in connection with a

9  prior year, you would restate the financial information.

10     Q   Did Brown, Schultz restate financial statements,

11 sir?

12     A   Did they restate financial statements?

13     Q   Yes.

14     A   No.

15     Q   Weren't you testing the work done by Brown,

16 Schultz?

17     A   I was testing their audit work.

18     Q   Wouldn't you be required to use the same

19 procedures that -- which Brown, Schultz should use in

20 determining its audit?

21     A   I determined their procedures weren't adequate.

22     Q   Sir, I didn't ask you that.  Wouldn't you be

23 required in testing the quality of the work by Brown,

24 Schultz to use the same procedures which applied or

232

1   should have been used by Brown, Schultz in performing

2   their audit?

3       A   Yes.

4       Q   Is the look back method a method which Brown,

5   Schultz could properly have used in conducting their

6   audit during 1997 and 1998?

7       A   In connection with review of completed

8   contracts, yes, they did.

9       Q   In performing the audit of the 1997 and 1998

10  financial statements for CCI, would Brown, Schultz have

11  acted in accordance with Generally Accepted Auditing

12  Standards to have used the look back method?

13      A   A method similar to the look back by reviewing

14  completed contracts, which is documented in their work

15  papers that they did.

16      Q   Would Brown, Schultz have been justified in its

17  audit procedures in using the look back method in its

18  audit of estimated costs to complete contracts?

19      A   Yes.  They would have reviewed, which they did.

20  They reviewed two completed contracts during the year,

21  which in effect is using a method similar to what I used

22  based on our work in process in prior years, how did

23  these contracts actually finish up.  For instance, in

24  1998 they looked at the 1997 -- two work in process jobs

234

1    contracts?

2        MR. McGLYNN:    Objection.    Asked and answered.

3        A    In connection with their review of completed

4    contracts.

5        MR. McCARRON:    Q    Was there -- Did you use the look

6    back method in determining the adjustments you proposed

7    for the 1997 and 1998 financial statements for anything

8    other than completed contracts?

9        A    For contracts in progress.

10       Q    You used it for contracts in progress?

11       A    For contracts in progress.

12       Q    And the adjustments you proposed relate to

13   contracts in progress?

14       A    Correct.

15       Q    Did Brown, Schultz use the look back method in

16   their audit procedures for contracts in progress?

17       A    They used it in connection with review of the

18   completed contracts in developing and relying upon

19   management's estimates which then figure into the

20   construction in progress schedule.

21       Q    But for actually -- In connection with the audit

22   work done by Brown, Schultz specifically with respect to

23   the estimated cost to complete, did it not use the look

24   back method because the data was not yet available,

235

1    isn't that the case?

2        A    Correct.

3        Q    Did you limit your restatement process using the

4    look back method and the modified look back method to

5    data which was -- which you know was actually available

6    to the auditors when it conducted the 19 -- the audit of

7    the 1997 and 1998 financial statements?

8        A    I don't know what audit information was

9    available to the auditors.  As I've explained

10   previously, they didn't extend their audit procedures

11   necessary, that they could have acquired any additional

12   information.  There was obviously problems with the

13   estimated cost to complete.

14       Q    You, therefore, may have relied on and used

15   data, which was not available to the auditors, when they

16   performed their audits of the 1997 and 1998 financial

17   statements, is that true?

18       A    That's true.

19   MR. McCARRON:  And -- let me get to my other stuff.

20           Peter, I'm going to work from this packet here.

21   I'm not necessarily going to mark them all at once.

22           Throw a tag on that.

23           (Document marked Exhibit No. 38.)

24       Q    Sir, I placed in front of you a document we've

252

1   have been an adjustment.  Had they allocated indirect

2   costs to specific contracts, the total estimated cost

3   and total -- and estimated cost to complete would have

4   been different.

5       Q    Would the amount of the adjustment have been

6   material?

7       A    I did not do that calculation.

8       Q    So you don't know -- you can't tell us that it

9   would have been material if the indirect costs had been

10  treated differently, is that right?

11      A    That's correct.

12      Q    Would the nonallocation of indirect costs be a

13  basis on which an auditor can withhold an opinion?

14      A    If it was material?

15      Q    I'm asking, sir.  If the -- If management --

16      MR. McGLYNN:  He answered your question.

17      MR. McCARRON:  Q    If management did not reflect on

18  their financial statements -- it would not reflect on

19  their financial statements cost to complete, which

20  included indirect costs, would that be enough to

21  withhold your opinion or to qualify your opinion as an

22  auditor?

23      A    If in my opinion the effect of not including

24  indirect costs to jobs in progress was a material

253

1    amount, yes, it would change my opinion.

2        Q    But if the amount was not material; that is --

3    let me start over.

4            If the amount of the nonincluded indirect cost

5    was not material, then that would not be a basis on

6    which to withhold your opinion and to qualify your

7    opinion as an auditor, is that right?

8        A    Just on that given item, no.

9        Q    Do you know whether Bruce Brown calculated the

10   effect of the nonallocation of indirect costs?

11       A    There was a calculation done on two jobs from

12   what I recall each year based on a very simple review of

13   indirect cost.

14       Q    The fact that indirect costs were not allocated

15   was disclosed on the financial statements?

16       A    Yes, it was.

17       Q    And that disclosure was adequate?

18       A    Yes.

19       Q    Is it your opinion that a partner has to sign

20   every piece of work paper in the audit file?

21       A    No.

22       Q    In the last page of Exhibit 41, which is also

23   numbered DeBruyn 609, can you read to us what you wrote

24   in the left-hand margin at the very top?

263

1  with this litigation as an expert witness.

2      Q    Did you find any support for your use of the

3  look back method to evaluate the propriety of the work

4  done by auditors?

5      A    Yes, I did.  I had determined that the look back

6  method was reasonable and had been used in damage

7  evaluation cases in connection with litigation support

8  engagements.

9      Q    Are you aware of any instance in which the look

10  back method was used to evaluate the propriety of the

11  accounting work done by auditors?

12      A    I don't have any specific cases, no.

13      Q    Are you aware of any other accountant who has

14  ever used the look back method to evaluate the propriety

15  of work done by auditors in performing audits of

16  financial statements?

17      A    I'm aware of individuals in our firm that have

18  used a method similar to what I have employed to

19  determine the effect of an accounting issue.

20      Q    Sir, are you aware of any other instance in this

21  case when an accountant has employed the look back

22  method to evaluate the propriety of the work done by

23  auditors in performing audits of financial statements?

24      A    No.

271

1    looked at all the information that was available.

2        Q    As of the time that the audit was conducted?

3        A    No.

4        Q    So you're talking about you looked at

5    information obtained subsequent to the audit, that's

6    what you looked at?

7        MR. McGLYNN:  Let him finish his answer.

8        MR. McCARRON:  Q   Is that right?

9        A    That's correct.

10       Q    Did you determine the reason that CCI went

11   bankrupt?

12       A    No.

13       Q    Did you consider Mr. Ortenzio's explanation for

14   the reasons CCI had financial difficulty and went

15   bankrupt?

16       A    I don't recall what it was in the deposition.

17       Q    Did you receive a document which reflected an

18   explanation about Mr. Ortenzio about the reason that CCI

19   had financial difficulty?

20       A    I received his initial deposition.

21       Q    How about a letter from Mr. Ortenzio which

22   explained the reason that CCI went bankrupt, did you see

23   that?

24       A    I did not.

286

1    Q   So you just took at face value the financial

2    reporting by CCI in determining your adjustments for the

3    financial statements for 1998?

4    A   I didn't take it at face value.  I realized

5    USF&G had now been involved in the wrap-up of the

6    engagements, so I felt there was additional reliance

7    that a third party was reviewing the work in process

8    schedule.

9    Q   Do you know whether USF&G had assured the

10   correctness of the interim financial statements issued

11   by CCI for 1999?

12   A   It came from the USF&G office.

13   Q   I'm asking, do you know whether USF&G did

14   anything to assure that the information included on the

15   financial statements from CCI was correct for 1999?

16   A   No.

17   Q   So you took financial statements from CCI, which

18   you have now determined were inaccurate for 1997 and

19   1998, and you relied on them for making your

20   calculations based on 1999 information, is that true?

21   A   That's true.

22   Q   Sir, on page 10 of Exhibit 45 you make a

23   handwritten note in the left-hand column.  Did you write

24   "ouch"?

293

1    Brown, Schultz included in the 1997 or 1998 audit report

2    which was false?

3         A    Which was false?  No.

4         Q    One second.

5              The work you did would not be characterized as a

6    reaudit?

7         A    No, it would not.

8         Q    Did the work papers -- never mind.

9              Can you tell us what you consider to be remedial

10   work?

11        A    Under the definition in the PCIC significant

12   accounting policies and under my review of the

13   definition of remedial work, it was work that the

14   contractor; in this case, CCI, was obligated to under

15   the original contract, warranty type work that they were

16   called back to do within, I believe, a year period for

17   that contract.

18        Q    That would be remedial work?

19        A    Yes.

20        Q    Including warranty work?

21        A    Yes.

22             (Discussion had off the record.)

23   MR. MCCARRON:  I'm done.

24             (Whereupon the deposition concluded