# EXHIBIT H

28

1   each project there are folders for claimants.    Is that

2   correct?

3        A     Correct.

4        Q     Okay.  So, within the project, the payment

5   bond file for a particular project, a copy of the bond

6   would be there; is that correct?

7        A     Yes, a copy of the payment and the

8   performance bond should be with the general file for

9   each particular project.

10       Q     Okay.  When you say general file?

11       A     Which encompasses the payment bond files,

12  the, for lack of a better word, performance bond files

13  which would be files relating to completion of the

14  project.

15       Q     When USF&G took over performance of the

16  projects from CCI, did it obtain CCI's project files?

17       A     I believe it obtained most of them, but I

18  don't know if we got all of them.

19       Q     And where --

20       A     I'm sorry, can I clarify that?

21       Q     Sure.

29

1      A      With regard to the projects that we had

2  open bonds on, I think that CCI had some non-bonded

3  projects, and I don't believe we got those files.

4      Q      And for those project files that you did

5  obtain, where are they maintained today?

6      A      It varies with the project.  In some

7  instances, those files were turned over to the

8  completion contractor that completed the work.  In

9  some instances, they were returned to CCI when the

10  project was completed.

11          In some instances, we still have them,

12  those files either in part here in our offices or with

13  engineers or consultants that worked with us.  So it

14  varies with the project.

15      Q      But are those files contained within

16  either the payment bond files or the performance bond

17  files?

18          MR. LEVIN:  Objection.

19          THE WITNESS:  Geographically the same

20  location or intellectually is it one file?

21      Q      Let's start with the latter.