# EXHIBIT K

*CCI CONSTRUCTION COMPANY, INC.*

*YEARS ENDED*
*DECEMBER 31, 1997 AND 1996*

USFG/BS 0419

*CCI CONSTRUCTION COMPANY, INC.*

YEARS ENDED DECEMBER 31, 1997 AND 1996

## CONTENTS

|  | Page |
|---|---|
| Independent auditors' report | 1 |
| Financial statements: |  |
| Balance sheets | 2 |
| Statements of income | 3 |
| Statements of shareholder's equity | 4 |
| Statements of cash flows | 5-6 |
| Notes to financial statements | 7-11 |
| Accompanying information to financial statements: |  |
| Cost of contracts | 12-13 |
| General and administrative expenses | 14 |
| Earnings from contracts | 15 |
| Completed contracts | 16 |
| Contracts-in-progress | 17 |

USFG/BS 0420

**BROWN
SCHULTZ**

<u>Independent Auditors' Report</u>

Board of Directors
CCI Construction Company, Inc.
Mechanicsburg, Pennsylvania

We have audited the accompanying balance sheets of CCI Construction Company, Inc. as of December 31, 1997 and 1996 and the related statements of income, shareholder's equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of CCI Construction Company, Inc. as of December 31, 1997 and 1996 and the results of its operations and its cash flows for the years then ended, in conformity with generally accepted accounting principles.

Our audits of the financial statements were made for the purpose of forming an opinion on the basic financial statements taken as a whole. The accompanying information is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audits of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole.

*Brown Schultz*

February 10, 1998

USFG/BS  0421

CERTIFIED PUBLIC ACCOUNTANTS
AND
BUSINESS ADVISORS

A PROFESSIONAL CORPORATION

1011 MUMMA ROAD
WORMLEYSBURG, PA 17043

PO BOX 6765
HARRISBURG, PA 17106-7865
717-761-7171
PA: 800-294-7360
FAX: 717-737-6655

2501 OREGON PIKE
SUITE THREE
LANCASTER, PA 17601
717-560-8375
FAX: 717-560-8712

1

*CCI CONSTRUCTION COMPANY, INC.*

BALANCE SHEETS - DECEMBER 31, 1997 AND 1996

ASSETS

|  | 1997 | 1996 |
|---|---|---|
| Current assets: | | |
| Cash and cash equivalents | $ 1,128,337 | $ 3,346,115 |
| Investments in marketable securities | 3,702,992 | 1,803,677 |
| Accounts receivable, trade: | | |
| Customers: | | |
| Current | 8,230,674 | 2,606,101 |
| Retained | 1,121,610 | 954,777 |
| Shareholder | | 268,583 |
| Affiliates | 3,485 | 9,570 |
| Note receivable | 22,569 | 31,689 |
| Costs and estimated earnings in excess of billings | | |
| on uncompleted contracts | 1,072,281 | 379,663 |
| Prepaid expenses | 6,185 | 53,232 |
| Shop inventory | 639 | |
| Total current assets | 15,288,772 | 9,453,407 |
| Property and equipment: | | |
| Automobiles and trucks | 427,342 | 279,361 |
| Furniture | 553,587 | 654,220 |
| Machinery and equipment | 1,323,233 | 187,559 |
| Other | 72,453 | 14,682 |
|  | 2,376,615 | 1,135,822 |
| Less accumulated depreciation | 920,919 | 956,849 |
|  | 1,455,696 | 178,973 |
|  | $ 16,744,468 | $ 9,632,380 |

See notes to financial statements.

USFG/BS 0422

LIABILITIES AND SHAREHOLDER'S EQUITY

|  | 1997 | 1996 |
|---|---|---|
| Current liabilities: | | |
| Accounts payable, trade: | | |
| Vendors: | | |
| Current | $  7,846,395 | $ 2,777,935 |
| Retained | 1,078,950 | 1,232,823 |
| Affiliates | | 2,300 |
| Notes payable | 815,781 | |
| Accrued expenses | 808,601 | 278,159 |
| Taxes withheld and accrued | 58,023 | 10,857 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 681,924 | 509,631 |
| Total liabilities (all current) | 11,289,674 | 4,811,705 |
| Shareholder's equity: | | |
| Common stock, $1 par, 1,000 shares authorized; 39 shares issued and outstanding | 39 | 39 |
| Capital in excess of par | 9,758 | 9,758 |
| Retained earnings | 5,208,489 | 4,768,011 |
| Unrealized gain on marketable securities | 236,508 | 42,867 |
| | 5,454,794 | 4,820,675 |
| | $  16,744,468 | $  9,632,380 |

USFG/BS 0423

2

*CCI CONSTRUCTION COMPANY, INC.*

STATEMENTS OF INCOME

YEARS ENDED DECEMBER 31, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| Revenue | $ 34,921,676 | $ 24,465,870 |
| Cost of contracts | 32,617,473 | 23,146,686 |
| Gross profit | 2,304,203 | 1,319,184 |
| General and administrative expenses | 1,954,380 | 1,180,087 |
| Income from operations | 349,823 | 139,097 |
| Other income (expense): |  |  |
| Investment | 367,538 | 275,016 |
| Miscellaneous | ( 1,546) | 17,210 |
| Gain (loss) on sale of: |  |  |
| Property and equipment | ( 2,920) | ( 72,051) |
| Marketable securities and cash equivalents | ( 6,016) | 3,852 |
|  | 357,056 | 224,027 |
| Net income | $ 706,879 | $ 363,124 |

USFG/BS 0424

See notes to financial statements.

3

## CCI CONSTRUCTION COMPANY, INC.

STATEMENTS OF SHAREHOLDER'S EQUITY

YEARS ENDED DECEMBER 31, 1997 AND 1996

| | Shares of common stock | Capital in excess of par | Retained earnings | Unrealized gain on marketable securities | Total |
|---|---|---|---|---|---|
| Balance, December 31, 1995 | $ 39 | $ 9,758 | $ 4,465,253 | $ 26,679 | $ 4,501,729 |
| Net income | | | 363,124 | | 363,124 |
| Distributions | | | ( 60,366) | | ( 60,366) |
| Unrealized gain on marketable securities | | | | 16,188 | 16,188 |
| Balance, December 31, 1996 | 39 | 9,758 | 4,768,011 | 42,867 | 4,820,675 |
| Net income | | | 706,879 | | 706,879 |
| Distributions | | | ( 266,401) | | ( 266,401) |
| Unrealized gain on marketable securities | | | | 193,641 | 193,641 |
| Balance, December 31, 1997 | $ 39 | $ 9,758 | $ 5,208,489 | $ 236,508 | $ 5,454,794 |

See notes to financial statements.

USFG/ns  0425

## CCI CONSTRUCTION COMPANY, INC.

### STATEMENTS OF CASH FLOWS

#### YEARS ENDED DECEMBER 31, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $    706,879 | $    363,124 |
| Adjustments: |  |  |
| Depreciation | 156,504 | 96,945 |
| (Gain) loss on sale of: |  |  |
| Property and equipment | 2,920 | 72,051 |
| Marketable securities | 6,293 | (        186) |
| (Increase) decrease in: |  |  |
| Marketable securities |  | 80,000 |
| Accounts receivable | (  5,516,738) | 2,235,604 |
| Costs and estimated earnings in excess of billings on uncompleted contracts | (    692,618) | 379,992 |
| Prepaid expenses | 47,047 | 50,809 |
| Shop inventory | (      ·639) |  |
| Increase (decrease) in: |  |  |
| Accounts payable | 4,912,287 | (  3,113,074) |
| Accrued expenses | 530,442 | 174,811 |
| Taxes withheld and accrued | 47,166 | (      17,511) |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 172,293 | 232,802 |
| Total adjustments | (    335,043) | 192,243 |
| Net cash provided by operating activities | 371,836 | 555,367 |
| Cash flows from investing activities: |  |  |
| Purchase of investments | ( 11,093,130) | (    100,681) |
| Proceeds from sale and maturities of investments | 9,381,163 | 775,348 |
| Issuance of note receivable |  | (      35,000) |
| Repayment of note receivable | 9,120 | 3,311 |
| Purchase of property and equipment | (    560,929) | (      37,196) |
| Proceeds from sale of property and equipment | 13,864 | 7,275 |
| Net cash provided by (used in) investing activities | (  2,249,912) | 613,057 |

(continued)

USFG/BS  0426

5

## CCI CONSTRUCTION COMPANY, INC.

STATEMENTS OF CASH FLOWS (CONTINUED)

YEARS ENDED DECEMBER 31, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| Cash flows from financing activities: | | |
| Distributions to shareholder | $( 266,401) | $( 60,366) |
| Repayment of notes payable | ( 73,301) | |
| Net cash used in financing activities | ( 339,702) | ( 60,366) |
| Net increase (decrease) in cash and cash equivalents | ( 2,217,778) | 1,108,058 |
| Cash and cash equivalents, beginning of year | 3,346,115 | 2,238,057 |
| Cash and cash equivalents, end of year | $ 1,128,337 | $ 3,346,115 |
| Supplemental disclosure of cash flow information: | | |
| Cash paid during the year for interest | $ 1,707 | $ 1,462 |
| Noncash activities: | | |
| Net unrealized gain on marketable securities (see statements of shareholder's equity) | $ 193,641 | 16,188 |

Notes payable totaling $889,082 were incurred for the
acquisition of new equipment

USFG/BS 0427

See notes to financial statements.

6

### CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

YEARS ENDED DECEMBER 31, 1997 AND 1996

1.   **Summary of significant accounting policies:**

*Operations and operating cycle:*

The Company constructs and renovates commercial buildings primarily under fixed-price contracts in the northeast United States.  The Company's receivables are concentrated among customers in this geographic area. The Company extends credit to its customers and generally requires no collateral.

The length of the Company's contracts varies but is typically between one to two years.  In accordance with normal practice in the construction industry, the Company includes asset and liability accounts relating to construction contacts in current assets and liabilities even when such amounts are realizable or payable over a period in excess of one year.

*Use of estimates:*

The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.

*Revenue and cost recognition:*

Revenues from construction contracts are recognized on the percentage-of-completion method, measured by the percentage of direct cost incurred to date to estimated total direct cost for each contract.  That method is used because management considers direct cost to be the best available measure of progress on the contracts. Because of inherent uncertainties in estimating costs, it is at least reasonably possible that the estimates used will change within the near term.

For purposes of determining percentage of completion estimates, contract costs include all direct material, labor and subcontracting costs and other direct costs related to contract performance.  Indirect costs and general and administrative costs are charged to expense as incurred.  Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are first determined.  Changes in job performance, job conditions and estimated profitability may result in revisions to costs and income and are recognized in the period in which the revisions are determined.  An amount equal to contract costs attributable to claims is included in revenues when realization is probable and the amount can be reliably estimated.

USFG/BS 0428                    7

## CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1997 AND 1996

1.  **Summary of significant accounting policies (continued):**

    *Revenue and cost recognition (continued):*

    The asset, "Costs and estimated earnings in excess of billings on uncompleted contracts," represents revenues recognized in excess of amounts billed. The liability, "Billings in excess of costs and estimated earnings on uncompleted contracts," represents billings in excess of revenues recognized.

    *Cash and cash equivalents:*

    For purposes of reporting cash flows, the Company considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

    *Marketable securities:*

    Marketable securities are reported at fair value, with unrealized gains and losses excluded from earnings and reported in a separate component of stockholder's equity. Fair value of the marketable securities is based on quoted market prices for those or similar securities or quotes from brokers. Gains and losses are determined using the specific identification method when securities are sold.

    *Property and equipment:*

    Property and equipment are stated at cost. Depreciation is provided using an accelerated method over the estimated useful lives of the assets.

2.  **Cash and cash equivalents:**

    Cash and cash equivalents consist of the following:

|  | 1997 | 1996 |
|---|---|---|
| Cash | $       451 | $   792,232 |
| Certificates of deposit |  | 191,723 |
| Money market funds | 403,714 | 887,014 |
| Repurchase agreements, net of cash overdraft of $601,973 | 724,172 | 1,475,146 |
|  | $ 1,128,337 | $ 3,346,115 |

USFG/BS 0429

8

## CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1997 AND 1996

2. **Cash and cash equivalents (continued):**

At December 31, 1997, the amount of deposits in cash held at the bank exceeded the Federal Deposit Insurance Corporation (FDIC) by $48,396. The money market funds and the repurchase agreements are not insured by the FDIC. The repurchase agreements sold by a bank were held in custody by this bank for the account of CCI Construction Company, Inc. and were invested in securities, which are not pledged as collateral.

3. **Marketable securities:**

The cost or amortized cost and the aggregate fair value of investments in the debt and equity securities at December 31, 1997 and 1996 are as follows:

| | 1997 | | | | 1996 | | |
| | Cost or amortized cost | Gross unrealized losses | Gross unrealized gains | Estimated fair value | Cost or amortized cost | Gross unrealized losses | Gross unrealized gains | Estimated fair value |
|---|---|---|---|---|---|---|---|---|
| Available-for-sale securities: | | | | | | | | |
| Mutual funds | $ 3,386,480 | $ 16,845 | $ 253,465 | $ 3,623,100 | $ 1,482,961 | $ 11,387 | $ 66,313 | $ 1,537,887 |
| Obligations of states and political subdivisions | 80,004 | 112 | | 79,892 | 277,849 | 12,059 | | 265,790 |
| | $ 3,466,484 | $ 16,957 | $ 253,465 | $ 3,702,992 | $ 1,760,810 | $ 23,446 | $ 66,313 | $ 1,803,677 |

The available-for-sale debt securities at December 31, 1997 are due after ten years. Expected maturities will differ from contractual maturities because borrowers may have the right to call or prepay obligations with or without call or prepayment penalties.

USFG/BS  0430

9

### CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1997 AND 1996

3. **Marketable securities (continued):**

|  | 1997 | 1996 |
|---|---|---|
| Cost of securities sold | $ 9,387,456 | $ 775,162 |
| Proceeds from sale | 9,381,163 | 775,347 |
| Gross realized gains |  | 12,047 |
| Gross realized losses | 6,293 | 11,862 |

4. **Uncompleted contracts:**

|  | 1997 | 1996 |
|---|---|---|
| Contract costs | $ 27,920,734 | $ 11,174,827 |
| Estimated earnings thereon | 1,638,199 | 2,346,304 |
|  | 29,558,933 | 13,521,131 |
| Less billings applicable thereto | 29,168,576 | 13,651,099 |
|  | $ 390,357 | $( 129,968) |

Included in the balance sheet as:

|  | 1997 | 1996 |
|---|---|---|
| Costs and estimated earnings in excess of billings on uncompleted contracts | $ 1,072,281 | $ 379,663 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | ( 681,924) | ( 509,631) |
|  | $ 390,357 | $( 129,968) |

5. **Notes payable:**

Equipment is pledged as collateral for these notes which require monthly installments of $74,600, including interest at 1.27%, through December 1998.

6. **Line of credit:**

The Company has available a $1,000,000 unsecured line of credit expiring on April 30, 1998 which requires interest at the bank's prime rate. The Company has no outstanding balance on the line at December 31, 1997.

USFG/BS 0431

10

## CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1997 AND 1996

7.   **Rent expense:**

Various equipment and operating facilities are leased under noncancelable agreements.  Total rent expense for all leases, including the related party lease discussed in Note 8, was $432,492 and $120,623 in 1997 and 1996, respectively.

The aggregate minimum rental commitments under all noncancelable leases at December 31, 1997 are as follows:

| Year ending December 31, | Amount |
|---|---|
| 1998 | $ 95,796 |
| 1999 | 21,730 |

8.   **Related party transactions:**

The Company leased an operating facility from a related party, Old Gettysburg Associates II through November 30, 1996.  The sole shareholder of the Company has a 20% partnership interest in Old Gettysburg Associates II.  Total rent expense relating to this facility for 1996 was $71,864.

Effective December 1, 1996, the Company began leasing an operating facility owned by its sole shareholder on a year-to-year basis.  The lease requires an annual rental payment of $45,000.  Rent expense for this facility was $45,000 and $3,750 for 1997 and 1996, respectively.  At December 31, 1996, the sole shareholder was billed $268,270 for costs incurred by the Company relating to renovations made to this operating facility.  This balance was paid in 1997.

During 1997, the Company incurred warranty insurance expense of $825,000 with Pennsylvania Contractors Insurance Company, a corporation under common control.  These costs are allocated as direct cost of contracts.

9.   **Income taxes:**

No provision has been made for federal or state income taxes.  Under provisions of the Internal Revenue Code and the Commonwealth of Pennsylvania Tax Act, the Company has elected not to be taxed as a corporation and the sole shareholder has consented to include the income in his individual return.

USFG/BS 0432

11

## CCI CONSTRUCTION COMPANY, INC.

### COST OF CONTRACTS

### YEARS ENDED DECEMBER 31, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| Direct costs: |  |  |
| Labor | $   2,886,054 | $   1,726,413 |
| Payroll taxes | 335,936 | 183,327 |
| Employee benefits | 677,477 | 207,848 |
| Equipment | 41,373 |  |
| Equipment rental | 381,924 | 7,437 |
| Materials | 4,259,253 | 2,031,948 |
| Other | 1,679,129 | 753,330 |
| Subcontractors | 22,099,706 | 17,773,935 |
|  | 32,360,852 | 22,684,238 |
|  |  |  |
| Indirect costs: |  |  |
| Salaries | 86,208 | 174,179 |
| Payroll taxes | 11,217 | 19,727 |
| Employee benefits | 8,324 | 13,044 |
| Blueprints | 6 | 703 |
| Depreciation | 95,723 | 28,576 |
| Dues and permits | 710 | 293 |
| Employee recruitment | 7,151 | 1,702 |
| Insurance | 716 | 1,718 |
| Miscellaneous |  | 706 |
| Office supplies and expense | 8,112 | 2,515 |
| Postage | 253 | 1,790 |
| Professional services |  | 131,915 |
| Rent | 8,636 | 36,360 |
| Repairs and maintenance | 3,648 | 4,324 |
| Safety | 2,157 | 128 |
| Telephone | 11,802 | 16,446 |
| Temporary help |  | 581 |

USFG/BS 0433

(continued)

12

## CCI CONSTRUCTION COMPANY, INC.

COST OF CONTRACTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| Indirect costs (continued): | | |
| Trade books and journals | $ 556 | $ 89 |
| Training and seminars | | 122 |
| Travel and entertainment | 728 | 440 |
| Utilities | 1,413 | 2,014 |
| Warehouse expenses | 9,261 | 776 |
| Warranty service | | 24,300 |
| | 256,621 | 462,448 |
| Total cost of contracts | $ 32,617,473 | $ 23,146,686 |

USFG/BS 0434

13

## CCI CONSTRUCTION COMPANY, INC.

GENERAL AND ADMINISTRATIVE EXPENSES

YEARS ENDED DECEMBER 31, 1997 AND 1996

|  | 1997 | 1996 |
|---|---|---|
| Salaries: |  |  |
| Officers | $ 1,038,273 | $ 271,680 |
| Office | 410,023 | 399,009 |
| Payroll taxes | 73,399 | 46,920 |
| Employee: |  |  |
| Benefits | 33,722 | 38,686 |
| Recruitment | 2,237 | 322 |
| Advertising | 1,038 | 1,746 |
| Bank charges | 3,667 | 3,273 |
| Blueprints | 13,507 | 4,712 |
| Company sponsored activities | 1,098 | 855 |
| Contributions | 3,030 | 2,298 |
| Depreciation | 60,781 | 68,369 |
| Dues | 8,058 | 8,150 |
| Insurance | 12,162 | 15,148 |
| Licenses and taxes | 44,270 | 46,230 |
| Miscellaneous | 265 | 268 |
| Office supplies | 18,875 | 11,099 |
| Postage | 7,914 | 9,305 |
| Professional services | 95,337 | 98,874 |
| Rent | 33,744 | 45,930 |
| Repairs and maintenance | 7,689 | 11,582 |
| Telephone | 31,328 | 59,435 |
| Trade books and journals | 22,995 | 20,809 |
| Training and seminars | 1,086 | 4,257 |
| Travel and entertainment | 5,948 | 9,737 |
| Utilities | 23,934 | 1,393 |
| Total general and administrative expenses | $ 1,954,380 | $ 1,180,087 |

USFG/BS 0435

## CCI CONSTRUCTION COMPANY, INC.

EARNINGS FROM CONTRACTS

YEAR ENDED DECEMBER 31, 1997

|  | Revenues earned | Cost of revenues earned | | Gross profit |
|---|---|---|---|---|
| Contracts completed during the year | $ 4,940,855 | $ 4,076,410 | (a) | $ 864,445 |
| Contracts-in-progress at year-end | 29,051,753 | 27,464,386 | (a) | 1,587,367 |
| Construction management contracts | 45,890 | 31,325 | (a) | 14,565 |
| Time and material jobs | 883,178 | 788,731 | (a) | 94,447 |
|  | 34,921,676 | 32,360,852 | | 2,560,824 |
| Indirect costs | | 256,621 | | 256,621 |
|  | $ 34,921,676 | $ 32,617,473 | | $ 2,304,203 |

(a) Excludes indirect costs not allocated to specific jobs.

USFG/BS 0436

15

## CCI CONSTRUCTION COMPANY, INC.

### COMPLETED CONTRACTS

### YEAR ENDED DECEMBER 31, 1997

| Job number | Contract | Contract totals | | | Before January 1, 1997 | | | During the year ended December 31, 1997 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Revenues earned | Cost of revenues earned | Gross profit before indirect costs | Revenues earned | Cost of revenues earned | Gross profit before indirect costs | Revenues earned | Cost of revenues earned | Gross profit before indirect costs |
| 418 | Capital Sprinkler - A | $ 7,808,776 | $ 5,935,467 | $ 1,873,309 | $ 6,928,118 | $ 5,271,160 | $ 1,656,958 | $ 880,658 | $ 684,307 | $ 216,351 |
| 420 | Capital HVAC | 204,058 | 103,588 | 100,470 | 123,424 | 92,420 | 31,004 | 80,634 | 11,168 | 69,466 |
| 421 | Capital Electrical | 2,460,065 | 1,729,583 | 730,482 | 1,769,167 | 1,286,482 | 482,685 | 690,898 | 443,101 | 247,797 |
| 422 | Home Depot | 5,200,440 | 5,034,557 | 165,883 | 4,147,383 | 4,034,072 | 113,311 | 1,053,057 | 1,000,485 | 52,572 |
| 425 | Capital Senate | 93,741 | 47,294 | 46,447 | 45,659 | 34,345 | 11,514 | 47,882 | 12,949 | 34,933 |
| 436 | Capital Sprinkler - H | 191,714 | 178,131 | 13,583 | | | | 191,714 | 178,131 | 13,583 |
| 437 | Capital renovation | 1,290,074 | 1,149,938 | 140,136 | | | | 1,290,074 | 1,149,938 | 140,136 |
| 442 | Capital porticoes | 705,938 | 616,331 | 89,607 | | | | 705,938 | 616,331 | 89,607 |
| | | $ 17,954,806 | $ 14,794,889 | $ 3,159,917 | $ 13,013,951 | $ 10,718,479 | $ 2,295,472 | $ 4,940,855 | $ 4,076,410 | $ 864,445 |

USFG/BS 0437

16

# CCI CONSTRUCTION COMPANY, INC.

## CONTRACTS-IN-PROGRESS

### DECEMBER 31, 1997

| Job number | Project | Total contract price | Estimated total direct contract costs | Estimated total contract earnings (loss) before indirect costs | Inception to December 31, 1997 — Direct contract costs to December 31, 1997 | Contract earnings (loss) accrued to December 31, 1997 before indirect costs | Billings to December 31, 1997 | December 31, 1997 — Costs and estimated earnings in excess of billings | Billings in excess of costs and estimated earnings | Year ended December 31, 1997 — Revenues earned | Direct cost of revenues earned | Gross profit (loss) before indirect costs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 438 | UEPH Complex | $ 18,961,022 | $ 16,848,701 | $ 2,012,321 | $ 15,878,479 | $ 1,885,254 | $ 16,899,942 | $ 863,791 | | $ 17,256,553 | $ 15,422,131 | $ 1,834,422 |
| 439 | Mahanoy Prison | 10,209,145 | 10,523,764 | ( 234,619) | 6,309,222 | ( 234,619) | 6,337,295 | | $ 262,692 | 6,074,603 | 6,309,222 | ( 234,619) |
| 445 | Houtzdale Prison | 10,357,787 | 10,440,743 | ( 82,956) | 4,169,371 | ( 82,956) | 4,349,670 | | 263,285 | 4,086,415 | 4,169,371 | ( 82,956) |
| 446 | Outlook Pointe | 4,604,000 | 4,328,590 | 275,410 | 521,254 | 33,165 | 509,198 | 45,221 | | 554,419 | 521,254 | 33,165 |
| 448 | UEPH Headquarters | 1,387,666 | 1,374,859 | 12,807 | 515,339 | 4,800 | 473,333 | 48,758 | | 520,139 | 515,339 | 4,800 |
| 450 | Johnstown | 3,266,600 | 3,237,111 | 29,489 | 115,461 | 1,052 | | 116,513 | | 116,513 | 115,461 | 1,052 |
| 451 | Lord Fairfax | 6,860,993 | 6,391,785 | 469,208 | 411,608 | 31,503 | 599,088 | | 155,977 | 443,111 | 411,608 | 31,503 |
| | | $ 55,747,213 | $ 53,245,553 | $ 2,501,660 | $ 27,920,734 | $ 1,638,199 | $ 29,168,516 | $ 1,072,281 | $ 681,924 | $ 29,051,753 | $ 27,464,386 | $ 1,561,367 |

USFG/BS  0438

17