# EXHIBIT L

*CCI CONSTRUCTION COMPANY, INC.*

*YEARS ENDED*
*DECEMBER 31, 1998 AND 1997*

USFG/BS 0439

## CCI CONSTRUCTION COMPANY, INC.

YEARS ENDED DECEMBER 31, 1998 AND 1997

CONTENTS

|  | Page |
|---|---|
| Independent auditors' report | 1 |
| Financial statements: |  |
| Balance sheets | 2 |
| Statements of income | 3 |
| Statements of shareholder's equity | 4-5 |
| Statements of cash flows | 6-7 |
| Notes to financial statements | 8-13 |
| Accompanying information to financial statements: |  |
| Cost of contracts | 14 |
| General and administrative expenses | 15 |
| Earnings from contracts | 16 |
| Completed contracts | 17 |
| Contracts-in-progress | 18 |

USFG/BS 0440



BROWN SCHULTZ

SHERIDAN FRITZ

Independent Auditors' Report

Board of Directors
CCI Construction Company, Inc.
Mechanicsburg, Pennsylvania

We have audited the accompanying balance sheets of CCI Construction Company, Inc. as of December 31, 1998 and 1997 and the related statements of income, shareholder's equity and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with generally accepted auditing standards. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of CCI Construction Company, Inc. as of December 31, 1998 and 1997 and the results of its operations and its cash flows for the years then ended, in conformity with generally accepted accounting principles.

Our audits of the financial statements were made for the purpose of forming an opinion on the basic financial statements taken as a whole. The accompanying information is presented for purposes of additional analysis and is not a required part of the basic financial statements. Such information has been subjected to the auditing procedures applied in the audits of the basic financial statements and, in our opinion, is fairly stated in all material respects in relation to the basic financial statements taken as a whole.

*Brown Schultz Sheridan & Fritz*

February 10, 1999

USFG/BS 0441

1

CERTIFIED PUBLIC ACCOUNTANTS
AND
BUSINESS ADVISORS

A PROFESSIONAL CORPORATION

601 MUMMA RD #2
WORMLEYSBURG PA 17043

PO BOX 67658
HARRISBURG PA 17106-7658
717 763-3770
PA 800-294-7050
FAX 717 737-5020

1705 OREGON PIKE
LANCASTER PA 17601
717 560-5470
PA 800-294-7050
FAX 717 569-7471

WEBSITE WWW.BSSF.COM

## CCI CONSTRUCTION COMPANY, INC.

BALANCE SHEETS - DECEMBER 31, 1998 AND 1997

ASSETS

|  | 1998 | 1997 |
|---|---|---|
| Current assets: |  |  |
| Cash and cash equivalents | $ 2,429,866 | $ 1,128,337 |
| Investments in marketable securities | 631,481 | 3,702,992 |
| Accounts receivable, trade: |  |  |
| Customers: |  |  |
| Current | 5,964,311 | 8,230,674 |
| Retained | 1,822,224 | 1,121,610 |
| Affiliates | 365,756 | 3,485 |
| Note receivable |  | 22,569 |
| Costs and estimated earnings in excess of billings |  |  |
| on uncompleted contracts | 6,341,726 | 1,072,281 |
| Prepaid expenses | 170,232 | 6,185 |
| Shop inventory | 38,161 | 639 |
| Total current assets | 17,763,757 | 15,288,772 |
| Property and equipment: |  |  |
| Automobiles and trucks | 1,269,567 | 427,342 |
| Furniture | 851,738 | 553,587 |
| Machinery and equipment | 5,947,290 | 1,323,233 |
| Other | 344,128 | 72,453 |
|  | 8,412,723 | 2,376,615 |
| Less accumulated depreciation | 1,651,485 | 920,919 |
|  | 6,761,238 | 1,455,696 |
| Other assets: |  |  |
| Cash surrender value of officer's life insurance | 55,453 |  |
| Investments | 34,000 |  |
|  | 89,453 |  |
|  | $ 24,614,448 | $ 16,744,468 |

See notes to financial statements.

USFG/BS 0442

LIABILITIES AND SHAREHOLDER'S EQUITY

|  | 1998 | 1997 |
|---|---|---|
| **Current liabilities:** | | |
| Accounts payable, trade: | | |
| Current | $ 10,974,274 | $ 7,846,395 |
| Retained | 2,180,967 | 1,078,950 |
| Notes payable | | 815,781 |
| Current portion of long-term debt | 1,338,280 | |
| Accrued expenses | 333,060 | 808,601 |
| Taxes withheld and accrued | 91,601 | 58,023 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | 288,208 | 681,924 |
| | | |
| Total current liabilities | 15,206,390 | 11,289,674 |
| Long-term debt, net of current portion | 4,164,375 | |
| Total liabilities | 19,370,765 | 11,289,674 |
| | | |
| **Shareholder's equity:** | | |
| Common stock, $1 par, 1,000 shares authorized; 39 shares issued and outstanding | 39 | 39 |
| Capital in excess of par | 9,758 | 9,758 |
| Retained earnings | 5,254,834 | 5,208,489 |
| Accumulated other comprehensive income (loss), unrealized gain (loss) on marketable securities | ( 20,948) | 236,508 |
| | 5,243,683 | 5,454,794 |
| | $ 24,614,448 | $ 16,744,468 |

USFG/BS 0443

2

## CCI CONSTRUCTION COMPANY, INC.

STATEMENTS OF INCOME

YEARS ENDED DECEMBER 31, 1998 AND 1997

|  | 1998 | 1997 |
|---|---|---|
| Revenue | $ 52,534,453 | $ 34,921,676 |
| Cost of contracts | 51,145,382 | 32,617,473 |
| Gross profit | 1,389,071 | 2,304,203 |
| General and administrative expenses | 1,505,700 | 1,954,380 |
| Income (loss) from operations | ( 116,629) | 349,823 |
| Other income (expense): | | |
| Gain (loss) on sale of: | | |
|    Marketable securities and cash equivalents | 260,927 | ( 6,016) |
|    Property and equipment | 10,069 | ( 2,920) |
| Interest | ( 161,296) | |
| Investment | 151,592 | 367,538 |
| Miscellaneous | ( 85,622) | ( 1,546) |
| | 175,670 | 357,056 |
| Net income | $ 59,041 | $ 706,879 |

USFG/BS 0444

See notes to financial statements.

3

## CCI CONSTRUCTION COMPANY, INC.

### STATEMENTS OF SHAREHOLDER'S EQUITY

YEARS ENDED DECEMBER 31, 1998 AND 1997

| | Common stock | Capital in excess of par | Retained earnings | Accumulated other comprehensive income (loss) | Total |
|---|---|---|---|---|---|
| Balance, December 31, 1996 | $ 39 | $ 9,758 | $ 4,768,011 | $ 42,867 | $ 4,820,675 |
| Comprehensive income: | | | | | |
| Net income | | | 706,879 | | 706,879 |
| Other comprehensive income: | | | | | |
| Unrealized holding gains arising during the period on marketable securities | | | | 187,348 | 187,348 |
| Add reclassification adjustment | | | | 6,293 | 6,293 |
| | | | | 193,641 | 193,641 |
| Comprehensive income | | | | | 900,520 |
| Distributions | | | ( 266,401) | | ( 266,401) |
| Balance, December 31, 1997 (carried forward) | 39 | 9,758 | 5,208,489 | 236,508 | 5,454,794 |

(continued)

USFG/BS 0445

# CCI CONSTRUCTION COMPANY, INC.

## STATEMENTS OF SHAREHOLDER'S EQUITY (CONTINUED)

### YEARS ENDED DECEMBER 31, 1998 AND 1997

| | Common stock | Capital in excess of par | Retained earnings | Accumulated other comprehensive income (loss) | Total |
|---|---|---|---|---|---|
| Balance, December 31, 1997 (brought forward) | $ 39 | $ 9,758 | $ 5,208,489 | $ 236,508 | $ 5,454,794 |
| Comprehensive loss: | | | | | |
| Net income | | | 59,041 | | 59,041 |
| Other comprehensive income (loss): | | | | | |
| Unrealized holding gains arising during the period on marketable securities | | | | 3,469 | 3,469 |
| Less reclassification adjustment | | | | ( 260,925) | ( 260,925) |
| | | | | | ( 257,456) |
| Comprehensive loss | | | | | ( 198,415) |
| Distributions | | | ( 12,696) | | ( 12,696) |
| Balance, December 31, 1998 | $ 39 | $ 9,758 | $ 5,254,834 | $( 20,948) | $ 5,243,683 |

See notes to financial statements.

USFG/BS  0446

5

### CCI CONSTRUCTION COMPANY, INC.

STATEMENTS OF CASH FLOWS

YEARS ENDED DECEMBER 31, 1998 AND 1997

|  | 1998 | 1997 |
|---|---|---|
| Cash flows from operating activities: |  |  |
| Net income | $    59,041 | $   706,879 |
| Adjustments: |  |  |
| Depreciation | 793,014 | 156,504 |
| (Gain) loss on sale of: |  |  |
| Property and equipment | (    10,069) | 2,920 |
| Marketable securities | (   260,927) | 6,293 |
| (Increase) decrease in: |  |  |
| Accounts receivable | 1,203,478 | (  5,516,738) |
| Costs and estimated earnings in excess of billings on uncompleted contracts | (  5,269,445) | (   692,618) |
| Prepaid expenses | (   164,047) | 47,047 |
| Shop inventory | (    37,522) | (      639) |
| Cash surrender value of officer's life insurance | (    55,453) |  |
| Increase (decrease) in: |  |  |
| Accounts payable | 4,229,896 | 4,912,287 |
| Accrued expenses | (   475,541) | 530,442 |
| Taxes withheld and accrued | 33,578 | 47,166 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | (   393,716) | 172,293 |
| Total adjustments | (   406,754) | (   335,043) |
| Net cash provided by (used in) operating activities | (  ¯ 347,713) | 371,836 |
| Cash flows from investing activities: |  |  |
| Purchase of: |  |  |
| Investments | (   161,670) | ( 11,093,130) |
| Property and equipment | (    98,793) | (   560,929) |
| Repayment of note receivable | 22,569 | 9,120 |
| Proceeds from: |  |  |
| Sale and maturities of investments | 3,202,652 | 9,381,163 |
| Sale of property and equipment | 28,502 | 13,864 |
| Net cash provided by (used in) investing activities | 2,993,260 | (  2,249,912) |

(continued)                    USFG/BS 0447

6

### CCI CONSTRUCTION COMPANY, INC.

STATEMENTS OF CASH FLOWS (CONTINUED)

YEARS ENDED DECEMBER 31, 1998 AND 1997

|  | 1998 | 1997 |
|---|---|---|
| Cash flows from financing activities: |  |  |
| Distributions to shareholder | $( 12,696) | $( 266,401) |
| Proceeds from issuance of notes payable and long-term debt | 17,990,666 |  |
| Repayment of notes payable and long-term debt | ( 19,321,988) | ( 73,301) |
| Net cash used in financing activities | ( 1,344,018) | ( 339,702) |
| Net increase (decrease) in cash and cash equivalents | 1,301,529 | ( 2,217,778) |
| Cash and cash equivalents, beginning of year | 1,128,337 | 3,346,115 |
| Cash and cash equivalents, end of year | $ 2,429,866 | $ 1,128,337 |
| Supplemental disclosure of cash flow information: |  |  |
| Cash paid during the year for interest | $ 161,296 | $ 1,707 |
| Noncash activities: |  |  |
| Net increase (decrease) in unrealized gain on marketable securities (see statements of shareholder's equity) | $( 257,456) | $ 193,641 |
| Notes payable incurred for the acquisition of new equipment | $ 6,018,196 | $ 889,082 |

–

USFG/BS 0448

See notes to financial statements.

7

CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS

YEARS ENDED DECEMBER 31, 1998 AND 1997

1.  **Summary of significant accounting policies:**

   *Operations and operating cycle:*

   The Company constructs and renovates commercial buildings primarily under fixed-price contracts in the eastern United States.  The Company's receivables are concentrated among customers in this geographic area.  The Company extends credit to its customers and generally requires no collateral.

   The length of the Company's contracts varies but is typically between one to two years.  In accordance with normal practice in the construction industry, the Company includes asset and liability accounts relating to construction contacts in current assets and liabilities even when such amounts are realizable or payable over a period in excess of one year.

   *Use of estimates:*

   The preparation of financial statements in conformity with generally accepted accounting principles requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period.  Actual results could differ from those estimates.

   *Revenue and cost recognition:*

   Revenues from construction contracts are recognized on the percentage-of-completion method, measured by the percentage of direct cost incurred to date to estimated total direct cost for each contract.  That method is used because management considers direct cost to be the best available measure of progress on the contracts.  Because of inherent uncertainties in estimating costs, it is at least reasonably possible that the estimates used will change within the near term.

   For purposes of determining percentage of completion estimates, contract costs include all direct material, labor and subcontracting costs and other direct costs related to contract performance.  Indirect costs and general and administrative costs are charged to expense as incurred.  Provisions for estimated losses on uncompleted contracts are made in the period in which such losses are first determined.  Changes in job performance, job conditions and estimated profitability may result in revisions to costs and income and are recognized in the period in which the revisions are determined.  An amount equal to contract costs attributable to claims is included in revenues when realization is probable and the amount can be reliably estimated.

USFG/BS 0449

8

# CCI CONSTRUCTION COMPANY, INC.

## NOTES TO FINANCIAL STATEMENTS (CONTINUED)

### YEARS ENDED DECEMBER 31, 1998 AND 1997

1.  **Summary of significant accounting policies (continued):**

    *Revenue and cost recognition (continued):*

    The asset, "Costs and estimated earnings in excess of billings on uncompleted contracts," represents revenues recognized in excess of amounts billed. The liability, "Billings in excess of costs and estimated earnings on uncompleted contracts," represents billings in excess of revenues recognized.

    *Cash and cash equivalents:*

    For purposes of reporting cash flows, the Company considers all highly liquid debt instruments purchased with a maturity of three months or less to be cash equivalents.

    *Marketable securities:*

    Marketable securities are reported at fair value, with unrealized gains and losses excluded from earnings and reported in a separate component of stockholder's equity. Fair value of the marketable securities is based on quoted market prices for those or similar securities or quotes from brokers. Gains and losses are determined using the specific identification method when securities are sold.

    *Property and equipment:*

    Property and equipment are stated at cost. Depreciation is provided using straight-line and accelerated methods over the estimated useful lives of the assets.

    *Change in presentation:*

    During 1998, the Company adopted Statement of Financial Accounting Standards No. 130, Reporting Comprehensive Income (SFAS No. 130). SFAS No. 130 requires the reporting of comprehensive income in addition to net income from operations. Comprehensive income is a more inclusive financial reporting methodology that includes disclosure of certain financial information that historically has not been recognized in the calculation of net income. SFAS No. 130 requires that the earlier year provided for comparative purposes be reclassified to conform to the statement.

USFG/BS 0450

9

## CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1998 AND 1997

2.  Cash and cash equivalents:

Cash and cash equivalents consist of the following:

|  | 1998 | 1997 |
|---|---|---|
| Cash | $   374,464 | $          451 |
| Money market funds | 1,035 | 403,714 |
| Repurchase agreements | 2,054,367 | 724,172 |
|  | $  2,429,866 | $  1,128,337 |

At December 31, 1998, the amount of deposits in cash held at the bank exceeded the Federal Deposit Insurance Corporation (FDIC) insurance by $867,883.  The money market funds and the repurchase agreements are not insured by the FDIC.  The repurchase agreements sold by a bank were held in custody by this bank for the account of CCI Construction Company, Inc. and were invested in securities, which are not pledged as collateral.

3.  Marketable securities:

The cost or amortized cost and the aggregate fair value of investments in the debt and equity securities at December 31, 1998 and 1997 are as follows:

|  | 1998 | | |
|---|---|---|---|
|  | Cost or amortized cost | Gross unrealized losses | Estimated fair value |
| Available-for-sale securities, mutual funds | $  652,429 | $  20,948 | $  631,481 |

|  | 1997 | | | |
|---|---|---|---|---|
|  | Cost or amortized cost | Gross unrealized losses | Gross unrealized gains | Estimated fair value |
| Available-for-sale securities: | | | | |
| Mutual funds | $  3,386,480 | $  16,845 | $  253,465 | $  3,623,100 |
| Obligations of states and political subdivisions | 80,004 | 112 |  | 79,892 |
|  | $  3,466,484 | $  16,957 | $  253,465 | $  3,702,992 |

10

USFG/BS  0451

## CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1998 AND 1997

3.  Marketable securities (continued):

| | 1998 | 1997 |
|---|---|---|
| Cost of securities sold | $ 2,941,725 | $ 9,387,456 |
| Proceeds from sale | 3,202,652 | 9,381,163 |
| Gross realized gains | 262,391 | |
| Gross realized losses | 1,464 | 6,293 |

4.  Uncompleted contracts:

| | 1998 | 1997 |
|---|---|---|
| Contract costs | $ 42,225,606 | $ 27,920,734 |
| Estimated earnings thereon | 3,130,223 | 1,638,199 |
| | 45,355,829 | 29,558,933 |
| Less billings applicable thereto | 39,302,311 | 29,168,576 |
| | $ 6,053,518 | $ 390,357 |

| Included in the balance sheet as: | | |
|---|---|---|
| Costs and estimated earnings in excess of billings on uncompleted contracts | $ 6,341,726 | $ 1,072,281 |
| Billings in excess of costs and estimated earnings on uncompleted contracts | ( 288,208) | ( 681,924) |
| | $ 6,053,518 | $ 390,357 |

5.  Long-term debt:

Long-term debt consists of the following:

| | 1998 |
|---|---|
| Obligations to various financing corporations due in current monthly installments totaling $116,074, including interest at fixed rates approximating 7%. The notes, which are secured by the financed equipment, mature at various dates through August 2003. | $ 3,964,581 |

USFG/BS 0452

11

## CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1998 AND 1997

5.  Long-term debt (continued):

|  | 1998 |
|---|---|
| Borrowings under a $2,000,000 bank equipment line of credit are secured by the financed equipment. The agreement requires the December 31, 1998 balance to be repaid by December 2003 in monthly installments of $30,238, including interest at a fixed rate of 6.7%. | $ 1,538,074 |
| Total long-term debt | 5,502,655 |
| Less current portion | 1,338,280 |
| Long-term debt portion | $ 4,164,375 |

Aggregate principal payments due on long-term debt for the five years subsequent to December 31, 1998 are as follows:

| | |
|---|---|
| 1999 | $ 1,338,280 |
| 2000 | 1,415,424 |
| 2001 | 1,242,569 |
| 2002 | 961,559 |
| 2003 | 544,823 |
| | $ 5,502,655 |

6.  Operating line of credit:

The Company has available a $2,000,000 unsecured operating line of credit expiring on April 30, 1999 which requires interest at the bank's prime rate less 1/2%. The Company has no outstanding balance on the line at December 31, 1998.

7.  Rent expense:

Various equipment and operating facilities are leased under noncancellable agreements. Total rent expense for all leases, including the related party lease discussed in Note 8, was $1,689,666 and $432,492 in 1998 and 1997, respectively.

The aggregate minimum rental commitments under all noncancellable leases at December 31, 1998 totaling $28,639 are due in 1999.

12

USFG/BS 0453

## CCI CONSTRUCTION COMPANY, INC.

NOTES TO FINANCIAL STATEMENTS (CONTINUED)

YEARS ENDED DECEMBER 31, 1998 AND 1997

8.  Related party transactions:

The Company is leasing an operating facility owned by its sole shareholder through March 31, 1999. The lease requires a monthly rental payment of $4,037. Rent expense for this facility was $48,444 and $45,000 for 1998 and 1997, respectively.

Effective April 1, 1999, the Company will begin leasing an operating facility from Mechanicsburg Land Company, which is owned by the Company's sole shareholder, on a year-to-year basis. The initial lease, which expires December 31, 1999, requires monthly lease payments of $14,329. Additionally, the Company entered into a contract for the construction of this facility with Mechanicsburg Land Company. Billings of $339,203 were included in accounts receivable as of December 31, 1998.

During 1997, the Company incurred warranty insurance expense of $825,000 with Pennsylvania Contractors Insurance Company, a corporation under common control. These costs are allocated as direct cost of contracts. There were no such costs in 1998.

During 1998, two insurance claims for contract losses incurred of $900,000 were paid by Pennsylvania Contractors Insurance Company. These claims were covered under the terms of a remedial work period insurance policy.

In addition, Pennsylvania Contractors Insurance Company has guaranteed a claim of $1,162,460 filed by the Company with a contract owner. If the owner fails to pay all or any part of this claim, the insurance company will pay the unpaid portion.

9.  Income taxes:

No provision has been made for federal or state income taxes. Under provisions of the Internal Revenue Code and the Commonwealth of Pennsylvania Tax Act, the Company has elected not to be taxed as a corporation and the sole shareholder has consented to include the income in his individual return.

10.  Year 2000 issues:

Like any other company, advances and changes in available technology can significantly affect the business and operations of the Company. A challenging problem exists as many computer systems worldwide do not have the capability of recognizing the year 2000 or years thereafter. No easy technology "quick fix" has yet been developed for this problem. While the Company has not requested verification of its year 2000 status from its auditors, it believes its computer systems will effectively deal with transactions in the year 2000 and beyond. This "Year 2000 Computer Problem" creates risk for the Company from unforeseen problems from third parties with whom the Company deals on financial transactions. Failures of the third parties' computer systems could have an impact to the Company's ability to conduct its business. The effect, if any, is unknown at this time.

USFG/BS 0454

13

## CCI CONSTRUCTION COMPANY, INC.

### COST OF CONTRACTS

#### YEARS ENDED DECEMBER 31, 1998 AND 1997

|  | 1998 | 1997 |
|---|---|---|
| **Direct costs:** | | |
| Labor | $ 6,457,982 | $ 2,886,054 |
| Payroll taxes | 702,129 | 335,936 |
| Employee benefits | 667,597 | 677,477 |
| Equipment | 111,207 | 41,373 |
| Equipment rental | 1,625,224 | 381,924 |
| Materials | 10,371,108 | 4,259,253 |
| Other | 1,745,316 | 1,679,129 |
| Subcontractors | 27,802,562 | 22,099,706 |
|  | 49,483,125 | 32,360,852 |
| **Indirect costs:** | | |
| Salaries | 528,517 | 86,208 |
| Payroll taxes | 61,224 | 11,217 |
| Employee benefits | 70,560 | 8,324 |
| Blueprints | 163 | 6 |
| Depreciation | 687,512 | 95,723 |
| Dues and permits | 5,340 | 710 |
| Employee recruitment | 44,621 | 7,151 |
| Insurance | 4,486 | 716 |
| Office supplies and expense | 53,393 | 8,112 |
| Postage | 2,187 | 253 |
| Professional services | 37,338 | |
| Rent | 40,731 | 8,636 |
| Repairs and maintenance | 12,655 | 3,648 |
| Safety | 2,732 | 2,157 |
| Telephone | 28,926 | 11,802 |
| Temporary help | 7,591 | |
| Trade books and journals | 1,892 | 556 |
| Training and seminars | 8,303 | |
| Travel and entertainment | 10,290 | 728 |
| Utilities | 10,397 | 1,413 |
| Warehouse expenses | 43,399 | 9,261 |
|  | 1,662,257 | 256,621 |
| Total cost of contracts | $ 51,145,382 | $ 32,617,473 |

14

USFG/BS 0455

### CCI CONSTRUCTION COMPANY, INC.

GENERAL AND ADMINISTRATIVE EXPENSES

YEARS ENDED DECEMBER 31, 1998 AND 1997

|  | 1998 | 1997 |
|---|---|---|
| Salaries: |  |  |
| Officers | $ 353,939 | $ 1,038,273 |
| Office | 480,807 | 410,023 |
| Payroll taxes | 60,247 | 73,399 |
| Employee: |  |  |
| Benefits | 53,857 | 33,722 |
| Recruitment | 4,379 | 2,237 |
| Advertising | 3,067 | 1,038 |
| Bad debt | 22,569 |  |
| Bank charges | 5,111 | 3,667 |
| Blueprints | 17,551 | 13,507 |
| Company sponsored activities | 2,373 | 1,098 |
| Contributions | 14,220 | 3,030 |
| Depreciation | 105,502 | 60,781 |
| Dues | 16,335 | 8,058 |
| Insurance | 12,399 | 12,162 |
| Licenses and taxes | 44,559 | 44,270 |
| Miscellaneous |  | 265 |
| Office supplies | 50,617 | 18,875 |
| Postage | 8,967 | 7,914 |
| Professional services | 109,543 | 95,337 |
| Rent | 23,711 | 33,744 |
| Repairs and maintenance | 6,555 | 7,689 |
| Telephone | – 19,164 | 31,328 |
| Temporary help | 1,719 |  |
| Trade books and journals | 24,222 | 22,995 |
| Training and seminars | 5,938 | 1,086 |
| Travel and entertainment | 30,687 | 5,948 |
| Utilities | 27,662 | 23,934 |
| Total general and administrative expenses | $ 1,505,700 | $ 1,954,380 |

USFG/BS 0456

## CCI CONSTRUCTION COMPANY, INC.

EARNINGS FROM CONTRACTS

YEAR ENDED DECEMBER 31, 1998

|  | Revenues earned | Cost of revenues earned | | Gross profit (loss) |
|---|---|---|---|---|
| Contracts completed during the year | $  13,541,950 | $  13,969,824 | (a) | $(    427,874) |
| Contracts-in-progress at year-end | 38,721,607 | 35,389,315 | (a) | 3,332,292 |
| Construction management contracts | 83,777 | 20,444 | (a) | 63,333 |
| Time and material jobs | 187,119 | 103,542 | (a) | 83,577 |
|  | 52,534,453 | 49,483,125 | | 3,051,328 |
| Indirect costs | | 1,662,257 | | ( 1,662,257) |
|  | $  52,534,453 | $  51,145,382 | | $  1,389,071 |

(a)  Excludes indirect costs not allocated to specific jobs.

USFG/BS  0457

16

## CCI CONSTRUCTION COMPANY, INC.

### COMPLETED CONTRACTS

### YEAR ENDED DECEMBER 31, 1998

| Job number | Contract | Contract totals | | | Before January 1, 1998 | | | During the year ended December 31, 1998 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Revenues earned | Cost of revenues earned | Gross profit (loss) before indirect costs | Revenues earned | Cost of revenues earned | Gross profit before indirect costs | Revenues earned | Cost of revenues earned | Gross profit (loss) before indirect costs |
| 426 | U.E.P.H. Complex | $ 19,272,256 | $ 17,479,889 | $ 1,792,367 | $ 17,763,732 | $ 15,878,479 | $ 1,885,253 | $ 1,508,524 | $ 1,601,410 | $( 92,886) |
| 445 | Houtzdale Prison | 10,937,234 | 11,397,234 | ( 460,032) | 4,086,420 | 4,169,371 | ( 82,951) | 6,850,782 | 7,227,863 | ( 377,081) |
| 448 | Outlook Creekview | 4,800,644 | 4,655,443 | 145,201 | 554,419 | 521,254 | 33,165 | 4,246,225 | 4,134,189 | 112,036 |
| 449 | U.E.P.H. Headquarters | 1,456,558 | 1,521,701 | ( 65,143) | 520,139 | 515,339 | 4,800 | 936,419 | 1,006,362 | ( 69,943) |
| | | $ 36,466,660 | $ 35,054,267 | $ 1,412,393 | $ 22,924,710 | $ 21,084,443 | $ 1,840,267 | $ 13,541,950 | $ 13,969,824 | $( 427,874) |

USFG/BS 0458

## CCI CONSTRUCTION COMPANY, INC.

### CONTRACTS-IN-PROGRESS

### DECEMBER 31, 1998

| Job number | Project | Total contract price | Estimated total direct contract costs | Estimated total contract earnings (loss) before Indirect costs | Inception to December 31, 1998 | | | December 31, 1998 | | Year ended December 31, 1998 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Direct contract costs to December 31, 1998 | Contract earnings (loss) accrued to December 31, 1998 before Indirect costs | Billings to December 31, 1998 | Costs and estimated earnings in excess of billings | Billings in excess of costs and estimated earnings | Revenues earned | Direct cost of revenues earned | Gross profit (loss) before Indirect costs |
| 439 | Mahoney Prison | $ 11,699,418 | $ 10,667,972 | $ 1,031,446 | $ 10,666,808 | $ 1,031,333 | $ 10,481,740 | $ 1,216,401 | | $ 5,623,543 | $ 4,357,586 | $ 1,265,957 |
| 450 | Johnstown | 3,266,600 | 3,245,082 | 21,518 | 1,172,766 | 7,776 | 730,724 | 449,818 | | 1,064,029 | 1,057,305 | 6,724 |
| 451 | Lord Fairfax | 7,082,984 | 7,301,111 | ( 218,127) | 6,659,984 | ( 218,127) | 6,570,468 | | $ 128,611 | 5,998,746 | 6,248,376 | ( 249,630) |
| 454 | Albemarle Prison | 14,524,840 | 12,875,751 | 1,649,089 | 4,819,694 | 617,292 | 4,719,426 | 717,560 | | 5,436,986 | 4,819,694 | 617,292 |
| 455 | Perry Point | 12,937,341 | 11,463,840 | 1,473,501 | 4,734,492 | 608,547 | 3,108,536 | 2,234,503 | | 5,343,039 | 4,734,492 | 608,547 |
| 456 | Outlook - Hilliard | 5,380,745 | 4,801,310 | 579,435 | 2,715,193 | 327,677 | 2,732,602 | 310,268 | | 3,042,870 | 2,715,193 | 327,677 |
| 457 | Camp Hill | 1,495,629 | 1,372,273 | 123,356 | 547,295 | 49,197 | 617,799 | | 21,307 | 596,492 | 547,295 | 49,197 |
| 459 | Scott Air Force Base | 14,870,150 | 13,929,350 | 940,800 | 6,026,575 | 407,040 | 6,571,905 | | 138,290 | 6,433,615 | 6,026,575 | 407,040 |
| 460 | Gem Plasma Center | 15,565,000 | 14,667,024 | 897,976 | 2,905,995 | 177,917 | 2,252,156 | 831,756 | | 3,083,912 | 2,905,995 | 177,917 |
| 461 | Outlook - Chesterfield | 3,842,372 | 3,629,824 | 212,548 | 1,518,251 | 88,902 | 1,097,444 | 509,709 | | 1,607,153 | 1,518,251 | 88,902 |
| 462 | Outlook - Westerville | 5,589,900 | 5,219,140 | 371,760 | 458,553 | 32,669 | 419,511 | 71,711 | | 491,222 | 458,553 | 32,669 |
| | | $ 96,254,979 | $ 89,171,677 | $ 7,083,302 | $ 42,225,696 | $ 3,130,223 | $ 39,302,311 | $ 6,341,728 | $ 288,208 | $ 38,721,607 | $ 35,389,315 | $ 3,332,292 |

USFG/BS  0459

18