# EXHIBIT M

# THE ST. PAUL        SURETY GROUP

## MEMORANDUM

November 17, 1999

rcvd 11/22/99

To: Mike Walter, Tony Phillips and Steve Salazar
cc: Jack Simanski, Bruce Corriveau, Todd Kazlow Robert Schumaker, Steve Ross, and Matt Silverstein
From: William I. Eskin, CPA
Re: CCI Construction Co., Inc.

### Background

It is my understanding that CCI Construction Co., Inc. (hereafter referred to as the "Company") has experienced recent operating losses. In addition, it is my understanding that the Company's management has represented to you that in the event they are not approved for additional bank financing, they may encounter significant short and long-term cash flow problems. Additionally, it is my understanding that The St. Paul has payment and performance bonds outstanding on approximately 18 jobs in relation to the Company (see Attachment #1). Therefore, you have requested my assistance in evaluating the financial position of the Company and report my findings back to you.

### Procedures

I met with the Company's management on November 8-9, 1999, at their corporate offices located in suburban Harrisburg, PA. My principal contact was Sherri L. Phillips, the Company's Chief Financial Officer (hereafter referred to as "Sherri").

I concentrated my financial review on the following key areas:

- An attempt to project cash flow through the anticipated completion date of the Company's current bonded backlog.

- A review of the Company's projected overhead.

- Other areas which may be of interest to you from an underwriting perspective including a status of their pending additional bank line of credit.

Since the Company's books and records had been updated through September 30, 1999, that would be the date used for this financial review.



1

## Observations

### Projected cash flow

Per Attachments #2-4, it is anticipated that the Company will realize a cash deficit in excess of $4,534,000 for the period from October 1, 1999 through March 31, 2001; the represented completion date of the current bonded backlog.

The following were key assumptions used in the preparation of these spreadsheets:

- The Company will not procure any additional work during the projection period (or, any work the Company procures will result in zero cash flow during the projection period).

- The Company will collect 100% of its remaining contract balances.

- The Company will draw down completely on its recently approved bank line of credit in the amount of $1,200,000 and will not need to repay any of the total $5,200,000 owed on both lines of credit. (Note: these lines of credit will be discussed in more detail later in this Memorandum.)

- There will not be significant differences between Management's representation of estimated costs to complete and actual results.

- There will not be any significant differences between projected and actual overhead during this projection period.

- See other assumptions detailed on Attachments #2-4.

One of the critical assumptions concerns the estimated costs to complete. Although an engineering evaluation concerning the reasonableness of these amounts is outside the scope of this financial review, the following should be noted:

- The Company's gross profit percentage for the year ended December 31, 1998 (as reflected on their audited financial statements) was 2.6%. However, the gross profit percentage as represented on the Company's work in progress schedule (as adjusted, principally for the potential claim on the Scott A.F. base; to be discussed in more detail later in this Memorandum, and write-ups and write-downs on other jobs as per Sherri) as of September 30, 1999 reflected a gross profit percentage of 3.8%. The estimated costs to complete as of September 30, 1999 were based on these estimated gross profit amounts. If in fact the gross profit was projected more in line with the 1998 historic amount, the costs to complete (as reflected on Attachment #3) and the projected deficit (as reflected on Attachment #4) would increase by approximately $2,400,000. Of particular concern in this area is the projected gross profit on some of the larger jobs where work has not progressed far into the contract. These include:

2

| Job # | Job Name | Projected Gross Profit % |
|---|---|---|
| 47700 | Cool & Cold Aqua | 5.83% |
| 47000 | SR II Perry Cnty | 14.01% |
| 47500 | SR 22 Cambria Cty | 14.49% |
| 47600 | Summerdale | 12.66% |
| 46600 | VCU Life Science | 5.52% |

- The Company has experienced significant profit fade from their work in process schedule as of December 31, 1998. In particular, slippage was noted in regards to the following bonded jobs:

| Job # | Job Name | Projected Gross Profit @ 12/31/98 | Projected Gross Profit @ 9/30/99 | Profit Increase (Slippage) |
|---|---|---|---|---|
| 45000 | Johnstown | $ 21,518 | $ 80,763 | $ 59,245 |
| 45100 | Lord Fairfax | (218,127) | (421,002) | (202,875) |
| 45400 | Albermarle Pris | 1,649,089 | -0- | (1,649,089) |
| 45500 | Perry Point | 1,473,501 | 1,509,715 | 36,214 |
| 45600 | Outlook-Hilliard | 579,435 | 577,325 | (2,110) |
| 45900 | Scott AFB | 940,800 | (2,702,838) | (3,643,638) |
| 46000 | GermPlasm Ctr | 897,976 | 500,000 | (397,976) |
| 46100 | Outlook-Chester | 212,548 | 184,031 | (28,517) |
| 46200 | Outlook-Wester | 371,760 | 348,725 | (23,035) |
| TOTALS | | $5,928,500 | $ 76,719 | ($5,851,781) |

This amount of significant profit fade during this relatively short period may be an indication of a number of items including:

- Poor estimating procedures (especially in calculating costs to complete on jobs in progress) applied by the Company.

- Problems arising on the various jobs during the period from January 1, 1999-September 30, 1999, which were not known as of December 31, 1998.

- Possible CPA malpractice involving the financial statements as of and for the year ended December 31, 1998 (to be discussed later in this Memorandum).

- A combination of one or more of the above.

As the result of the second observation detailed above, it should be noted that there may be additional slippage on these jobs subsequent to September 30, 1999. For instance, the Company "wrote-down" the Albermarle Prison job to exactly a projected "break-even" gross profit. It appears that based on recent trends, this job may actually close out with the Company recognizing a loss.

3

USFG-B-018278

The "bottom-line" to the observations detailed above is that there is a strong possibility that the estimated costs to complete as of September 30, 1999 as represented by Management (see Attachment #3) may be significantly understated. If so, the projected deficit (as detailed on Attachment #4) could be materially understated.

Projected Overhead
Per Attachment #5, it is projected that the Company will incur approximately $11,894.000 of overhead costs and expenses during the projection period. The following are key assumptions in regards to the projected overhead:

- The Company will not have to repay any of the current $5,200,000 owed to the bank under the two lines of credit. (e.g. the two lines will be renewed without any demand for repayment)

- There will be no interest rate changes on these lines of credit (currently 8.00%).

- Projected indirect costs and general & administrative expenses will increase by 5% in 2000 and 10% in 2001 over 1999 historical amounts.

- There will be no shareholder distributions during the projection period.

- There will be no other significant sources of cash for the Company (e.g. shareholder loans, additional bank proceeds, etc.)

- The Company will not have to purchase for cash any significant property and equipment during the projection period. (Any fixed assets that would need to be purchased would be fully financed.)

- The Company will not receive any significant cash proceeds from the sale of existing equipment. (Any proceeds would be used to reduce current equipment debt.)

It should be noted that any material variance from the above-detailed assumptions could have a significant effect on both the projected overhead and projected deficit (as detailed on Attachment #4).

Other matters

**Payroll tax obligations**
Per review of payroll tax returns and discussions with Sherri, it appears that the Company is current on all of its Federal and state payroll tax obligations.

**Tax Examinations**
Per my discussion with Sherri, it was represented that the Company is not currently being examined by any Federal or state taxing authority with the exception of a sales tax audit by the Pennsylvania Department of Revenue. Sherri further represented that any adjustment and additional tax assessment made by the Department as the result of this audit would be immaterial.

4

**Bank Line of Credit**
During my financial review on November 8, 1999, Sherri informed me (and provided me with the written documentation) that Allfirst Bank (hereafter referred to as the "Bank") had approved a second line of credit in the amount of $1,200,000. Therefore, the Company is currently indebted to the Bank under two separate lines of credit:

> A $4,000,000 line. Interest at the Bank's prime rate less 1/2%. The loan is unsecured, due on demand, and assuming no demand is made, matures April 30, 2000.

> A $1,200,000 line. Interest at the Bank's prime rate less 1/2%. The loan is secured by specific equipment owned by the Company as well a personal guarantee by John M. Ortenzio, the Company's sole shareholder. Advances under this line are limited to 80% of the Company's qualified accounts receivables (those less than 90 days old, excluding retainage). In addition, it is due on demand, and assuming no demand is made, matures March 31, 2000.

**Contingent Liabilities**
Per my discussion with Sherri, it was represented there are no significant contingent liabilities (lawsuits, etc.) which would have a material impact on the Company and would preclude them from completing their bonded obligations.

**Federal and State Income Taxes**
The Company is an "S" corporation for Federal and Pennsylvania income tax purposes. As such, no income taxes are generally paid at the corporate level. However, income is distributed to the shareholders who pay any tax individually. In many instances, if there is a tax liability resulting from "S" Corporation income distributions, the shareholder will "reimburse" himself by way of an "S" corporation cash distribution. Per my discussion with Sherri, the company is anticipating a taxable loss for 1999 and as such, no distributions are expected during this projection period.

**Financial reporting**
It has previously been detailed in this Memorandum that there are potentially serious issues involving the Company's ability to properly estimate costs to complete on work-in-progress. At the same, time, it must be noted that Sherri has represented that their interim financial statements are **not** prepared in accordance with Generally Accepted Accounting Principals (hereafter referred to as "GAAP"). Included in the internally produced Work-in-Progress schedule as of September 30, 1999 on the "Scott AFB" job is approximately $3,600,000 which represents a proposed but unapproved change order which would materialize only if an affirmative claim filed by the Company against the owner of this project; U.S. Property and Fiscal Office, is settled in the Company's favor. GAAP allows claims made by the contractor against the owner to be included in contract revenues to the extent contract costs relating to the claims have been incurred if **all** of the following conditions exist (see SOP 81-1):

- The contract or other evidence provides a legal basis for the claim, or a legal opinion has been obtained stating that under the circumstances, there is a reasonable basis to support the claim.

5

USFG-B-018280

- Additional costs are caused by circumstances that were unforeseen at the contract date and are not the result of deficiencies in the contractor's performance. To identify those situations, the company needs to be very aware of the specific terms, specifications, and conditions of the contract.

- Costs associated with the claim are identifiable or otherwise determinable and are reasonable in view of the work performed.

- The evidence supporting the claim is objective and verifiable and not based on management's "feel" for the situation or on unsupported representations. The absence of a summarized, quantified claim usually would prevent passing this test.

Again, it must be emphasized that the Company must pass **all** of the above tests. Per my discussions with Sherri, it was represented that the Company was not in compliance with these GAAP requirements and the recognition of this extra amount was in violation of SOP 81-1.

When questioned how the $3,600,000 of additionally recognized income would be treated for year-end financial reporting, Sherri replied that the Company was considering continuing to improperly recognize this amount even though it may cause the CPA to modify his opinion on the financial statements (e.g. this may cause a qualified or even an adverse opinion to be issued by the CPA depending on materiality).

**Quality of the financial reporting on CPA audited statements**
It was detailed previously in this Memorandum that there may be issues involving the quality of the CPA audited statements in relation to Costs and Estimated Earnings in Excess of Billings on Uncompleted Contracts" (underbillings) as of December 31, 1998 and the gross profit recognized for the year ended December 31, 1998, and the related profit fade which was detailed previously in this Memorandum. The following are additional issues raised based upon my review of the Company's financial statements audited by the CPA firm of Brown, Schultz, Sheridan, and Fritz (hereafter referred to as the CPA"). For your convenience, I have included the authoritative AICPA source. Note: these comments are based on the financial statements as of and for the years ended December 31, 1998 and 1997. This does not reflect observations concerning the workpapers that support the CPA's opinion since they were not available for my review:

- The allowance for doubtful accounts does not appear to have been disclosed. (See APB No. 23, para. 3)

- There does not appear to be any disclosure concerning the Company's obligation under various payment and performance bonds with The St. Paul (See SFAS No. 5)

- It is not currently known when the significant profit fade (as detailed above) on the Work-in Progress as of December 31, 1998 occurred. However, if it transpired during the period from January 1, 1999 through February 10, 1999 (the date of the CPA auditor's report) this would be considered a significant subsequent event and would require disclosure in these financial statements. (See SFAS No. 5, para 11; and AU Sections 560.05-.07 and .09).

- There does not appear to be any backlog information disclosed. (See AICPA Guide, para. 6.23)

USFG-B-018281

- Included as a supplementary schedules is one titled "Earnings from Contracts". Included in this schedule is a line item "Indirect Costs". Additionally, it was disclosed on this schedule that costs of revenues earned "excludes indirect costs not allocated to specific jobs". This disclosure and manner of presentation does not appear to be in accordance with GAAP which requires that all indirect costs related to the construction process be identified and included in an overhead pool or pools **to be allocated to the construction costs of *individual contracts*;** not listed separately as a line item on the financial statements.

## Conclusions and Recommendations

Attachments #2-4 detail a projected cash deficit of in excess of $4,534,000. This amount was projected based on a number of assumptions, the most important concerning:

- The amount of cash the Company is projected to realize from new work procured (assumed zero).

- The relationship between the Company and the Bank. (It is assumed that the Bank will renew both lines of credit under the same terms and conditions and the Company will not need to make any principal payments on the $5,200,000 currently outstanding.) In addition, it is assumed that there will be no changes in the interest rate charged to the Company; 1/2% under the Bank's prime rate, currently 8.00%.

- The Company's affirmative claim on the "Scott AFB" job. It is assumed that no amounts will be collected during this projection period.

- The estimated costs to complete. No contingency was added to Management's representations. However, the issues detailed previously detailed in this Memorandum appear to provide a strong notion that these represented amounts may be significantly understated as of September 30, 1999.

Assuming that the above conjectures do not significantly differ from actual results, the Company would need approximately $150,000,000 of newly procured work (assuming a gross profit percentage of 3% on any new work obtained) during the projection period just to cover the projected deficit. Note: the Company's reported revenues for the years ended December 31, 1997, December 31, 1998, and the nine months ended September 30, 1999 were $34,921,676, $52,534,453 and $48,782,943 respectively. Therefore, even if the Company should procure this additional revenue, it would take approximately 3 years to cover this deficit (assuming projected revenues of $50,000,000 per year), while this projection covers a period of only 1 1/2 years. Therefore, assuming the Company is able to collect all amounts billed, and there are not negative occurrences during this projection period (such as demand payments by the Bank), the Company is projected to still experience a cash deficit of 50% of the total projected amount or in excess of $2,000,000. Per my various discussions with Sherri, it was represented that the Company was "holding its hat" on the realization and collection of the affirmative claim detailed above.

Another major concern appears to be the quality of the Company's financial reporting (especially the CPA audited financial statements). A number of issues have been detailed previously in this Memorandum which may indicate that the financial statements were not prepared in accordance with GAAP. The most important of which are:

7

- The improper recognition of $3,600,000 in additional revenues on an unapproved change order. (Note: at this point, this was done for internal reporting purposes only; not included in the CPA audited financial statements).

- An improper method of treating indirect costs.

In addition, further research will be needed to determine the cause of the large amount of profit fade for the period from December 31, 1998 through September 30, 1999.

Based on the above, I would recommend the following:

- Consideration be made of performing an independent engineering review in order to determine the reasonableness of the Company's represented costs to complete.

- Consideration should be made of determining the validity and potential realization of the Company's affirmative claim in regards to the Scott AFB job.

- Consideration be made of obtaining joint funds control over remaining contract balances.

- Should you decide to issue the Company additional bond credit, consideration be made of obtaining joint funds control over those contract balances.

- Consideration be made of meeting with the Company's Management in order to discuss my various findings and observations. In particular, discussions should be held on the Company's relationship with the Bank, their reaction to a potential "qualified" or "adverse" opinion in regards to the CPA audited financial statements as of and for the year ended December 31, 1999, and their plans if the Bank does not extend the loan beyond their maturity dates (March 31, 2000 and April 30, 2000).

- Should The St. Paul incur a loss on this account, consideration be made of pursuing potential CPA malpractice.

- Based on the recent transactions with the Bank as detailed above, consideration should be made of obtaining updated personal financial statements of all indemnitors.

- Consideration should be made of obtaining asset and credit checks of all personal and corporate indemnitors.

If anyone has any questions or needs further information, please feel free to contact me.

Regards,

BILL

8

The St. Paul-CCI Construction Co., Inc.
Bond Summary
As of 9/30/99
c:\cci\summary

| Job # | Project | Owner/Obligee | Location | Description | Bond # | Bond Date | Penalty | Status |
|---|---|---|---|---|---|---|---|---|
| 45400 | Albemarle-Charlottesville Regional Jail | Albemarle-Charlottesville Regional Jail Authority | Charlottesville, VA | Additions and renovations to regional jail | 26-0120-12995-98-7 | 6-Feb-98 | 14,682,402 | Open |
|  | Bedford County, State Route 0030 | Department of Transportation, Commonwealth of PA | West Providence Township, PA | Road improvements | 26-0120-08963-99-4 | 17-Jun-99 | 514,976 | Open |
|  | Cambria County SR 0022 | Department of Transportation, Commonwealth of PA | Cambria Township, PA | Road improvements | 28-0120-08959-99-7 | 13-May-99 | 835,299 | Open |
| 47500 | Summerdale | Department of General Services/Commonwealth of PA | East Pennsboro Township, PA | Sitework-Laboratory Centers of Excellence | 28-0120-08958-99-1 | 7-Jul-99 | 1,688,139 | Open |
| 47600 | Cool & Cold Aqua | US Department of Agruculture | Leetown, West Virginia | Buried Process Water Lines and Valve | 26-0120-40376-99-3 | 12-Aug-99 | 191,083 | Open |
|  | Cool & Cold Aqua | US Department of Agruculture | Leetown, West Virginia | Construction of the National Center | 26-0120-08961-99-1 | 15-Apr-99 | 12,191,000 | Open |
| 47700 | Germsplasm Ctr | US Department of Agruculture | Beltsville, MD | Phase I and II; National Plant Germsplasm | 26-0120-28306-98-1 | 7-Apr-98 | 15,647,035 | Open |
| 46000 | James River | James River Juvenile Detention Commission | Beaumont, VA | Construction of juvenile detention center | 26-0120-08946-99-2 | 7-Jan-99 | 7,220,942 | Open |
| 46500 | Johnstown | Department of the Army Corps of Engineers | Johnstown, PA | Air Traffic Control Tower | 26-0120-41362-97-1 | 15-Aug-97 | 3,734,530 | Open |
| 45000 | Lord Fairfax | Virginia Community College System | Warrenton, VA | Phase I-Lord Farfax Community College | 26-0120-41364-97-4 | 5-Jan-98 | 7,409,292 | Open |
| 45100 | Outlook-Chesterfield | BCC Development and Management Co. | Chesterfield, VA | Construction of Outlook Point at Chesterfield | 26-0120-29307-98-8 | 24-Jun-98 | 3,919,166 | Open |
| 46100 | Outlook-Hilliard | BCC Development and Management Co. | Hilliard, OH | Construction of Outlook Point at Hilliard | 28-0120-13008-98-0 | 23-Feb-98 | 5,598,750 | Open |
| 45600 | Outlook-Westerville | BCC Development and Management Co. | Westerville, OH | Construction of Outlook Point at Westerville | 26-0120-28312-98-1 | 27-Sep-98 | 5,591,730 | Open |
| 46200 | PA Tpkbldg-Kost Rd. | PA Turnpike Commission | Highspire, PA | Central Administration Building Renovation | 26-0120-40371-99-1 | 30-Apr-98 | 28,231,945 | Ope |
| 45800/47300 |  |  | Perry County, PA | Excavation, Presplit Blasting (Subcontracted) | 28-0120-08953-99-9 | 2-Mar-99 | 4,126,478 | Open |
| 47000 | SR II Perry Cnty | Department of Transportation/Commonwealth of PA | Perry Point, MD | 80-bed Psychiatric Care Building | 26-0120-13002-98-1 | 12-Mar-98 | 13,297,844 | Open |
| 45500 | Perry Point | Department of Veteran Affairs | Belleville, Illinois | Aircraft parking apron & jet fuel storage | 26-0120-28305-98-5 | 30-Mar-98 | 18,880,298 | Open |
| 45900 | Scott A.F. Base | US Property & Fiscal Office |  |  |  |  |  |  |
| 46600 | VCU Life Science | Virginia Commonwealth University | Richmond, VA | The Life Sciences Building | 26-0120-08963-99-9 | 15-Jan-99 | 21,927,111 | Open |

165,688,010

Notes
(1) Although jobs # 45800 & 47300 (Turnpike) are considered one job for bonding purposes, the Company records it as two separate jobs for reporting purposes
(2) No job numbers have been assited to the "Bedford County" and the second "Cool & Cold Aqua" jobs as work has not yet commenced.

ATTACHMENT #1

USFG-P-018284

The St Paul-CCI Construction Co., Inc.
Statement of Contract Balances as of September 30, 1999
c:\ccibalance

| Job # | Project | Original Contract Price | Approved Change Orders | Revised Contract Price | Payments Received To Date | Liquidated Damages & other reductions | Remaining Contract Balance | Components of Remaining Contract Balance | | | Latest Billing | Payment Req # | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Billed & Unpaid | Retainage | Unearned Balance | Total | | | |
| | **Bonded Jobs** | | | | | | | | | | | | | |
| 45400 | Albemarle Pris | 13,335,600 | 1,197,876 | 14,533,476 | 9,021,645 | 0 | 5,511,831 | 812,446 | 517,985 | 4,181,400 | 5,511,831 | 30-Sep-99 | 19 | |
| | Bedford County | 514,976 | 0 | 514,976 | 0 | 0 | 514,976 | 0 | 0 | 514,976 | 514,976 | 30-Sep-99 | 5 | |
| 47500 | SR 22 Cambria Cnty | 835,299 | 0 | 835,299 | 193,074 | 0 | 642,225 | 210,062 | 0 | 432,163 | 642,225 | 30-Sep-99 | 2 | |
| 47600 | Summerdale | 1,688,000 | 0 | 1,688,000 | 169,228 | 0 | 1,518,772 | 155,819 | 20,748 | 1,342,205 | 1,518,772 | | | |
| | Cool & Cold Aqua | 191,083 | 0 | 191,083 | 0 | 0 | 191,083 | 0 | 0 | 191,083 | 191,083 | 30-Sep-99 | 2 | |
| 47700 | Cool & Cold Aqua | 12,191,000 | 0 | 12,191,000 | 71,393 | 0 | 12,119,607 | 70,365 | 7,057 | 12,042,185 | 12,119,607 | 30-Sep-99 | 16 | |
| 48000 | Gumplasm Ctr | 16,500,000 | 109,264 | 16,609,264 | 5,704,625 | 0 | 9,904,639 | 647,342 | 697,457 | 8,559,840 | 9,904,639 | 30-Sep-99 | 7 | |
| 46500 | James River | 7,199,500 | 42,581 | 7,242,081 | 2,053,938 | 0 | 5,188,143 | 534,575 | 136,238 | 4,517,330 | 5,188,143 | 28-Sep-99 | 14 | |
| 45000 | Johnstown | 3,268,600 | 467,930 | 3,734,530 | 3,386,443 | 0 | 348,087 | 197,447 | 116,713 | 33,927 | 348,087 | 30-Sep-99 | 22 | |
| 45100 | Lord Fairfax | 6,880,993 | 286,816 | 7,167,809 | 6,654,813 | 0 | 512,996 | 142,419 | 357,749 | 12,828 | 512,996 | 30-Sep-99 | 14 | |
| 46100 | Outlook-Chesterfield | 3,850,000 | 69,156 | 3,919,156 | 2,610,093 | 0 | 1,309,063 | 429,304 | 337,711 | 542,048 | 1,309,063 | 30-Sep-99 | 18 | |
| 45600 | Outlook-Hilliard | 5,235,000 | 363,750 | 5,598,750 | 5,117,289 | 0 | 481,461 | 197,316 | 279,716 | 4,429 | 481,461 | 30-Sep-99 | 11 | |
| 46200 | Outlook-Westerville | 5,589,000 | 1,830 | 5,590,830 | 2,055,456 | 0 | 3,535,374 | 361,042 | 268,500 | 2,905,832 | 3,535,374 | 30-Sep-99 | 1 | |
| 45800 | Pa Turnpike | 22,397,615 | 0 | 22,397,615 | 0 | 0 | 22,397,615 | 222,989 | 24,777 | 22,149,849 | 22,397,615 | 30-Sep-99 | 11 | (2) |
| 47300 | Pa Turnpike-Kost Rd | 204,940 | 1,789,582 | 1,994,522 | 831,022 | 0 | 1,163,500 | 536,585 | 0 | 626,915 | 1,163,500 | 15-Sep-99 | 11 | (1) |
| 47000 | SR II, Perry County | 4,107,051 | 19,427 | 4,126,478 | 1,593,777 | 0 | 2,532,701 | 623,474 | 0 | 1,909,227 | 2,532,701 | 30-Sep-99 | 17 | |
| 45500 | Perry Point | 12,769,663 | 101,596 | 12,871,259 | 9,448,596 | 0 | 3,422,663 | 643,632 | 636,960 | 2,142,071 | 3,422,663 | 30-Sep-99 | 14 | |
| 45900 | Scott AF Base | 15,280,058 | 0 | 15,280,058 | 14,385,932 | 0 | 894,126 | 578,097 | 0 | 316,029 | 894,126 | 30-Sep-99 | 8 | |
| 46600 | VCU Life Science | 21,480,250 | 435,969 | 21,916,219 | 2,756,444 | 0 | 19,159,775 | 967,820 | 196,014 | 17,995,941 | 19,159,776 | | | |
| | Sub-Total | 152,516,628 | 4,885,777 | 157,402,405 | 66,053,768 | 0 | 91,348,637 | 7,330,734 | 3,597,625 | 80,420,278 | 91,348,637 | | | |
| | **Unbonded Jobs** | | | | | | | | | | | | | |
| 45700 | CCI-Camp Hill | 1,495,629 | 26,900 | 1,522,529 | 1,522,529 | 0 | 0 | 0 | 0 | 0 | 0 | | | |
| 47800 | EPW I | 211,771 | 0 | 211,771 | 0 | 0 | 211,771 | 169,445 | 8,918 | 33,408 | 211,771 | 30-Sep-99 | 2 | |
| 46700 | EPW III | 3,430,021 | 818,433 | 4,248,454 | 1,610,421 | 0 | 2,638,033 | 252,808 | 98,012 | 2,287,213 | 2,638,033 | 30-Sep-99 | 7 | |
| 43900 | Mahonoy | 10,066,600 | 501,148 | 10,567,748 | 10,523,934 | 21 | 43,793 | 43,043 | 750 | 0 | 43,793 | 30-Sep-99 | 18 | |
| 42600 | U.E.P.H. | 19,272,256 | 0 | 19,272,256 | 19,272,167 | 99 | 0 | 0 | 0 | 0 | 0 | | | |
| | Sub-Total | 34,476,277 | 1,346,481 | 35,822,758 | 32,929,041 | 120 | 2,893,597 | 465,296 | 107,680 | 2,320,621 | 2,893,597 | | | |
| | **GRAND TOTALS** | 186,992,905 | 6,232,258 | 193,225,163 | 98,982,809 | 120 | 94,242,234 | 7,796,030 | 3,705,305 | 82,740,899 | 94,242,234 | | | |

Notes:
(1) Requisition dated 10/7/99. However, for analysis purposes, it will be considered 9/30/99.
(2) Large change order represents combining job # 45300 (pre-construction) with job # 47300 (construction period).

**ATTACHMENT #2**

The St Paul-CCI Construction Co., Inc.
Statement of Anticipated Expenditures as of September 30, 1999
c:\cci\expend

| Job # | Project | Sub-Contractor Payables | Material/ Supplier Payables | Sub-Total | Add: 10% Contingency | Total | Estimated Costs to Complete | Grand Total | Estimated Completion Date | % complete * |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Bonded Jobs** | | | | | | | | | 62% |
| 45400 | Albemare Prison | 322,981 | 60,833 | 383,814 | 38,381 | 422,195 | 4,151,006 | 4,573,201 | 30-Apr-00 | |
| | Bedford County | 0 | 0 | 0 | 0 | 0 | 440,000 | 440,000 | 31-Dec-00 | 0 |
| 47500 | SR 22 Cambria Cnty | 0 | 143,971 | 143,971 | 14,397 | 158,368 | 311,261 | 469,629 | 30-Nov-99 | 25 |
| 47600 | Summerdale | 0 | 139,790 | 139,790 | 13,979 | 153,769 | 967,665 | 1,121,434 | 31-Dec-99 | 10 |
| | Cool & Cold Aqua | 0 | 0 | 0 | 0 | 0 | 166,000 | 166,000 | 31-Aug-00 | 0 |
| 47700 | Cool & Cold Aqua | 0 | 2,785 | 2,785 | 279 | 3,064 | 11,375,128 | 11,378,192 | 31-Aug-00 | 17 |
| 46000 | Germplasm Ctr | 187,949 | 49,743 | 237,692 | 23,769 | 261,461 | 8,607,198 | 8,868,659 | 30-Apr-00 | 28 |
| 46500 | James River | 220,566 | 112,921 | 333,487 | 33,349 | 366,836 | 5,188,849 | 5,555,685 | 31-Aug-00 | 9 |
| 45000 | Johnstown | 353,393 | 16,686 | 370,079 | 37,008 | 407,087 | 158,681 | 565,768 | 31-Oct-99 | 73 |
| 45100 | Lord Fairfax | 69,249 | 10,075 | 79,324 | 7,932 | 87,256 | 158,025 | 245,281 | 31-Oct-99 | 67 |
| 46100 | Outlook-Chesterfield | 260,369 | 11,952 | 272,321 | 27,232 | 299,553 | 329,429 | 628,982 | 30-Nov-99 | 91 |
| 45500 | Outlook-Hilliard | 167,580 | 10,411 | 177,991 | 17,799 | 195,790 | 93,571 | 289,361 | 31-Oct-99 | 77 |
| 46200 | Outlook-Westerville | 143,620 | 39,878 | 183,498 | 18,350 | 201,848 | 2,861,120 | 3,062,968 | 28-Feb-00 | 0 |
| 45800 | Pa Turnpike | 35,892 | 736 | 36,628 | 3,663 | 40,291 | 20,878,146 | 20,918,437 | 31-Mar-01 | 42 |
| 47300 | Pa Turnpike-Kost Rd | 95,459 | 28,416 | 123,875 | 12,388 | 136,263 | 1,059,139 | 1,195,402 | 30-Nov-99 | 19 |
| 47000 | SR II, Perry County | 154,793 | 179,786 | 334,579 | 33,458 | 368,037 | 1,085,220 | 1,453,257 | 31-Aug-00 | 73 |
| 45500 | Perry Point | 603,043 | 113,061 | 716,104 | 71,610 | 787,714 | 1,847,776 | 2,635,490 | 31-Dec-99 | 24 |
| 45900 | Scott AF Base | 266,518 | 214,137 | 480,655 | 48,066 | 528,721 | 1,225,509 | 1,754,230 | 31-Jul-00 | 13 |
| 46600 | VCU Life Science | 1,155,380 | 18,279 | 1,173,859 | 117,366 | 1,291,025 | 17,805,421 | 19,096,446 | 28-Feb-01 | |
| | Sub-Total | 4,036,792 | 1,153,460 | 5,190,252 | 519,025 | 5,709,277 | 78,709,144 | 84,418,421 | | |

| | **Unbonded Jobs** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 46700 | CCI-Camp Hill | 4,517 | 0 | 4,517 | 452 | 4,969 | 5,258 | 10,227 | 31-Oct-99 | |
| 47800 | EPW I | 69,304 | 19,838 | 89,142 | 8,914 | 98,056 | 85,648 | 183,704 | 31-Oct-99 | |
| 46700 | EPW III | 279,061 | 58,114 | 337,175 | 33,718 | 370,893 | 2,007,409 | 2,378,302 | 31-Jan-00 | |
| 43900 | Mahony | 0 | 0 | 0 | 0 | 0 | 43,043 | 43,043 | 31-Oct-99 | |
| 42600 | U.E.P.H | 23,180 | 0 | 23,180 | 2,318 | 25,498 | 0 | 25,498 | Complete | |
| | | 376,062 | 77,952 | 454,014 | 45,401 | 499,415 | 2,141,358 | 2,640,773 | | |

| GRAND TOTALS | 4,412,854 | 1,231,412 | 5,644,266 | 564,427 | 6,208,693 | 80,850,502 | 87,059,195 |

\* based upon payments received.

Notes:
(1) Total material payables was $1,575,869. The difference between the $1,231,412 and the total ($344,457) represents overhead payables and amounts not able to be charged directly to a job.
(2) Costs to complete are entirely Management's representation (no contingency was added to these amounts). They include direct costs only (Labor (and related expenses), materials, subcontractors, equipment, etc.). Indirect costs are included in the projected overhead calculation.
(3) A 10% contingency was added to Management's representation to account for unrecorded liabilities.
(4) Retention on amounts due to subcontractors was included in Management's represented costs to complete and therefore, not included as part of the accounts payable.

**ATTACHMENT #3**

Case 1:01-cv-00813-CCC    Document 98-19    Filed 09/12/2003    Page 13 of 14

The St Paul-CCI Construction Co., Inc.
Statement of Projected surplus (deficit) as of September 30, 1999
c:\cci\surplus

## ANTICIPATED REVENUES

| Job # | Project | Remaining Contract Balances | Components of Remaining Contract Balance | | | |
|---|---|---|---|---|---|---|
| | | | Billed & Unpaid | Retainage | Unearned Balance | Total |
| | **Bonded Jobs** | | | | | |
| 45400 | Albemarle Pris | 5,511,831 | 812,446 | 517,985 | 4,181,400 | 5,511,831 |
| | Bedford County | 514,976 | 0 | 0 | 514,976 | 514,976 |
| | SR 22 Cambria Cnty | 642,225 | 210,062 | 0 | 432,163 | 642,225 |
| 47500 | Summerdale | 1,518,772 | 155,819 | 20,748 | 1,342,205 | 1,518,772 |
| 47600 | Cool & Cold Aqua | 191,083 | 0 | 0 | 191,083 | 191,083 |
| | Cool & Cold Aqua | 12,119,607 | 70,365 | 7,057 | 12,042,185 | 12,119,607 |
| 47700 | Germplasm Ctr | 9,904,639 | 647,342 | 697,457 | 8,559,840 | 9,904,639 |
| 46000 | James River | 5,188,143 | 534,575 | 136,238 | 4,517,330 | 5,188,143 |
| 46500 | Johnstown | 348,087 | 197,447 | 116,713 | 33,927 | 348,087 |
| 45000 | Lord Fairfax | 512,996 | 142,419 | 357,749 | 12,828 | 512,996 |
| 45100 | Outlook-Chesterfield | 1,309,063 | 429,304 | 337,711 | 542,048 | 1,309,063 |
| 46100 | Outlook-Hilliard | 481,461 | 197,316 | 279,716 | 4,429 | 481,461 |
| 45600 | Outlook-Westerville | 3,535,374 | 361,042 | 268,500 | 2,905,832 | 3,535,374 |
| 46200 | Pa Turnpike | 22,397,615 | 222,989 | 24,777 | 22,149,849 | 22,397,615 |
| 45800 | Pa Turnpike-Kost Rd | 1,163,500 | 536,585 | 0 | 626,915 | 1,163,500 |
| 47300 | SR II, Perry County | 2,532,701 | 623,474 | 0 | 1,909,227 | 2,532,701 |
| 47000 | Perry Point | 3,422,663 | 643,632 | 636,960 | 2,142,071 | 3,422,663 |
| 45500 | Scot AF Base | 894,126 | 578,097 | 0 | 316,029 | 894,126 |
| 46600 | VCU Life Science | 19,159,775 | 967,820 | 196,014 | 17,995,941 | 19,159,775 |
| | **Sub-Total** | 91,348,637 | 7,330,734 | 3,597,625 | 80,420,278 | 91,348,637 |

| | **Unbonded Jobs** | | | | | |
|---|---|---|---|---|---|---|
| 45700 | CCI-Camp Hill | 0 | 0 | 0 | 0 | 0 |
| 47800 | EPW I | 211,771 | 169,445 | 8,918 | 33,408 | 211,771 |
| 46700 | EPW III | 2,638,033 | 252,808 | 98,012 | 2,287,213 | 2,638,033 |
| 43900 | Mahoney | 43,793 | 43,043 | 750 | 0 | 43,793 |
| 42600 | U.E.P.H. | 0 | 0 | 0 | 0 | 0 |
| | **Sub-Total** | 2,893,597 | 465,296 | 107,680 | 2,320,621 | 2,893,597 |
| | **GRAND TOTALS** | 94,242,234 | 7,796,030 | 3,705,305 | 82,740,899 | 94,242,234 |

## PROSPECTIVE EXPENDITURES

| Outstanding Payables | Costs to Complete | Total | Surplus (Deficit) |
|---|---|---|---|
| 422,195 | 4,151,006 | 4,573,201 | 938,630 |
| 0 | 440,000 | 440,000 | 74,976 |
| 158,368 | 311,261 | 469,629 | 172,596 |
| 153,769 | 967,665 | 1,121,434 | 397,338 |
| 0 | 166,000 | 166,000 | 25,083 |
| 3,064 | 11,375,128 | 11,378,192 | 741,415 |
| 261,461 | 8,607,198 | 8,868,659 | 1,035,980 |
| 366,836 | 5,188,849 | 5,555,685 | (367,542) |
| 407,087 | 158,681 | 565,768 | (217,681) |
| 87,256 | 158,025 | 245,281 | 267,715 |
| 299,553 | 329,429 | 628,982 | 680,081 |
| 195,790 | 93,571 | 289,361 | 192,100 |
| 201,848 | 2,861,120 | 3,062,968 | 472,406 |
| 40,291 | 20,878,146 | 20,918,437 | 1,479,178 |
| 136,263 | 1,059,139 | 1,195,402 | (31,902) |
| 368,037 | 1,085,220 | 1,453,257 | 1,079,444 |
| 787,714 | 1,847,776 | 2,635,490 | 787,173 |
| 528,721 | 1,225,509 | 1,754,230 | (860,104) |
| 1,291,025 | 17,805,421 | 19,096,446 | 63,329 |
| 5,709,278 | 78,709,144 | 84,418,422 | 6,930,215 |

| Outstanding Payables | Costs to Complete | Total | Surplus (Deficit) |
|---|---|---|---|
| 4,969 | 5,258 | 10,227 | (10,227) |
| 98,056 | 85,648 | 183,704 | 28,067 |
| 370,893 | 2,007,409 | 2,378,302 | 259,731 |
| 0 | 43,043 | 43,043 | 750 |
| 25,498 | 0 | 25,498 | (25,498) |
| 499,416 | 2,141,358 | 2,640,774 | 252,823 |
| 6,208,694 | 80,850,502 | 87,059,196 | 7,183,038 |

Cash balances as of 10/1/99   (434,450)

Accounts payable-materials/suppliers not included on "expend" spreadsheet   (344,457)

Accounts payable-subcontractors not included on "expend" spreadsheet   (3,250)

Workers compensation due as of 9/30/99   (241,591)

Allowance for doubtful accounts   0

Proceeds of bank loan (recently approved second line of credit)   1,200,000

Overhead for the period 10/1/99-3/31/2001   (11,894,000)

Projected cash balance as of 3/31/2001   (4,534,710)

**Key Notes and Assumptions**
(1) The Company will realize -0- cash flow from any new work procured during this projection period
(2) There will be no significant variations between represented costs to complete and actual results.
(3) There will be no significant variations between projected overhead and actual results.
(4) The Company will collect 100% of its remaining contract balances.
(5) There are no significant accounts payable (including contingencies) which have not been disclosed to The St. Paul.
(6) The Company will be able to fully draw down on the recently approved bank line of credit ($1,200,000) and will not need to make principal payments on either loan (total of $5,200,000).
(7) There will be no change in the bank's prime rate during this projection period.

## ATTACHMENT #4

The St. Paul-CCI Construction Co., Inc.
Schedule of projected overhead
For the period from 10/1/99-3/31/2001 (projected completion date of current backlog)

|  | 10/1/1999 12/31/99 | 1/1/00 12/31/00 | 1/1/01 3/31/01 | TOTAL |
|---|---|---|---|---|
| Construction/CM Department | 54,000 | 404,000 | 59,000 | 517,000 |
| Mechanical Department | 140,000 | 588,000 | 154,000 | 882,000 |
| Civil Department | 110,000 | 415,000 | 121,000 | 646,000 |
| Equipment Department | 540,000 | 1,880,000 | 594,000 | 3,014,000 |
| Sheet Metal Shop Overhead | 57,000 | 327,000 | 63,000 | 447,000 |
| California Department | 18,000 | 60,000 | 20,000 | 98,000 |
| Estimating Department | 112,000 | 335,000 | 123,000 | 570,000 |
| Accounting Department | 157,000 | 575,000 | 173,000 | 905,000 |
| Admin/Marketing Department | 221,000 | 999,000 | 243,000 | 1,463,000 |
| Interest payment on lines of credit | 96,000 | 416,000 | 104,000 | 616,000 |
| Principal/Interest on equipment debt | 465,000 | 1,816,000 | 455,000 | 2,736,000 |
|  | 1,970,000 | 7,815,000 | 2,109,000 | 11,894,000 |

**Notes and important assumptions:**
(1) Interest on line of credit calculated as follows: all interest assumed at 8.00% (1/2% under the prime rate), for the month of October 1999, total loan balance = $4,000,000; for the months of November 1999-March 2001, total loan balance = $5,200,000.
(2) The year 2000 projected overhead was calculated as follows with the exception of debt service)
    1999 actual through 9/30/99
    + projected overhead 10/1-12/31/99
    = a sub-total
    + a 5% addition for contingency and inflation
    = 2000 projected overhead
(3) The projected overhead for the period 1/1/2001-3/31/2001 was calculated as follows:
    The projected overhead for the period 10/1/99-12/31/99 was increased by 10% for inflation and contingency.
(4) There will be no shareholder distributions.
(5) There will be no significant asset purchases (which would not be financed).
(6) The Company will not realize significant proceeds from the sale of currently owned property and equipment (all proceeds would reduce bank debt).

# ATTACHMENT #5