UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. 1:01-CV-00813 |
| v. ) | |
| ) | HON. CHRISTOPHER CONNER |
| BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, ) ) ) | |
| Defendants. ) | |

**STATEMENT REGARDING COMPLIANCE WITH LOCAL RULE 7.1**
**[filed electronically]**

Pursuant to Local Rule 7.1, counsel for United States Fidelity & Guaranty Company ("USF&G") states that prior to filing the Emergency Motion of United States Fidelity & Guaranty Company to Strike Supplemental Motion for Summary Judgment by Bruce J. Brown and Brown Schultz Sheridan & Fritz and Related Pleadings it attempted in good faith to resolve relevant issues. On or about September 15, 2003, counsel sent a letter seeking concurrence with that Motion or, in the alternative, suggestions for any possible compromise. No response was received.

USF&G files herewith and incorporates herein the Emergency Motion of United States Fidelity & Guaranty Company to Strike Supplemental Motion for Summary Judgment by Bruce J. Brown and Brown Schultz Sheridan & Fritz and Related Pleadings.

        UNITED STATES FIDELITY
        & GUARANTY COMPANY,
        By its attorneys,


        ___s/ Bruce D. Levin_____
        Peter B. McGlynn, Esquire
        Bruce D. Levin, Esquire
        Bernkopf, Goodman & Baseman LLP
        125 Summer Street, Suite 1300
        Boston, MA  02110
        Telephone:     (617) 790-3000
        Facsimile:     (617) 790-3300
        blevin@bgblaw.com
        pmcglynn@bgblaw.com

        and

        Peter Speaker, Esquire
        Thomas, Thomas & Hafer
        305 North Front Street
        Harrisburg, PA  17101
        Telephone:     (717) 237-7100
        Facsimile:     (717) 237-7105

Dated: September 16, 2003
#276231 v1/36432/87