UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| _____ )<br>UNITED STATES FIDELITY AND )<br>GUARANTY COMPANY, )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>BRUCE J. BROWN and BROWN )<br>SCHULTZ SHERIDAN & FRITZ, )<br> )<br>Defendants. )<br>_____ ) | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE CONNER |

**CERTIFICATE OF SERVICE**

    I, Bruce D. Levin, Esquire, counsel for Plaintiff United States Fidelity & Guaranty Company, hereby certify that a copy of **(1) Emergency Motion of United States Fidelity & Guaranty Company to Strike Supplemental Motion for Summary Judgment by Bruce J. Brown and Brown Schultz Sheridan & Fritz and Related Pleadings; and (2) Statement Regarding Compliance with Local Rule 7.1** was served upon the following, via facsimile and first class mail, postage pre-paid on September 16, 2003.

Kathleen Carson, Esquire
Swartz Campbell Detweiler
1601 Market Street
Philadelphia, PA  19103-2316

                                                  __s/ Bruce D. Levin__
                                                  Bruce D. Levin

Dated: September 19, 2003
#276570 v1/36432/87