UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

|  |  |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION NO. 1:01-CV-00813 |
| v. ) | |
| ) | JUDGE CONNER |
| BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, ) ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

    I, Bruce D. Levin, Esquire, counsel for Plaintiff United States Fidelity & Guaranty Company, hereby certify that a copy of **United States Fidelity & Guaranty Company's Reply to Defendants' Response to Plaintiff's Emergency Motion to Strike Defendants' Supplemental Motion for Summary Judgment** was served upon the following, via facsimile and first class mail, postage pre-paid on September 19, 2003.

Kathleen Carson, Esquire
Swartz Campbell Detweiler
1601 Market Street
Philadelphia, PA  19103-2316


                                                          __s/ Bruce D. Levin__
                                                          Bruce D. Levin

Dated: September 19, 2003
#276568 v1/36432/87