# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States Fidelity and Guaranty Company, <br>         Plaintiff <br> v. <br><br> Bruce J. Brown and Brown, Schultz Sheridan & Fritz, <br>         Defendants | Hon. Christopher Conner <br><br> No: 01-CIV-813 |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Emergency Motion to Strike Defendants' Supplemental Motion for Summary Judgment and Defendants' opposition thereto, it is hereby ORDERED that Plaintiff's Emergency Motion to Strike Defendants' Supplemental Motion For Summary Judgment is DENIED.

BY THE COURT:

_____
                                        J.