# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** : | **CIVIL ACTION NO. 1:01-CV-0813** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,** : | |
| : | |
| **Defendants** : | |

## O R D E R

AND NOW, this 6th day of October, 2003, after a telephone conference with counsel in this matter, it is hereby ORDERED that the pretrial conference is rescheduled from 4:00 p.m. to **11:30 a.m. on Wednesday, October 15, 2003.**

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge