# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| United States Fidelity and Guaranty Company : | |
| : | |
| v.   : | Hon. Christopher Conner |
| : | |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz   : | |
| : | No: 01-CIV-813 |

_____

## ORDER

AND NOW, this _____ Day of _____ 2003, Defendants' Motion in Limine to Preclude the Testimony of Steve J. DeBruyn is hereby GRANTED and Mr. Debruyn is precluded from testifying at trial of this matter.

BY THE COURT:

_____
J.