# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company | : | |
| | : | |
| v. | : | |
| | : | Judge Christopher Connor |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : | No: 01-CIV-813 |

## CERTIFICATE OF CONCURRENCE / NONCONCURRENCE

I, Kathleen M. Carson, Esquire, counsel for defendants hereby certify that I contacted Bruce Levin, counsel for Plaintiff, regarding Plaintiff's concurrence or non-concurrence in Defendant's Motion in Limine. Plaintiff does not concur in the motion.

SWARTZ CAMPBELL LLC

S/ Kathleen M. Carson
Kathleen M. Carson
1601 Market Street, 34th Floor
Philadelphia, PA 19103

Dated: October 8, 2003