# LIST OF EXHIBITS

**CASE CAPTION:** **USF&G v. Brown Schultz Sheridan & Fritz, et al.**     **CASE NUMBER: 08-813**

**MIDDLE DISTRICT OF PENNSYLVANIA**     **JUDGE: Conner**

| PTF | DEF | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
|  | 501 | Plaintiff's Complaint |  |  |  |  |
|  | 502 | Defendants' Answer to Plaintiff's Complaint |  |  |  |  |
|  | 503 | USF&G's Answers to Defendants' Set of Interrogatories |  |  |  |  |
|  | 504 | USF&G's Supplemental Answers to Defendants' Set of Interrogatories |  |  |  |  |
|  | 505 | USF&G's Response to Defendants' First Set of Requests for Admissions, Second Set of Interrogatories and Third Request for Production of Documents |  |  |  |  |
|  | 506 | USF&G's Response to Defendants' Statement of Material Undisputed Facts Submitted in Support of Defendants' Motion for Summary Judgment |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 507 | Affidavit of Anthony Philips submitted in opposition to Defendants' Motion for Summary Judgment | | | | |
| | 508 | Affidavit of David L. Hussey submitted in opposition to defendants' motion for summary judgment | | | | |
| | 509 | Affidavit of James Daily submitted in opposition to Defendants' Motion for Summary Judgment | | | | |
| | 510 | Expert Report of Donald Brenner dated August 21, 2002 | | | | |
| | 511 | Supplemental Expert Report of Donald Brenner dated April 30, 2003 | | | | |
| | 512 | Curriculum vitae of Donald Brenner | | | | |
| | 513 | Expert Report of Daniel J. Coffey, CPA, CFE dated August 21, 2002 | | | | |
| | 514 | Curriculum vitae of Daniel J. Coffey, CPA, CFE | | | | |
| | 515 | Expert Report of Rolf Neuschaefer, CPCU, AFSB dated August 21, 2002 | | | | |
| | 516 | Letter from Rolf A. Neuschaefer to Kathleen M. Carson dated August 25, 2002 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 517 | Curriculum vitae of Rolf Neuschaefer, CPCU, AFSB | | | | |
| | 518 | St. Paul Surety Group Training and Underwriting Reference Manual | | | | |
| | 519 | USF&G Surety Group contract Underwriting Manual | | | | |
| | 520 | Deposition Transcript of Anthony Phillips dated April 14, 2002 with Exhibits | | | | |
| | 521 | Deposition Transcript of Anthony Phillips dated May 29, 2002 with Exhibits | | | | |
| | 522 | Deposition Transcript of Anthony Phillips dated June 20, 2002 with Exhibits | | | | |
| | 523 | Deposition Transcript of Stephen Salazar dated May 22, 2002 with Exhibits | | | | |
| | 524 | Deposition Transcript of David Hussey dated May 28, 2002 with Exhibits | | | | |
| | 525 | Deposition Transcript of James Daily dated April 18, 2002 with Exhibits | | | | |
| | 526 | Deposition Transcript of James Daily dated June 27, 2002 with Exhibits | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 527 | Deposition Transcript of Sheri Phillips dated July 10, 2002 with Exhibits | | | |
| | 528 | Deposition Transcript of John Ortenzio dated May 23, 2002 With Exhibits | | | |
| | 529 | Deposition Transcript of John Ortenzio dated April 9, 2003 With Exhibits | | | |
| | 530 | Deposition Transcript of John Ortenzio from, In Re CCI Construction, Inc.., No. 1-00-02239 (U.S. Bankruptcy Court, M.D. Pa.) | | | |
| | 531 | Deposition Transcript of Matthew Silverstein dated June 12, 2002 with Exhibits | | | |
| | 532 | Deposition Transcript of Matthew Silverstein dated July 30, 2002 with Exhibits | | | |
| | 533 | Deposition Transcript of Gregory Daily dated June 13, 2002 with Exhibits | | | |
| | 534 | Deposition Transcript of Gregory Daily dated July 30, 2002 with Exhibits | | | |
| | 535 | Deposition Transcript of Steve J. DeBruyn dated May 3, 2003 with Exhibits | | | |
| | 536 | Deposition Transcript of Richard Farnsworth dated March 11, 2003 with Exhibits | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 537 | Draft Expert Report by Richard Farnsworth | | | |
| | 538 | Handwritten Notes of Richard Farnsworth | | | |
| | 539 | Handwritten Notes of Steve J. DeBruyn (DeBruyn 0882-883, 0619) | | | |
| | 540 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1991 | | | |
| | 541 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1992 | | | |
| | 542 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1993 | | | |
| | 543 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1994 | | | |
| | 544 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1995 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 545 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1996 | | | |
| | 546 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1997 | | | |
| | 547 | Audited Financial Statement for CCI Construction Co. for the Year Ended December 31, 1998 | | | |
| | 548 | Brown Schultz Correspondence File for CCI Construction Company | | | |
| | 549 | Brown Schultz Permanent File for CCI | | | |
| | 550 | Brown Schultz Audit workpapers for CCI's financial statement for the year ended December 31, 1994 | | | |
| | 551 | Brown Schultz Audit workpapers for CCI's financial statement for the year ended December 31, 1995 | | | |
| | 552 | Brown Schultz Audit workpapers for CCI's financial statement for the year ended December 31, 1996 | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 553 | Brown Schultz Audit workpapers for CCI's financial statement for the year ended December 31, 1997 | | | |
| | 554 | Brown Schultz Audit workpapers for CCI's financial statement for the year ended December 31, 1998 | | | |
| | 555 | Brown Schultz Audit Reports for PCIC's financial statement for the year ended December 31, 1994 | | | |
| | 556 | Brown Schultz Audit Reports for PCIC's financial statement for the year ended December 31, 1995 | | | |
| | 557 | Brown Schultz Audit Reports for PCIC's financial statement for the year ended December 31, 1996 | | | |
| | 558 | Brown Schultz Audit Reports for PCIC's financial statement for the year ended December 31, 1997 | | | |
| | 559 | Brown Schultz Audit Reports for PCIC's financial statement for the year ended December 31, 1998 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 560 | Brown Schultz Permanent File for PCIC | | | | |
| | 561 | 1992 Peer Review Report issued to Brown Schultz from Margolis & Company, P.C. | | | | |
| | 562 | 1995 Peer Review Report issued to Brown Schultz from Margolis & Company, P.C. | | | | |
| | 563 | 1998 Peer Review Report issued to Brown Schultz from Margolis & Company, P.C. | | | | |
| | 564 | 2001 Peer Review Report issued to Brown Schultz from Margolis & Company, P.C. | | | | |
| | 565 | Affidavit of Rick Conner, CPA dated May 2, 2003 | | | | |
| | 566 | Statements of Income-CCI Construction (1994-1998) prepared by Donald Brenner | | | | |
| | 567 | PCIC Guaranty Agreement | | | | |
| | 568 | PCIC Remedial Work Insurance Policy No. 97-003 | | | | |
| | 569 | AICPA and FASB Accounting and Auditing Standard, Statements, Guides and Practical Aids referenced reviewed and relied upon by Steve J. DeBruyn in his expert reports | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 570 | AICPA Professional Standards (including Auditing Standards) | | | | |
| | 571 | AICPA Codification of Statements on Auditing Standards: Nos. 1 to 101 | | | | |
| | 572 | AICPA Audit and Accounting Guide for Construction Contractors, May 1, 1997 | | | | |
| | 573 | AICPA Statement of Position (SOP) 81-1 | | | | |
| | 574 | Montgomery, Robert H., Montgomery's Auditing, John Wiley & Sons | | | | |
| | 575 | Larson, Kermit D. and Miler, Paul, Fundamental Accounting Principles | | | | |
| | 576 | Weil, Roman, Michael J. Wagner and Peter B. Frank (Eds.), Litigation Services Handbook: The Role of Accountant as Expert | | | | |
| | 577 | RMA, Annual Statement Studies, 1990 through 2001 | | | | |
| | 578 | Horwath International Audit Manual | | | | |
| | 579 | Practitioners Publishing Company, Guide to Construction Contractors, 2001 | | | | |
| | 580 | Performance Evaluations of Corinne Rebinski | | | | |
| | 581 | Performance Evaluations of Debra Bowman | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 582 | Performance Evaluations of Sue Ehgartner | | | | |
| | 583 | USF&G Claim Payment History by Claim Number (USFG/BS 2066/2208) | | | | |
| | 584 | USF&G Fidelity-Surety Department Circular No. 10-75 ("Gray Pages") | | | | |
| | 585 | USF&G Fidelity Surety Department Circular No. 2-92 ("Gray Pages") | | | | |
| | 586 | Brown Schultz Accounting and Auditing Quality Control Manual | | | | |
| | 587 | November 17, 1999 Memorandum of William Eskin of St. Paul Surety Group Re: CCI Construction Co., Inc. | | | | |
| | 588 | CCI Construction - Large Loss Report (USFG/BS 1312) | | | | |
| | 589 | Performance Evaluations of Anthony Phillips (USFG/BS 2030-2041) | | | | |
| | 590 | Performance Evaluations of Stephen Salazar (USFG/BS 2053-2063) | | | | |
| | 591 | Performance Evaluations of James Daily (USFG/BS 2042-2052) | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 592 | Affidavit of Richard Farnsworth dated September 27, 2002 | | | | |
| | 593 | Expert Report of Richard Farnsworth dated September 20, 2002 | | | | |
| | 594 | St. Paul Surety Large Claim Legal Analysis and Report | | | | |
| | 595 | Donald Brenner 8/21/02 Expert Report with Handwritten notations by DeBruyn | | | | |
| | 596 | Byerly Insurance Files Re CCI BY00001-00748 | | | | |
| | 597 | USF&G Underwriting Files USFG/BS 0001-1311 | | | | |
| | 598 | 8/21/02 Expert Report of D. Coffey with Handwritten notations by DeBruyn (DeBruyn 0775-0823) | | | | |
| | 599 | Statements on Auditing Standards (DeBruyn 0232-0290) | | | | |
| | 600 | Construction Industry Update October 2000 (DeBruyn 0291-0322) | | | | |
| | 601 | PA Section 16,170 (DeBruyn 0001-0005) | | | | |
| | 602 | AU Section 230 (DeBruyn 0006-0022 | | | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 603 | Audit Rick Alert Construction Contractors Industry Developments 1998/99 |  |  |  |  |
|  | 604 | Definitions of GAAS and GAAP |  |  |  |  |
|  | 605 | CS Section 100 |  |  |  |  |
|  | 606 | CCH-EXP 2002FED ¶21,560.03, Long Term Contracts: Look Back Method: Look Back Method In General |  |  |  |  |
|  | 607 | Final Reg, 2002FED ¶21,557, §1.460-6 Look Back Method |  |  |  |  |
|  | 608 | AU Section 342 |  |  |  |  |
|  | 609 | AU Section 333 |  |  |  |  |
|  | 610 | AU Section 339 |  |  |  |  |
|  | 611 | FAS 5: Accounting for Contingencies |  |  |  |  |
|  | 612 | FAS 57: Related Party Disclosures |  |  |  |  |
|  | 613 | ARB 45: Long Term Construction Type Conrtacts |  |  |  |  |
|  | 614 | AU Section 326 Evidential Matter |  |  |  |  |
|  | 615 | AU Section 311 Planning and Supervision |  |  |  |  |
|  | 616 | AU Section 342 Auditing Accounting Estimates |  |  |  |  |
|  | 617 | DeBruyn's Work Papers (DeBruyn 0362-0960) |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 618 | Farnworth Handwritten Notes (Farnsworth 000158-000163) | | | | |
| | 619 | 12/31/99 Work In Process Schedule prepared by CCI | | | | |
| | 620 | Farnsworth Handwritten Notes - (Farnsworth 000164-174) | | | | |
| | 621 | CCI construction Co., Inc. Memo Regarding Standards of Care/Audit Planning Etc for 1998 with Handwritten Notes (DeBruyn 0606-0609) | | | | |