# EXHIBIT B

# The BRENNER GROUP

**EXHIBIT B**

## STATEMENT OF QUALIFICATIONS

### DONALD L. BRENNER, CPA, CMC, CVA and CFE

**EXPERIENCE:**

- Over 35 years of consulting and management experience, with specialized expertise in litigation support, business valuations, crisis management, accounting, audits, fraud investigations, and business consulting.
- Performed valuations of various entities for use in sales of businesses, marital dissolutions, partnership disputes, tax planning and commercial matters.
- Acted as expert witness and provided other litigation support services for a variety of legal proceedings including business damages, commercial matters, professional malpractice, fraud, matrimonial, and personal injury.
- CEO and/or COO, President of various companies with annual sales volumes ranging from $1 million to $1.2 billion.
- Founder and Principal, The Brenner Group
- Partner, Arthur Andersen & Co.
- Director, Firmwide and/or Regional Industry Practice Groups in Construction, Real Estate, Banking, Leasing, and other Financial Institution Industries.
- Board Member of various organizations in international engineering, national fine arts education, mortgage banking, etc.

**EDUCATION:**

**DePaul University-Chicago, IL**
Degree: Bachelor of Science in Commerce (Accounting)
Date of Graduation: 1961

Degree: Master of Business Administration (Human Resources)
Date of Graduation: 1964

DEBRUYN 0873

**DONALD L. BRENNER, CPA, CMC, CVA and CFE**
**STATEMENT OF QUALIFICATIONS**
**Page 2**

## SPECIAL TRAINING--VALUATION:

National Association of Certified Valuation Analysts
- Business Valuations; Development of Capitalization/Discount Rates
- Valuation Discounts & Premiums
- Being Effective in Litigation Support and Expert Testimony
- Case Analysis and Report Writing
- Fundamentals, Techniques & Theory

The Academy of Experts--Valuations for Litigators
American Society of Appraisers--Various valuation seminars
AICPA/Illinois Society of CPA's--Various valuation seminars
Arthur Andersen & Co.--Various business valuation seminars

## SPECIAL TRAINING--MANAGEMENT:

Institute of Management Consultants--various management consulting seminars
Management and Operational Consulting
- Profit and Value Advantage Management Consulting System
- Construction Controls and Design and Build
- Ownership Transition Issues: Business Valuations, Strategic Planning
- AIA Contract Documents: The New Edition

Arthur Andersen & Co.--various business management/operations seminars
AICPA/Illinois Society of CPA's--various business management seminars

## SPECIAL TRAINING--FRAUD:

Association of Certified Fraud Examiners
- Investigation of Fraud
- Interview and Interrogation Techniques
- Bankruptcy Fraud
- Insurance Claim Fraud
- IRS Economic Reality Audits

The Academy of Experts--various seminars
AICPA/Illinois Society of CPA's--various fraud-related seminars
Arthur Andersen & Co.--various fraud-related seminars

DEBRUYN 0874

DONALD L. BRENNER, CPA, CMC, CVA and CFE
STATEMENT OF QUALIFICATIONS
Page 3

## PROFESSIONAL RECOGNITIONS:

CERTIFIED PUBLIC ACCOUNTANT--Illinois, Iowa, New Mexico, New York, Florida, Georgia, and South Carolina
CERTIFIED VALUATION ANALYST--National Association of Certified Valuation Analysts
CANDIDATE--American Society of Appraisers
CERTIFIED FRAUD EXAMINER--The Association of Certified Fraud Examiners
CERTIFIED MANAGEMENT CONSULTANT--Institute of Management Consultants
PRACTICING MEMBER--Academy of Experts
COMMERCIAL and CONSTRUCTION ARBITRATOR, MEDIATOR, American Arbitration Association

## PROFESSIONAL MEMBERSHIPS:

AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
- Chairman, Edit Committee, *Audit and Accounting Guide for Construction Contractors*

NATIONAL ASSOCIATION OF CERTIFIED VALUATION ANALYSTS
AMERICAN SOCIETY OF APPRAISERS
ILLINOIS CERTIFIED PUBLIC ACCOUNTANT SOCIETY
NATIONAL ASSOCIATION OF FORENSIC ECONOMICS
ACADEMY OF EXPERTS
THE ASSOCIATION OF CERTIFIED FRAUD EXAMINERS
INSTITUTE OF MANAGEMENT CONSULTANTS
- Member, Board of Directors

AMERICAN ARBITRATION ASSOCIATION

DEBRUYN 0875

**DONALD L. BRENNER, CPA, CMC, CVA and CFE**
**STATEMENT OF QUALIFICATIONS**
Page 4

## SELECTED ADDRESSES AND PUBLICATIONS:

Has presented and/or published numerous articles involving a variety of management, valuation, litigation and investigative topics such as:

### Addresses

"Effective Damage Calculations and Value," Gallagher & Joslyn

"Insurance Claim Valuations Workshops," Various Insurance Companies

"Civic Solution: Lake Forest Shoreline Restoration," Project Management Institute

"People: The Issue and The Solution," Rohrer, Hibler & Replogle, Inc.

"Forms of Real Estate Ownership," The First National Bank of Chicago

"Dangers in Construction Lending," The First National Bank of Chicago

"Lease, Buy or Repair," Purdue University School of Civil Engineering

"Management of Business Resources," Mechanical Contractors Association of America

"Contractors' Equipment Manual--Alternatives for the Future," The Associated General Contractors of America

### Publications

"Accounting for Extras: Contract Claim Values," a brochure in a series on financial management prepared for the Builders Association of Chicago

"Money in the Pocket," Constructor (a monthly column)

"The Costs of Government Regulation," Merit Shop Contractor

Series of articles on the potential impact of lease financing, Equipment Financing Journal

DEBRUYN 0876

## The BRENNER GROUP

**EXHIBIT C**

Swartz, Campbell & Detweiler
USF&G vs. Bruce J. Brown and
Brown, Schultz, Sheridan & Fritz
Donald L. Brenner Testifying Experience
August, 2002

| CITATION | COURT |
|---|---|
| Toscano vs. Saxsma | Circuit Court of Cook County |
| Bowen vs. Jones, et al. | Circuit Court of Cook County |
| Kouskoutis vs. Jacobson | Circuit Court of Cook County |
| Karabetsos vs. Mitchell | Circuit Court of Cook County |
| Sharkey vs. Massullo | Circuit Court of Cook County |
| Nalepka vs. Walsh Construction Co. of Illinois, et al. | Circuit Court of Cook County |
| Nelles vs. State Farm | Circuit Court of Cook County |
| Motarjeme vs. Cliffbreakers, et al. | Circuit Court of Winnebago County |
| Martell vs. Martell | Circuit Court of Kankakee County |

DEBRUYN 0877

# The BRENNER GROUP

**Swartz, Campbell & Detweiler**
**USF&G vs. Bruce J. Brown and**
**Brown, Schultz, Sheridan & Fritz**
**Donald L. Brenner Testifying Experience**
**August, 2002**

**EXHIBIT C**

| CITATION | COURT |
|---|---|
| Toscano vs. Saxsma | Circuit Court of Cook County |
| Bowen vs. Jones, et al. | Circuit Court of Cook County |
| Kouskoutis vs. Jacobson | Circuit Court of Cook County |
| Karabetsos vs. Mitchell | Circuit Court of Cook County |
| Sharkey vs. Massullo | Circuit Court of Cook County |
| Nalepka vs. Walsh Construction Co. of Illinois, et al. | Circuit Court of Cook County |
| Nelles vs. State Farm | Circuit Court of Cook County |
| Motarjeme vs. Cliffbreakers, et al. | Circuit Court of Winnebago County |
| Martell vs. Martell | Circuit Court of Kankakee County |

DEBRUYN 0878