# EXHIBIT C

50 Corniche Drive

Dana Point, CA 92629-4033

# Rolf A. Neuschaefer

Work Experience

1998 – Current   Robert E. Harris Insurance Agency, Inc.

Bond Manager/Producer

Servicing client insurance and bond needs.

1970 - 1998     Aetna/Travelers   Brea, California

Field Vice President – Southwest Region

Managed Surety & Fidelity Bond production and underwriting in Southern California, Arizona and Nevada with a 17 person staff.

Held Bond Manager positions in Aetna's Redlands, Pittsburgh and Detroit offices.

Bond Underwriting positions in Kansas City, Detroit and Miami

1967 – 1969   U.S.A.F:  Honorable Discharge

---

Education

1964 - 1967     University of Missouri   Kansas City, Missouri

BA – History

1971 –1973    Macomb Community College

*AS – Accounting*

Professional Memberships

Certified Property Casualty Underwriter (CPCU)

Associate in Fidelity and Surety Bonding (AFSB)

---

Community Activities

    President of Monarch Hills Condominium Association

Published Articles

---

IRMI – Expert Commentary:  Bonding Tips and Tactics

Protecting the Balance Sheet – July 2002

Roles and Responsibilities: A Delicate Balance –April 2002

Surety Credit Basics – January 2002

Contractor Default Insurance – October 2001

All Guarantees Are Not Created Equal – July 2001

To Risk or Not To Risk – March 2001