# EXHIBIT D

DANIEL J. COFFEY, CPA, CFE, DABFA

MILLER COFFEY TATE LLP
8 Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

Phone:    (215) 561-0950
Fax:      (215) 561-0330
E-Mail:   dcoffey@millercoffeytate.com

PROFESSIONAL

Certified Public Accountant - Pennsylvania 1977
Member of American and Pennsylvania Institutes of Certified Public Accountants

Certified Fraud Examiner - 1996
Member of Association of Certified Fraud Examiners

Diplomate of the American Board of Forensic Accountants - 1998
Member of the College of Forensic Examiners

BUSINESS HISTORY

Daniel J. Coffey, a partner in the firm of Miller Coffey Tate LLP, has had a diversified career encompassing a broad range of accounting, consulting and management responsibilities.

Miller Coffey Tate LLP
formerly Miller, Tate & Co.
(1987 - present)

Since 1987, Mr. Coffey has provided accounting and consulting services to a wide variety of clients with an emphasis on bankruptcy matters and litigation support services.

Mr. Coffey has extensive experience with companies in financial difficulty, especially reorganizations under Chapter 11 and liquidations of companies under Chapter 7 of the Bankruptcy Code.

Mr. Coffey has performed forensic accounting investigations dealing with ponzi schemes, embezzlements, and revenue falsification.

Assignments have included:

- Litigation support and forensic accounting investigation for outside counsel to a $200,000,000 Canadian Stock Exchange Company headquartered in the United States.

- The development and implementation of Plans of Reorganization for companies which emerged from Chapter 11.

Daniel J. Coffey, CPA, CFE, DABFA
Page 2

- Consultations with management and administrative support in bankruptcy proceedings.

- Negotiations with secured lenders including development of financial analyses and cash flow studies.

- Investigation and expert accounting support for plaintiffs in accountant malpractice actions.

- Investigation of fraudulent financial statements and tax returns and negotiations with the Internal Revenue Service and Department of Justice relative to a company's litigation for a tax refund exceeding $1 million.

- Investigation of $354,000,000 Ponzi Scheme as Accountant to the Chapter 7 Trustee.

- Investigation and preparation of analyses for use at trial on behalf of Receiver appointed by U.S. District Court in civil matter involving $2,000,000 of funds embezzled from Internal Revenue Service and multiple clients. The embezzler, a CPA, plead guilty in the criminal portion of the case.

- Investigation and preparation of analyses for use at trial on behalf of the Defendant in a criminal matter prosecuted by the Securities and Exchange Commission.

- Investigation and preparation of a report as a basis for damages on behalf of Plaintiff in a partnership/profit participation suit.

- Preparation of business valuations.

Windsor Communication Group, Inc.
Exton, PA
(1980 - 1987)

        1986 - 1987    President
        1982 - 1986    Vice President/Finance and Treasurer
        1980 - 1982    Controller

Mr. Coffey was a member of the management group holding the above positions for this greeting card company which operated under Chapter 11. Mr. Coffey was responsible for the consolidation of two $35 million independent companies into one reporting entity, and the acquisition and subsequent sale of a large Canadian subsidiary. As the court appointed Vice President/Finance and Treasurer, Mr. Coffey was responsible for all financial matters of the Debtor-in-Possession, the development of the Company's Plan of Reorganization, testimony to demonstrate feasibility, and implementation of the Court approved Plan.

Daniel J. Coffey, CPA, CFE, DABFA
Page 3

Additionally, Mr. Coffey had responsibility for the prosecution of approximately 1800 adversary proceedings instituted by the Debtor-in-Possession, including major litigation against the company's auditors, an international "Big Eight" public accounting firm.

Touche Ross & Co. - international public accounting firm,
Philadelphia, PA
(1975 - 1980)

As Audit Supervisor, Mr. Coffey was a member of the management group of this international public accounting firm, involved in the planning, management and supervision of major audit engagements. The type of clients serviced spanned several industries, particularly, insurance, banking, leasing, manufacturing, retailing and construction.

Mahoney Service, Co. - transportation service company
Philadelphia, PA
(1973 - 1975)

As Accountant, Mr. Coffey was responsible for general accounting, accounts receivable, accounts payable and payroll

Sperry Univac - manufacturer of computer systems
Blue Bell, PA
(1972 - 1973)

As Accountant, Mr. Coffey reported to the Manufacturing Controller. Responsibilities primarily consisted of the accumulation and consolidation of financial data from various worldwide locations for management analysis at headquarters.

EDUCATIONAL BACKGROUND

Villanova University, 1972

Received Bachelor of Science degree in Business Administration, major in Accounting.

# CURRICULUM VITAE OF DANIEL J. COFFEY

## LIST OF TESTIMONY - FOR THE PERIOD JANUARY 1, 1993 THROUGH APRIL 18, 2002

| Date | Trial/Deposition | Case Reference | Jurisdiction |
|---|---|---|---|
| January 21, 1993 | Deposition | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Zolfo Cooper | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| March 31, 1993 | Trial | In re: Lease-A-Fleet, Inc.<br>Case# 91-12996S<br>Goodway | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| April 29, 1993 | Arbitration | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F<br>Joyce Corporation | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| May 14, 1993 | Trial | In re: NutriSystem, Inc.<br>Case# 93-12725S | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| July 7, 1993 | Trial | In re: Harkins Mechanical Services, Inc.<br>Case# 92-10347 | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| July 7, 1993 | Trial | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| August 19, 1993 | Arbitration | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F<br>EMAC | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| September 1, 1993 | Trial | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| November 1, 1993 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>OJT | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| November 3, 1993 | Trial | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| December 7, 1993 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>OJT | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| December 8, 1993 | Trial | In re Baskin and Sears, P.C. et al.<br>Case# 90-14266F | United States Bankruptcy Court<br>Eastern District of Pennsylvania |

**CURRICULUM VITAE OF DANIEL J. COFFEY**

**LIST OF TESTIMONY - FOR THE PERIOD JANUARY 1, 1993 THROUGH APRIL 18, 2002**
(Continued)

| Date | Trial/Deposition | Case Reference | Jurisdiction |
|---|---|---|---|
| December 14, 1993 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| January 13, 1994 | Deposition | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Mellon Bank | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| February 10, 1994 | Trial | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F<br>Reading Anthracite | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| April 26, 1994 | Deposition | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F<br>IRS | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| May 20, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Bruce Fields | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| June 16, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Kormos Harris | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| July 1, 1994 | Deposition | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F<br>IRS | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| August 17, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Zolfo Cooper | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| August 18, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Zolfo Cooper | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| October 18, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Mellon Bank | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| October 19, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Mellon Bank | United States Bankruptcy Court<br>Middle District of Pennsylvania |

## CURRICULUM VITAE OF DANIEL J. COFFEY

### LIST OF TESTIMONY - FOR THE PERIOD JANUARY 1, 1993 THROUGH APRIL 18, 2002
(Continued)

| Date | Trial/Deposition | Case Reference | Jurisdiction |
|---|---|---|---|
| December 21, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Mellon Bank | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| December 22, 1994 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Mellon Bank | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| July 5, 1995 | Trial | In re: Intershoe, Inc.<br>Case# 1-92-00419RJW<br>Sabrina | United States Bankruptcy Court<br>Middle District of Pennsylvania |
| July 19, 1995 | Trial | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F<br>IRS | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| March 21, 1996 | Trial | In re: Foundation for New Era Philanthropy<br>Case# 95-13729BIF | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| March 27, 1996 | Trial | In re: Baskin and Sears, P.C. et al.<br>Case# 90-14266F<br>IRS | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| June 6, 1996 | Trial | In re: Foundation for New Era Philanthropy<br>Case# 95-13729BIF | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| June 27, 1996 | Trial | In re: Foundation for New Era Philanthropy<br>Case# 95-13729BIF | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| July 26, 1996 | Deposition | In re: Foundation for New Era Philanthropy<br>Case# 95-13729BIF<br>Prudential | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| August 1, 1996 | Trial | In re: Foundation for New Era Philanthropy<br>Case# 95-13729BIF<br>Group Settlement | United States Bankruptcy Court<br>Eastern District of Pennsylvania |

# CURRICULUM VITAE OF DANIEL J. COFFEY

## LIST OF TESTIMONY - FOR THE PERIOD JANUARY 1, 1993 THROUGH APRIL 18, 2002
(Continued)

| Date | Trial/Deposition | Case Reference | Jurisdiction |
|---|---|---|---|
| August 2, 1996 | Trial | In re: Foundation for New Era Philanthropy Case# 95-13729BIF Group Settlement | United States Bankruptcy Court Eastern District of Pennsylvania |
| October 10, 1996 | Trial | In re: Foundation for New Era Philanthropy Case# 95-13729BIF One to One & Nature Conservancy | United States Bankruptcy Court Eastern District of Pennsylvania |
| December 5, 1996 | Trial | In re: Foundation for New Era Philanthropy Case# 95-13729BIF Northwest Conservative Baptist Association | United States Bankruptcy Court Eastern District of Pennsylvania |
| December 19, 1996 | Trial | In re: Foundation for New Era Philanthropy Case# 95-13729BIF Interim Distribution | United States Bankruptcy Court Eastern District of Pennsylvania |
| February 7, 1997 | Trial | In re: Pilz Compact Disc Case# 96-14808BIF Substantive Consolidation | United States Bankruptcy Court Eastern District of Pennsylvania |
| February 14, 1997 | Trial | In re: Pilz Compact Disc Case# 96-14808BIF Substantive Consolidation | United States Bankruptcy Court Eastern District of Pennsylvania |
| February 20, 1997 | Trial | In re: Foundation for New Era Philanthropy Case# 95-13729BIF Seminary of the East | United States Bankruptcy Court Eastern District of Pennsylvania |
| April 1, 1999 | Deposition | In re: Jelyn Associates Case# 97-12821BIF Marco Paper | United States Bankruptcy Court Eastern District of Pennsylvania |
| May 23, 2000 | Trial | In re: MGL Corporation, MGL Apparel, Inc, and Loriana Stores, Inc. Case #'s 00-10803 through 00-10805 Rent and Trustee Contempt Hearing | United States Bankruptcy Court Eastern District of Pennsylvania |

# CURRICULUM VITAE OF DANIEL J. COFFEY

## LIST OF TESTIMONY - FOR THE PERIOD JANUARY 1, 1993 THROUGH APRIL 18, 2002
(Continued)

| Date | Trial/Deposition | Case Reference | Jurisdiction |
| --- | --- | --- | --- |
| January 29, 2001 | Trial | In re: MGL Corporation Bankruptcy # 0010804DWS John T. Carroll, III, Trustee et al v. Unicom AP Chemical Corporation et al Adversary # 00-0933 | United States Bankruptcy Court Eastern District of Pennsylvania |
| January 31, 2001 | Deposition | In re: Hoffman et al v. Knight et al Case # 329 S 1994 | Court of Common Pleas Dauphin County, Pennsylvania |
| April 26, 2001 | Trial | In re: C.F. Foods Bankruptcy # 99-15996 Arthur Liebersohn, Trustee v. Campus Crusade for Christ Inc. Adversary # 01-443 | United States Bankruptcy Court Eastern District of Pennsylvania |
| June 28, 2001 | Trial | In re: American Appliance Bankruptcy # 01-14425 Substantive Consolidation Hearing | United States Bankruptcy Court District of New Jersey |
| October 10, 2001 | Trial | In re: Pilz Compact Disc Case # 96-14808BIF Objection to Proof of Claim #37 Martin Mair | United States Bankruptcy Court Eastern District of Pennsylvania |
| October 30, 2001 | Trial | In re: United States of America v. Robert C. Lee Criminal No. 99-499 Government Expert – Sentencing Hearing | United States District Court Eastern District of Pennsylvania |
| March 19, 2002 | Trial | In re: C.F. Foods Bankruptcy #99-15996 Arthur Liebersohn, Trustee v. David Stillman Adversary #01-339 | United States Bankruptcy Court Eastern District of Pennsylvania |

## CURRICULUM VITAE OF DANIEL J. COFFEY

## LIST OF TESTIMONY - FOR THE PERIOD JANUARY 1, 1993 THROUGH APRIL 18, 2002
(Continued)

| Date | Type | Case | Court |
|---|---|---|---|
| March 19, 2002 | Trial | In re: C.F. Foods<br>Bankruptcy #99-15996<br>Arthur Liebersohn, Trustee<br>v. Bobbi Donaldson<br>Adversary #01-330 | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| April 18, 2002 | Trial | In re: C.F. Foods<br>Bankruptcy #99-15996<br>Arthur Liebersohn, Trustee<br>v. Karen Stillman<br>Adversary #01-334 | United States Bankruptcy Court<br>Eastern District of Pennsylvania |
| April 18, 2002 | Trial | In re: C.F. Foods<br>Bankruptcy #99-15996<br>Arthur Liebersohn, Trustee<br>v. Jon Stillman<br>Adversary #01-340 | United States Bankruptcy Court<br>Eastern District of Pennsylvania |