# EXHIBIT D

## BERNKOPF, GOODMAN & BASEMAN LLP

COUNSELLORS AT LAW

125 SUMMER STREET

BOSTON, MASSACHUSETTS 02110-1621

TELEPHONE (617) 790-3000

TELECOPIER (617) 790-3300

May 10, 2002

Bruce D. Levin
DIRECT DIAL: (617) 790-3314
e-mail: blevin@bgblaw.com

*VIA FACSIMILE*

Kathleen Carson, Esquire
Swartz Campbell Detweiler
1601 Market Street
Philadelphia, PA  19103-2316

Re:  United States Fidelity & Guaranty Company v. Brown Schultz Sheridan & Fritz

Dear Kathleen:

I acknowledge receipt of your letter dated May 6, 2002.

My client recognizes its duties and obligations regarding interrogatory supplementation pursuant to both Fed. R. Civ. P. 26(e) and Local Rule 33.2. Such duties are, of course, reciprocal. I trust that your client shares my client's intent and willingness to "seasonably" amend or supplement its prior discovery responses. Accordingly, my client fully intends to supplement its responses in accordance with the applicable rules.

As you are no doubt aware, numerous depositions are scheduled for the next few weeks. These scheduled depositions include, among others, important witnesses such as Deborah Bowman and John Ortenzio. Additionally, you client's responses to interrogatories and document requests previously served on them have not yet been received.

I am currently unaware of any prior responses that are "substantially inaccurate, incomplete or untrue." Accordingly, I suggest that we agree upon a date by which all parties will exchange amended or supplemental answers (to the extent that such amendment or supplementation is necessary). I suggest that we choose a date at the end of August, after your client's expert report is due.

Please feel free to call me if you have any questions or comments.

Very truly yours,

Bruce D. Levin

cc:  Peter B. McGlynn, Esquire
     Mark Holtschneider, Esquire

BDL/mlb
#245092 v1/36432/87