UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

_____
                                    )
UNITED STATES FIDELITY AND          )
GUARANTY COMPANY,                   )
             Plaintiff              )
                                    )    CIVIL ACTION NO. 1:01-CV-00813
v.                                  )
                                    )    JUDGE CONNER
BRUCE J. BROWN and BROWN            )
SCHULTZ SHERIDAN & FRITZ,           )
             Defendants.            )
_____)

**CERTIFICATE OF SERVICE**

I, Bruce D. Levin, Esquire, counsel for Plaintiff United States Fidelity & Guaranty

Company, hereby certify that copies of (1) United States Fidelity & Guaranty Company's

Pretrial Memorandum; (2) United States Fidelity & Guaranty Company's Motion-In-Limine to

Exclude Evidence of Reinsurance; (3) United States Fidelity & Guaranty Company's Motion-In-

Limine to Bar Evidence of Peer Review; (4) United States Fidelity & Guaranty Company's

Motion-In-Limine to Preclude Testimony of Rick Conner; (4) United States Fidelity & Guaranty

Company's Motion In Limine to Bar Evidence Concerning Certain Affirmative Defenses Raised

in the Answer of Bruce J. Brown and Brown Schultz Sheridan & Fritz were served upon the

following, via first class mail, postage pre-paid on October 8, 2003.


Kathleen Carson, Esquire
Swartz Campbell Detweiler
1601 Market Street
Philadelphia, PA  19103-2316


                                        /s/ Bruce D. Levin
                                        Bruce D. Levin


Dated: October 8, 2003
#277810 v1/36432/87