UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>　　　Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>　　　Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE CONNER |

## CERTIFICATE OF SERVICE

I, Bruce D. Levin, Esquire, counsel for Plaintiff United States Fidelity & Guaranty Company, hereby certify that a copy of United States Fidelity & Guaranty Company's Motion-in-Limine to Preclude Testimony of Mark Holtschneider was served upon the following, via first class mail, postage pre-paid on October 8, 2003.

Kathleen Carson, Esquire
Swartz Campbell Detweiler
1601 Market Street
Philadelphia, PA  19103-2316

　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce D. Levin
　　　　　　　　　　　　　　　　　　　　　　Bruce D. Levin

Dated: October 8, 2003
#277822 v1/36432/87