UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

|  |  |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE CONNER |

**UNITED STATES FIDELITY & GUARANTY COMPANY'S**
**MOTION FOR LEAVE TO FILE TRIAL BRIEF IN EXCESS OF 15 PAGES**

Pursuant to Local Rule 7.8, United States Fidelity & Guaranty Company ("USF&G") moves for leave to file a Local Rule 39.7 Trial Brief in excess of 15 pages. USF&G avers that the factual and legal complexities of the case cannot be adequately addressed in less than 15 pages. Additionally, full and complete briefing of the relevant issue should be of great assistance to the Court.

Pursuant to Local Rule 7.1, counsel for USF&G and Bruce J. Brown and Brown Schultz Sheridan & Fritz (collectively, "Brown Schultz") have conferred and have agreed that, subject to Court approval, they are amenable to both parties being granted leave to file briefs in excess of the 15 page limit.

WHEREFORE, United States Fidelity & Guaranty Company respectfully requests that the Court enter an order:

1. Granting USF&G leave to file a trial brief in excess of 15 pages; and

- 2 -

2. Providing such other and further relief as is just and proper.

                UNITED STATES FIDELITY AND
                GUARANTY COMPANY,
                By its counsel,


                s/ Bruce D. Levin
                Peter B. McGlynn, Esquire
                Bruce D. Levin, Esquire
                Bernkopf, Goodman & Baseman LLP
                125 Summer Street, Suite 1300
                Boston, Massachusetts 02110
                Telephone:   (617) 790-3000
                Facsimile:    (617) 790-3300
                blevin@bgblaw.com
                pmcglynn@bgblaw.com

                      and

                Peter Speaker, Esquire
                Thomas, Thomas & Hafer
                305 North Front Street
                Harrisburg, PA 17101
                Telephone:   (717) 237-7100
                Facsimile:    (717) 237-7105
                pjs@tthlaw.com

Dated: October 8, 2003

- 3 -

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

|  |  |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>         Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>         Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE CONNER |

### CERTIFICATE OF SERVICE

I, Bruce D. Levin, Esquire, counsel for Plaintiff United States Fidelity & Guaranty Company, hereby certify that a copy of United States Fidelity & Guaranty Company's Motion for Leave to File Trial Brief in Excess of 15 Pages was served upon the following, via first class mail, postage pre-paid on October 8, 2003.

Kathleen Carson, Esquire
Swartz Campbell Detweiler
1601 Market Street
Philadelphia, PA  19103-2316

/s/ Bruce D. Levin
Bruce D. Levin

Dated: October 8, 2003

#277809 v1/36432/87

- 3 -