**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** | : | **CIVIL ACTION NO. 1:01-CV-0813** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,** | : | |
| | : | |
| | : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

AND NOW, this 9th day of October, 2003, upon consideration of plaintiff's motion for leave to file trial brief in excess of fifteen (15) pages, it is hereby ORDERED that said motion is GRANTED. Plaintiff and defendants are granted leave to file trial briefs in excess of fifteen (15) pages, but not to exceed thirty-five (35) pages.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge