UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, ) ) ) ) Plaintiff ) ) v. ) ) BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ, ) ) ) Defendants. ) | CIVIL ACTION NO. 1:01-CV-00813 JUDGE CONNER |

**PLAINTIFF, UNITED STATES FIDELITY AND GUARANTY COMPANY'S REQUEST TO HAVE SETTLEMENT AUTHORITY REPRESENTATIVE <u>AVAILABLE BY TELEPHONE</u>**

Pursuant to Local Rule 16.2, the Plaintiff, United States Fidelity and Guaranty Company, hereby requests that it be allowed to have Attorney Mark Holtschneider available by telephone on October 15, 2003 with respect to any settlement discussions which may ensue during the conference.

Attorney Holtschneider is Associate Surety General Counsel and Assistant Vice President and has full settlement authority in connection with the above-referenced matter.

In light of Attorney McCarron's comment during the conference call with Judge Connor, during which he expressed a lack of optimism that any settlement could be reached, it would be far more productive and convenient if Attorney Holtschneider made himself available by telephone.

      Attorney Holtschneider will make himself available to journey to Harrisburg, Pennsylvania at some other date and time if it appears that his presence will facilitate settlement of this case.

                                      UNITED STATES FIDELITY AND
                                      GUARANTY COMPANY,
                                      By its counsel,

                                      /s/ Bruce D. Levin
                                      Peter B. McGlynn, Esquire
                                      Bruce D. Levin, Esquire
                                      Bernkopf, Goodman & Baseman LLP
                                      Boston, Massachusetts 02110
                                      Telephone:    (617) 790-3000
                                      Facsimile:     (617) 790-3300
                                      blevin@bgblaw.com
                                      pmcglynn@bgblaw.com

                                                and

                                      Peter Speaker, Esquire
                                      Thomas, Thomas & Hafer
                                      305 North Front Street
                                      Harrisburg, PA  17101
                                      Telephone:    (717) 237-7100
                                      Facsimile:     (717) 237-7105
                                      pjs@tthlaw.com

Dated:  October 13, 2003

#278058 v1/36432/87

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

_____
                                      )
UNITED STATES FIDELITY AND            )
GUARANTY COMPANY,                     )
      Plaintiff                       )
                                      )    CIVIL ACTION NO. 1:01-CV-00813
v.                                    )
                                      )    JUDGE CONNER
BRUCE J. BROWN and BROWN              )
SCHULTZ SHERIDAN & FRITZ,             )
      Defendants.                     )
_____)

## CERTIFICATE OF SERVICE

    I, Bruce D. Levin, Esquire, counsel for Plaintiff United States Fidelity & Guaranty Company, hereby certify that a copy of Plaintiff, United States Fidelity and Guaranty Company's Request to Have Settlement Authority Representative Available by Telephone, was served via first class mail, postage pre-paid on October 13, 2003.

Kathleen Carson, Esquire
Swartz Campbell
1601 Market Street
Philadelphia, PA  19103-2316

                                            /s/ Bruce D. Levin
                                            Bruce D. Levin

Dated: October 13, 2003