UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

|  |  |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>    Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>    Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE CONNER |

## CERTIFICATE OF SERVICE

I, Bruce D. Levin, Esquire, counsel for Plaintiff United States Fidelity & Guaranty Company, hereby certify that a copy of United States Fidelity & Guaranty Company's Opposition to Brown Schultz' Motion-in-Limine to Preclude the Testimony of Plaintiff's Expert Steve J. DeBruyn, via first class mail, postage pre-paid on October 13, 2003.

Kathleen Carson, Esquire
Swartz Campbell
1601 Market Street
Philadelphia, PA  19103-2316

/s/ Bruce D. Levin
Bruce D. Levin

Dated: October 13, 2003
#278055 v1/36432/87