UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company | : : : | |
| v. | : : | Hon. Christopher Conner |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : : | No: 01-CIV-813 |

**REQUEST BY DEFENDANTS' TO HAVE SETTLEMENT AUTHORITY REPRESENTATIVE AVAILABLE BY TELEPHONE**

Pursuant to Local Rule 16.2 defendants, Bruce J. Brown and Brown Schultz Sheridan & Fritz requests they be permitted to have Tonya O'Hern of Interstate Insurance Group, Brown Schultz's insurer, available by telephone on October 15, 2003 with respect to any settlement discussions that may take place at the pre-trial conference.

Bruce Brown will attend the pre-trial conference.

SWARTZ CAMPBELL LLC

BY:    s/Kathleen M. Carson
       JEFFREY B. MC CARRON
       KATHLEEN M. CARSON
       1601 Market Street
       34th Floor
       Philadelphia, PA 19103
       (215) 299-4272

       Attorneys for Defendants

Dated: October 13, 2003

## CERTIFICATE OF SERVICE

I, Kathleen M. Carson, Esquire, counsel for defendants, Bruce J. Brown and Brown Schultz Sheridan & Fritz, hereby certify that copies of **REQUEST BY DEFENDANTS' TO HAVE SETTLEMENT AUTHORITY REPRESENTATIVE AVAILABLE BY TELEPHONE** was served upon all counsel listed below by first class U.S. mail, postage prepaid on October 13, 2001.

Peter Speaker, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA 17101

Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf, Goodman & Baseman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

                                                      s/ Kathleen M. Carson
                                                      Kathleen M. Carson