# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** | : | **CIVIL ACTION NO. 1:01-CV-0813** |
| | : | |
| | : | **(Judge Conner)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,** | : | |
| | : | |
| **Defendants** | : | |

## **O R D E R**

AND NOW, this 16th day of October, 2003, it is hereby ORDERED that the second week of trial shall be scheduled for the week of **November 17, 2003**.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge