## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States Fidelity and Guaranty Company | : : : | Hon. Christopher J. Conner |
| v. | : : | |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : : | No: 01-CIV-813 |

## ORDER

AND NOW, this _____ Day of _____ 2003, Plaintiff's Motion In Limine to Bar Evidence of Peer Review is hereby DENIED.

BY THE COURT:

_____
J.