## **CERTIFICATE OF SERVICE**

      I, Jeffrey B. McCarron, Esquire, counsel for defendants, Bruce J. Brown and Brown, Schultz Sheridan & Fritz, hereby certify that a copy of Defendants' Trial Memorandum, as served upon all counsel listed below by first class U.S. mail, postage prepaid on October 17, 2003

| | |
|---|---|
| Peter Speaker, Esquire<br>Thomas, Thomas & Hafer<br>305 North Front Street<br>Harrisburg, PA 17101 | Peter B. McGlynn, Esquire<br>Bruce D. Levin, Esquire<br>Bernkopf, Goodman & Baseman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA 02110 |

        s/Jeffrey B. McCarron
        Jeffrey B. McCarron

Date:   October 17, 2003