# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** : | **CIVIL ACTION NO. 1:01-CV-0813** |
| : | |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 20th day of October, 2003, upon consideration of plaintiff's motion in limine to bar evidence of peer review (Doc. 110), and following a pretrial conference involving counsel for the parties, and it appearing that the admissibility of the challenged evidence will depend significantly on the circumstances in which it is introduced during the course of trial, it is hereby ORDERED that the motion in limine (Doc. 110) is DENIED without prejudice to plaintiff's right to object to the admissibility of evidence of peer review as it is introduced during the course of trial.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge