**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** : | **CIVIL ACTION NO. 1:01-CV-0813** |
| : | **(Judge Conner)** |
| **Plaintiff** : | |
| v. : | |
| **BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 20th day of October, 2003, upon consideration of plaintiff's motion in limine to bar evidence concerning certain affirmative defenses (Doc. 113) based on defendants' alleged failure to supplement their initial responses to plaintiff's interrogatories, and following a pretrial conference involving counsel for the parties, and it appearing that plaintiff has failed to present sufficient evidence that defendants' initial responses were materially incomplete or inadequate, see FED. R. CIV. P. 26(e)(2), 37(c)(1) (providing that sanctions should not be imposed for failure to supplement or amend responses unless the responses are "in some material respect incomplete or incorrect"), it is hereby ORDERED that the motion in limine (Doc. 113) is DENIED without prejudice.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge