**Revised Exhibit "A" to**
**United States Fidelity & Guaranty Company's Pretrial Memorandum**

**EXHIBIT LIST**

CASE NUMBER 1:01cv00813

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness | Stipulation[1] |
|---|---|---|---|---|---|---|---|
| 1. | | Bonds - Bedford County, State Route 0030, Everett Borough, PA | | | | | Y |
| 2. | | Bonds - Cambria County State Route 22, PA | | | | | Y |
| 3. | | Bonds - Cool & Cold Aqua (Water Line), Kearneysville, WV | | | | | Y |
| 4. | | Bonds - Cool & Cold Aqua (National Center), Kearneysville, WV | | | | | Y |
| 5. | | Bonds - National Germplasm Quarantine Ctr, Laurel, MD | | | | | Y |
| 6. | | Bonds - James River Juvenile Detention Ctr, Beaumont, VA | | | | | Y |
| 7. | | Bonds - Outlook Pointe - Chesterfield, Richmond, VA | | | | | Y |
| 8. | | Bonds - Outlook Pointe - Westerville, OH | | | | | Y |
| 9. | | Bonds - PA Turnpike Commission Bldg, Harrisburg, PA | | | | | Y |
| 10. | | Bonds - Perry County - State Route 11, PA | | | | | Y |
| 11. | | Bonds - Scott Air Force Base, Belleville, IL | | | | | Y |
| 12. | | Bonds - Summerdale Center, Harrisburg, PA | | | | | Y |
| 13. | | Bonds - Virginia Commonwealth University (VCU) Life Sciences Bldg, Richmond, VA | | | | | Y |
| 14. | | Bond Summary - 1997 | | | | | |
| 15. | | Bond Summary - 1998 | | | | | |
| 16. | | Damage Summary and Backup - Bedford County, State Route 30, Everett Borough, PA | | | | | |
| | | Damage Summary and Backup - Cambria County State Route 22, PA | | | | | |
| | | Damage Summary and Backup - Cool & Cold Aqua (Water Line), Kearneysville, WV | | | | | |

[1] Stipulation as to authenticity unless otherwise indicated.

| # | Description | |
|---|---|---|
| 17. | Damage Summary and Backup - Cool & Cold Aqua (National Center), Kearneysville, WV | |
| 18. | Intentionally Omitted | |
| 19. | Intentionally Omitted | |
| 20. | Damage Summary and Backup - National Germplasm Quarantine Ctr, Laurel, MD | |
| 21. | Damage Summary and Backup - James River Juvenile Detention Ctr, Beaumont, VA | |
| 22. | Damage Summary and Backup - Outlook Pointe - Chesterfield, Richmond, VA | |
| 23. | Damage Summary and Backup - Outlook Pointe - Westerville, OH | |
| 24. | Damage Summary and Backup - PA Turnpike Commission Bldg., Harrisburg, PA | |
| | Damage Summary and Backup - Perry County - State Route 11, PA | |
| 25. | Intentionally Omitted | |
| 26. | Damage Summary and Backup - Scott Air Force Base, Belleville, IL | |
| 27. | Damage Summary and Backup - Summerdale Center, Harrisburg, PA | |
| | Damage Summary and Backup - Virginia Commonwealth University (VCU) Life Sciences Bldg, Richmond, VA | |
| 28. | Intentionally Omitted | |
| 29. | Total Damage Summary | Y |
| 30. | CCI Audited Financial Statement 1993 | Y |
| 31. | CCI Audited Financial Statement 1994 | Y |
| 32. | CCI Audited Financial Statement 1995 | Y |
| 33. | CCI Audited Financial Statement 1996 | Y |
| 34. | CCI Audited Financial Statement 1997 | Y |
| 35. | Transmittal letter from Dominiani To USF&G Re. 1997 Audited Financial Statement, 3/5/98 | Y |
| 36. | CCI Audited Financial Statement 1998 | Y |
| 37. | Transmittal letter from Dominiani To USF&G Re. 1998 | Y |

| # | Description | Y |
|---|---|---|
| 38. | Audited Financial Statement, 3/1/99 | Y |
| 39. | Brown Schultz Accounting and Auditing Quality Control Manual | |
| 40. | Brown Schultz Manual | Y |
| 41. | USF&G Contract Underwriting Manual | Y |
| 42. | St. Paul Contract Underwriting Manual (8/99) | Y |
| 43. | Horwath International Audit Manual (U.S. Version), 2000 Edition | Y |
| 44. | Statement of Auditing Standards | |
| 45. | Modification/Amount Sheet - List of Amendments to AICPA Audit Guide | |
| 46. | IRMI Expert Commentary - Surety Bonding Tactics Article, April 2002 | |
| 47. | IRMI Expert Commentary - Surety Bonding Tactics Article, January 2002 | |
| 48. | IRMI Expert Commentary - Surety Bonding Tactics Article, July 2002 | |
| 49. | IRMI Expert Commentary - Surety Bonding Tactics Article, October 2002 | Y |
| 50. | Brown Schultz Website Content -- Accounting and Auditing Contacts | Y |
| 51. | Brown Schultz Website Content -- Bruce J. Brown | Y |
| 52. | Brown Schultz Website Content -- About BSSF | Y |
| 53. | 4/4/75 USF&G Fidelity/Surety Department Circular (Grey Letter) | Y |
| 54. | 2/28/89 New Client Approval and Engagement and Form A-1 | Y |
| 55. | 12/31/91 Memo From Shane Miller to Management/Operations Re. Bonus Program | Y |
| 56. | 12/31/91 - 2/29/94 Underwriters Summary Worksheet | Y |
| 57. | 11/19/92 Checklist for Assessing the Control Environment | |
| 58. | 12/22/92 PCIC Insurance License for Turks & Caicos Islands | Y |
| 59. | 12/22/92 Deposit Escrow Agreement | Y |
| 60. | 12/31/92 Remedial Work Period Insurance Policy | Y |
| 61. | 1/21/93 Letter from Roberts (Eckert Seamans) To Miller (Miller & Simons) with Attached PCIC Formal Undertaking | |
| | 3/8/93 Extension of Services Agreement - PCIC | Y |

| # | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 62. | 5/27/93 Letter from Wyatt To Milburn (Brown Schultz) | | | | | | | |
| 63. | 5/27/93 Fax from Petrowski (Wyatt) To Barber (CCI) | | | | | | | |
| 64. | 5/28/93 Fax from Barber (CCI) To Bruce Brown with Attached 5/27/93 Letter from Petrowski (Wyatt) To Milburn (Brown Schultz) | | | | | | | |
| 65. | 6/93 - The Captive Insurance Manual, Turks & Caicos | | | | | | | Y |
| 66. | 10/93 CCI Structure | | | | | | | Y |
| 67. | 10/14/93 Letter from Hetrick (Dauphin Deposit Bank) to Barber (CCI) | | | | | | | |
| 68. | 10/19/93 Letter from Miller (CCI) to Dominiani (Byerly) with attached Heck Resume | | | | | | | Y |
| 69. | 11/2/93 Business Information Report Re. CCI | | | | | | | Y |
| 70. | 11/8/93 Information Review - Underwriting Questions | | | | | | | Y |
| 71. | 11/8/93 Underwriting Memorandum - Contract Bond | | | | | | | Y |
| 72. | 11/9/93 CCI Completed and Current Projects | | | | | | | Y |
| 73. | 11/9/93 Underwriting Summary - Contract Bonds | | | | | | | Y |
| 74. | 11/15/93 Letter from Shaw (Employers Reinsurance) to Huss (USFG) | | | | | | | Y |
| 75. | 11/16/93 Letter from Dominiani (Byerly) to Philips (USFG) | | | | | | | Y |
| 76. | 11/17/93 Letter from Huss Re. Bids | | | | | | | Y |
| 77. | 12/8/93 PCIC Plan of Operations | | | | | | | |
| 78. | 12/8/93 Specific Discretionary Authority - National Account | | | | | | | Y |
| 79. | 12/9/93 Interoffice Correspondence from Daily to Phillips | | | | | | | Y |
| 80. | 12/31/93 - 12/31/95 Comparative Analysis of Financial Statements | | | | | | | Y |
| 81. | 12/31/93 - 6/30/98 Handwritten Notes | | | | | | | |
| 82. | 1994 - 1999 Bond List | | | | | | | Y |
| 83. | 3/23/94 Interoffice Correspondence from Salazar To Daily | | | | | | | Y |
| 84. | 3/28/94 Memorandum from Phillips (USFG) to Dominiani | | | | | | | Y |
| 85. | 6/6/94 Business Information Report Re. CCI | | | | | | | Y |
| 86. | 6/13/94 Memorandum from Salazar (USFG) to Dominiani | | | | | | | Y |
| 87. | 6/15/94 Memorandum from Phillips (USFG) to Huss | | | | | | | Y |
| 88. | 6/15/94 E-Mail from Daily To Salazar | | | | | | | Y |
| 89. | 7/11/94 Letter from Huss (USFG) to Ortenzio (CCI) | | | | | | | Y |
| 90. | 7/12/94 Interoffice Correspondence from Salazar To Daily | | | | | | | Y |
| 91. | 7/13/94 Interoffice Correspondence from Salazar to Daily | | | | | | | Y |
| 92. | 7/13/94 E-Mail from Daily To Huss, Salazar, Phillips | | | | | | | Y |

| # | Description | Y |
|---|---|---|
| 93. | 7/13/94 E-Mail from Salazar To Daily | Y |
| 94. | 7/13/94 E-Mail from Daily To Salazar | Y |
| 95. | 7/14/94 Interoffice Correspondence from Salazar to Dominiani | Y |
| 96. | 7/14/94 E-Mail from Daily To Salazar | Y |
| 97. | 7/14/94 E-Mail from Daily to Phillips | Y |
| 98. | 7/14/94 E-Mail from Phillips to Daily | Y |
| 99. | 7/19/94 Letter from Roberts (Eckert Seamans) to Barber | Y |
| 100. | 7/21/94 Letter from Dominiani (Byerly) To Salazar (USFG) | Y |
| 101. | 7/22/94 Specific Discretionary Authority - National Account | Y |
| 102. | 9/20/94 Letter from Phillips (CCI) to Barber (PCIC) | Y |
| 103. | 10/27/94 Letter from Brown to Barber Re. Engagement | Y |
| 104. | 11/2/94 Letter from Dominiani (Byerly) To Phillips (USFG) | Y |
| 105. | 11/8/94 Letter from Salazar (USFG) To Burke (Douglas Support) | Y |
| 106. | 12/28/94 E-Mail from Daily to Salazar | Y |
| 107. | 12/28/94 Memo from Salazar To Dominiani | |
| 108. | 12/29/94 Interoffice Correspondence from Salazar To Daily | Y |
| 109. | 12/31/94 CCI Audit Program Lead Sheet, Form B-1 | Y |
| 110. | 12/31/94 CCI Audit Planning Program, Form B-1 | Y |
| 111. | 12/31/94 Audit Program, Permanent File, Form B-1 | Y |
| 112. | 12/31/94 CCI Audit Program, Revenue Cycle | Y |
| 113. | 12/31/94 CCI Audit Program, Expenditure Cycle | Y |
| 114. | 12/31/94 CCI Audit Completion Program, Form B-16 | Y |
| 115. | 12/31/94 Due to/from Affiliates Worksheet | Y |
| 116. | 12/31/94 G/L Summary Trial Balance | Y |
| 117. | 12/31/94 Disclosure Requirements for Financial Statements of Nonpublic Businesses | Y |
| 118. | 12/31/94 Checklist for Evaluating the Level and Direction of Overall Inherent Risk, Form B-2 | Y |
| 119. | 12/31/94 Checklist for Acceptable Projected Misstatement | Y |
| 120. | 12/31/94 Requested Audit Schedules | Y |
| 121. | 12/31/94 Management Letter Comments Worksheet | Y |
| 122. | 12/31/94 Test of Job Cost System | Y |
| 123. | 12/31/94 Completed Contracts Worksheet | Y |
| 124. | 1/3/95 Letter from Dominiani (Byerly) To Salazar (USFG) | Y |
| 125. | 1/11/95 E-Mail from Daily To Salazar | Y |

| # | Description | |
|---|---|---|
| 126. | 1/11/95 Fax from Salazar (USFG) To Daily with Attached Janec Resume | Y |
| 127. | 1/23/95 Letter from Salazar (USFG) To Dominiani (Byerly) | Y |
| 128. | 1/31/95 Meeting Agenda | Y |
| 129. | 2/3/95 Fax from Salazar (USFG) to Daily with Attached 2/3/95 Memo | Y |
| 130. | 2/3/95 Letter from Byerly To Daily (USFG) | Y |
| 131. | 3/10/95 Letter from Barber (PCIC) To Petrowski (Watt) | |
| 132. | 4/17/95 Interoffice Correspondence from Salazar To Daily Re. Annual Review | Y |
| 133. | 4/17/95 Memorandum from Salazar to Daily | Y |
| 134. | 5/1/95 Specific Discretionary Authority | Y |
| 135. | 5/1/95 Agent's Specific Contract Authority - Byerly | Y |
| 136. | 5/4/95 Fax from Petrowski (Watson Wyatt) To Barber with Attached 5/5/95 Memos from Petrowski (Watson Wyatt) To Barber (PCIC) and 12/31/94 Schedule of Remedial Work Policies and 12/31/94 Remedial Work Claim Reserve Calculation | |
| 137. | 5/12/95 Letter from Gordon (Watson Wyatt) To PCIC Board of Directors | |
| 138. | 7/25/95 Interoffice Memo from Salazar to Daily | Y |
| 139. | 8/29/95 Master Surety Agreement | Y |
| 140. | 10/19/95 CCI Written Consent of Shareholder in Lieu of Special Meeting | Y |
| 141. | 10/26/95 Note from Carolyn To Miller Re. Fax and Fed Ex Out Today | |
| 142. | 10/26/95 Fax from Gwartney (Watson Wyatt) To Phillips (CCI) With Attached 5/12/95 Letter from Gordon (Watson Wyatt) To PCIC Board of Directors and 12/31/94 PCIC Statement of Actuarial Opinion | |
| 143. | 11/29/95 Letter from Brown To Phillips | Y |
| 144. | 11/29/95 Client Information Record | Y |
| 145. | Checklist for Consideration of Internal Control Components (Form B-2A) | Y |
| 146. | 11/30/95 Interoffice Memo from Salazar to Daily | Y |
| 147. | 12/31/95 Checklist for Evaluating the Level and Direction of Overall Inherent Risk, Form B-2 | Y |
| 148. | 12/31/95 Checklist for Determining Materiality, Form B-3 | Y |

| # | Description | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 149. | 12/31/95 Audit Planning Program, Form B-1 | Y | | | | | | | | | | | | | | | |
| 150. | 12/31/95 Requested Audit Schedules | Y | | | | | | | | | | | | | | | |
| 151. | 12/31/95 Audit Program, Expenditure Cycle | Y | | | | | | | | | | | | | | | |
| 152. | 12/31/95 Disclosure Requirements for Financial Statements of Nonpublic Businesses, Form CCX | Y | | | | | | | | | | | | | | | |
| 153. | 12/31/95 Income Recognition | Y | | | | | | | | | | | | | | | |
| 154. | 2/26/96 Letter from Gordon (Watson Wyatt) To PCIC Board of Directors | | | | | | | | | | | | | | | | |
| 155. | 3/27/96 Letter from Diel (Watson Wyatt) To Phillips (CCI) | Y | | | | | | | | | | | | | | | |
| 156. | 3/29/96 Interoffice Memo from Salazar To Phillips | Y | | | | | | | | | | | | | | | |
| 157. | 4/29/96 Interoffice Memo from Salazar To Phillips | Y | | | | | | | | | | | | | | | |
| 158. | 5/1/96 Specific Discretionary Authority | Y | | | | | | | | | | | | | | | |
| 159. | 5/3/96 Interoffice Correspondence from Salazar To Daily | Y | | | | | | | | | | | | | | | |
| 160. | 5/3/96 Interoffice Memo from Salazar To Daily | Y | | | | | | | | | | | | | | | |
| 161. | 6/28/96 Memo from Salazar to Daily | Y | | | | | | | | | | | | | | | |
| 162. | 7/9/96 Letter from Brown (Brown Schultz) to Phillips (CCI) with Attached Invoice | Y | | | | | | | | | | | | | | | |
| 163. | 8/31/96 Income Recognition | Y | | | | | | | | | | | | | | | |
| 164. | 10/2/96 Letter from Miller (CCI) To Salazar (USFG) | Y | | | | | | | | | | | | | | | |
| 165. | 12/9/96 Fax from Petrowski (Watson Wyatt) To Phillips (CCI) with Attached 12/9/96 Letter | | | | | | | | | | | | | | | | |
| 166. | 12/12/96 Letter from Bruce Brown to Sheri Phillips | Y | | | | | | | | | | | | | | | |
| 167. | 12/13/96 Annual Budget Input Form - Budget/Time Summaries | Y | | | | | | | | | | | | | | | |
| 168. | 12/31/96 Semi-Annual Performance Summary and Career Counseling -- Corinne Rebinski with Attached Performance Appraisals | Y | | | | | | | | | | | | | | | |
| 169. | 12/31/96 Requested Audit Schedules | Y | | | | | | | | | | | | | | | |
| 170. | 12/31/96 CCI Debt Covenant Compliance Worksheet | Y | | | | | | | | | | | | | | | |
| 171. | 12/31/96 Checklist for Evaluating the Level and Direction of Overall Inherent Risk, Form B-2 | Y | | | | | | | | | | | | | | | |
| 172. | 12/31/96 Checklist for Determining Materiality | Y | | | | | | | | | | | | | | | |
| 173. | 12/31/96 Disclosure Requirements for Financial Statements of Nonpublic Businesses | Y | | | | | | | | | | | | | | | |
| 174. | 12/31/96 Supplemental Disclosure Checklist for Construction Contractors/Homebuilders | Y | | | | | | | | | | | | | | | |
| 175. | 12/31/96 Note on Worksheet Re. Change Orders | Y | | | | | | | | | | | | | | | |
| 176. | 12/31/96 Completed Contracts Worksheet | Y | | | | | | | | | | | | | | | |

| # | Description | |
|---|---|---|
| 177. | 12/31/96 Completed Contracts | Y |
| 178. | 12/31/96 Test of Job Cost System | Y |
| 179. | 12/31/96 Estimated Cost to Complete and Percent Complete | Y |
| 180. | 12/31/96 Audit Program Lead Sheet | Y |
| 181. | 12/31/96 Audit Program, Expenditure Cycle | Y |
| 182. | 12/31/96 Audit Program, Revenue Cycle | Y |
| 183. | 12/31/96 Audit Planning Program | Y |
| 184. | 12/31/96 Guide for Review of Workpapers Under U.S. Auditing Standards | Y |
| 185. | 12/31/96 Comparison of Estimated Costs to Complete with Original Estimate Worksheet | Y |
| 186. | 1997 Restated Financial Statement | |
| 187. | 1/6/97 Letter from Brown (Brown Schultz) to Phillips (CCI) | Y |
| 188. | 1/9/97 Fax from Petrowski (Watson Wyatt) To Phillips (CCI) with Attached 1/9/97 Letter | |
| 189. | 3/31/97 Income Recognition | Y |
| 190. | 4/3/97 Detailed Work in Process | |
| 191. | 4/15/97 Letter from Schwartz (Dauphin Deposit Bank) to Phillips | Y |
| 192. | 4/29/97 Meeting Memo from Phillips To File | Y |
| 193. | 5/1/97 Specific Discretionary Authority Notice | Y |
| 194. | 5/1/97 Interoffice Correspondence from Salazar To Daily | Y |
| 195. | 6/2/97 Bond Request Re. Camp Fretterd Armory | Y |
| 196. | 7/24/97 Letter from Brown (Brown Schultz) To Phillips (CCI) with invoice attached | Y |
| 197. | 8/19/97 Interoffice Memo from Salazar To Daily with Attached 8/15/97 Letter from Dominiani (Byerly) To Phillips (USFG) | Y |
| 198. | 8/20/97 Financials Report - Balance Sheet | Y |
| 199. | 8/20/97 Financials Report - Income Statement | Y |
| 200. | 8/20/97 WIP Schedule Report with Attached 8/4/97 Detailed Work in Process - General Contracting | Y |
| 201. | 8/26/97 E-Mail from Daily to Salazar and Walter | Y |
| 202. | 8/27/97 CCI Written Consent of Shareholder in Lieu of Special Meeting | Y |
| 203. | 8/27/97 CCI Written Consent of Shareholder in Lieu of Special Meeting - Underlined with attached Spreadsheet | Y |
| 204. | 9/3/97 Bond Approval Re. McGuire AFB | Y |

| # | Description | | | | Y |
|---|---|---|---|---|---|
| 205. | 9/5/97 Letter from Ortenzio (CCI) to Daily (USFG) | | | | Y |
| 206. | 9/5/97 Letter from Ortenzio (CCI) to Phillips (USFG) | | | | Y |
| 207. | 9/30/97 CCI Balance Sheet and Income Statement | | | | Y |
| 208. | 10/3/97 Employment Agreement Between Miller and CCI | | | | Y |
| 209. | 10/9/97 Letter from Dominiani (Byerly) to Ortenzio (CCI) Re. Bonding Requirements | | | | |
| 210. | 10/10/97 Interoffice Memo from Daily To Salazar with Attached 9/5/97 Letter from Ortenzio (CCI) To Daily (USFG) and Master Surety Agreement | | | | Y |
| 211. | 11/7/97 Letter from Dominiani (Byerly) To Ortenzio (CCI) | | | | |
| 212. | 11/7/97 Letter from Brown (Brown Schultz) To Phillips (CCI) with attached 11/7/97 Invoice | | | | |
| 213. | 1997 Audit Work Papers | | | | Y |
| 214. | 12/11/97 Evaluation for Corrine Rebinski Re. Ortenzio with Performance Appraisal | | | | Y |
| 215. | 12/18/97 Financials Report - Balance Sheet | | | | Y |
| 216. | 12/18/97 Financials Report - Income Statement | | | | Y |
| 217. | 12/18/97 WIP Schedule Report with Attached 12/1/97 Detailed Work in Process - General Contracting | | | | Y |
| 218. | 12/31/97 Semi-Annual Performance Summary and Career Counseling with Attached Performance Appraisals - Corrine Rebinski | | | | Y |
| 219. | 12/31/97 Requested Audit Schedules | | | | |
| 220. | 12/31/97 Guide for Review of Workpapers Under U.S. Auditing Standards | | | | |
| 221. | 1998 Restated Financial Statement | | | | |
| 222. | 1998 Audit Work Papers | | | | Y |
| 223. | 1998 John Ortenzio's Corporate and Partnership Interests | | | | Y |
| 224. | 3/23/98 Financials Report - Balance Sheet | | | | Y |
| 225. | 3/23/98 Financials Report - Income Statement | | | | Y |
| 226. | 3/23/98 Financials Report - WIP Schedule Report | | | | Y |
| 227. | 4/15/98 Financials Report - Balance Sheet | | | | Y |
| 228. | 4/15/98 Financials Report - Income Statement | | | | Y |
| 229. | 4/15/98 Interoffice Correspondence from Salazar To Daily | | | | Y |
| 230. | 4/20/98 Letter from Schwartz (Dauphin Deposit Bank) To Phillips (CCI) | | | | Y |
| 231. | 4/22/98 Memo from Phillips (USFG) to File | | | | Y |
| 232. | 4/29/98 Letter from Brown (Brown Schultz) To Phillips | | | | |

| # | Description | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (CCI) | | | | | | | | | | | | | | |
| 233. | 5/8/98 Letter from Swartzmiller (CCI) to Treffinger (Scholl, Sowers) | | | | | | | | | | | | | | |
| 234. | 5/15/98 Letter from Dominiani (DJL) to Phillips (USFG) | | Y | | | | | | | | | | | | |
| 235. | 6/4/98 Letter from Swartzmiller (CCI) To Treffinger (Scholl Sowers) | | | | | | | | | | | | | | |
| 236. | 6/30/98 Income Statement | | | Y | | | | | | | | | | | |
| 237. | 8/17/98 Letter from Dominiani (DJL) to Phillips (USFG) with handwriting | | | | Y | | | | | | | | | | |
| 238. | 8/17/98 Letter from Dominiani (DJL) to Phillips (USFG) with handwriting with Attached Projected Profit Analysis | | | | | Y | | | | | | | | | |
| 239. | 8/31/98 Job Specific Performance Appraisal -- Deb Bowman | | | | | | | | | | | | | | |
| 240. | 9/29/98 Letter from Dominiani (DJL) To Phillips (USFG) | | | | | | | Y | | | | | | | |
| 241. | 10/27/98 Subcontractors (CCI/Ortenzio) Progress Meeting Minutes No. 6 | | | | | | | | | | | | | | |
| 242. | 11/4/98 Project Status/Issues Report | | | | | | | | | | | | | | |
| 243. | 11/4/98 Project Schedule Milestones | | | | | | | | | | | | | | |
| 244. | 11/9/98 Letter from Brown (Brown Schultz) To Phillips (CCI) | | | | | | | | | | | | | | |
| 245. | 11/9/98 Letter from Brown (Brown Schultz) To Phillips (CCI) with handwriting | | | | | | | | | | | | | | |
| 246. | 11/12/98 Brown Schultz Invoice | | | | | | | | | | | | | | |
| 247. | 12/2/98 Fax from Dominiani (DJL) To Phillips (USFG) | | | | | | | | | | | Y | | | |
| 248. | 12/2/98 Bond Approval | | | | | | | | | | | | Y | | |
| 249. | 12/2/98 Project Status/Issues Report | | | | | | | | | | | | | | |
| 250. | 12/2/98 Project Schedule Milestones | | | | | | | | | | | | | | |
| 251. | 12/7/98 Financials Report - Balance Sheet | | | | | | | | | | | | | | Y |
| 252. | 12/7/98 WIP Schedule Report with Attached 10/98 Detailed Work in Process - General Contracting and Projected Profit Analysis | | | | | | | | | | | | | | Y |
| 253. | 12/9/98 Project Status/Issues Report | | | | | | | | | | | | | | |
| 254. | 12/9/98 Project Schedule Milestones | | | | | | | | | | | | | | |
| 255. | 12/9/98 WIP Schedule Report for 10/31/98 | | | | | | | | | | | | | | Y |
| 256. | 12/9/98 WIP Schedule Report for 6/30/98 | | | | | | | | | | | | | | Y |
| 257. | 12/21/98 Semi-Annual Career Counseling and Evaluation with Attached Job Specific Performance Appraisals and 11/24/98 Memos | | | | | | | | | | | | | | |
| 258. | 12/22/98 E-Mail from Phillips To Walter, Hussey, and Daily | | | | | | | | | | | | | | Y |

| # | Description | |
|---|---|---|
| 259. | 12/22/98 Dennis T. McGinley Resume | Y |
| 260. | 12/23/98 WIP Schedule Report | Y |
| 261. | 12/23/98 Letter from Dominiani (DJL) To Phillips (USFG) with Attached 1998 Profit Projections | Y |
| 262. | 12/23/98 Memo from Salazar (St. Paul) To Daily and Walter (St. Paul) | Y |
| 263. | 12/28/98 Memo from Avery (CCI) To Dominiani (DJL) with Attached Chubb Resume | Y |
| 264. | 12/98 Guaranty Agreement, PCIC, $1.2 Million | Y |
| 265. | 12/98 Guaranty Agreement, PCIC, $1,162,460 | |
| 266. | 12/31/98 Budget/Time Summary - PCIC | |
| 267. | 12/31/98 Summary of Earned Premiums Worksheet - PCIC | |
| 268. | 12/31/98 Schedule of Remedial Work Policies - PCIC | |
| 269. | 12/31/98 Remedial Work Claim Reserve Calculation - PCIC | |
| 270. | 12/31/98 Claims in Course of Settlement Reserve | |
| 271. | 12/31/98 and 1997 PCIC Audit Report | |
| 272. | 12/31/98 PCIC Modification of Auditors' Report | |
| 273. | 12/31/98 Job Specific Performance Appraisal -- Deb Bowman | |
| 274. | 12/31/98 Guide for Review of Workpapers Under U.S. Auditing Standards | Y |
| 275. | 1/5/99 Memo from Phillips (USFG) To File, Daily, Hussey, Walter | |
| 276. | 1/5/99 CCI Meeting Agenda | Y |
| 277. | 1/7/99 Bond Approval | Y |
| 278. | 1/7/99 Bond Approval Re. State Route 0011-008/U.S. 11/15, PA | Y |
| 279. | 1/11/99 Letter from Merski (Dept. of Army) To CCI | |
| 280. | 1/12/99 Letter from Brown to Phillips (PCIC) | |
| 281. | 1/27/99 Notice of New Business Re. VCU | Y |
| 282. | 2/3/99 Project Status/Issues Report | |
| 283. | 2/3/99 Project Schedule Milestones | |
| 284. | 2/10/99 Project Status/Issues Report | |
| 285. | 2/10/99 Project Schedule Milestones | |
| 286. | 2/17/99 Project Status/Issues Report | |
| 287. | 2/17/99 Project Schedule Milestones | |
| 288. | 2/18/99 Bond Approval | Y |

| # | Description | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 289. | 2/19/99 State Licensing Priority | Y | | | | | | | | | | | | | | |
| 290. | 2/25/99 Letter from Phillips (CCI) To Schwartz (Dauphin Deposit Bank) | | | | | | | | | | | | | | | |
| 291. | 2/25/99 Letter from Phillips (CCI) To Dominiani (DJL) | | | Y | | | | | | | | | | | | |
| 292. | 3/2/99 WIP Schedule Report | | | | Y | | | | | | | | | | | |
| 293. | 3/4/99 Financials Report - Income Statement | | | | | Y | | | | | | | | | | |
| 294. | 3/4/99 Financials Report - Balance Sheet | | | | | | | | | | | | | | | |
| 295. | 3/8/99 PCIC Independent Auditor's Report with Certificate as to Insurers Solvency and Solvency Assessment Schedule for CCI Insurers | | | | | | | | | | | | | | | |
| 296. | 3/9/99 Memorandum from Petrowski To Phillips and Sechrist | | | | | | | Y | | | | | | | | |
| 297. | 3/22/99 Letter from Gordon (GPW) To PCIC | | | | | | | | | | | | | | | |
| 298. | 3/23/99 Letter from Schwartz (First National Bank) To Phillips (CCI) | | | | | | | | | Y | | | | | | |
| 299. | 3/30/99 Letter from Bowman (Brown Schultz) To Financial Services Commission | | | | | | | | | | | | | | | |
| 300. | 3/31/99 Job Specific Performance Appraisal -- Deb Bowman | | | | | | | | | | Y | | | | | |
| 301. | 5/1/99 Specific Discretionary Authority Notice | | | | | | | | | | | | | | | |
| 302. | 5/31/99 Semiannual Performance Summary -- Deb Bowman | | | | | | | | | | | Y | | | | |
| 303. | 6/14/99 Bond Approval Re. VA Listed Barracks | | | | | | | | | | | | Y | | | |
| 304. | 6/14/99 Bond Approval Re. FBI Academy Renovations | | | | | | | | | | | | | | | |
| 305. | 6/18/99 Semi-Annual Performance Appraisal Memo -- Corrine Rebinski with Attached internal Memos and 12/31/98 Job Specific Performance Appraisals | | | | | | | | | | | | | | | |
| 306. | 6/21/99 Letter from Miller (CCI) To Drumwright (James River) with Fax Cover Sheet to Dominiani and Fax Cover from Dominiani to Phillips (USFG) | | | | | | | | | | | | | Y | | |
| 307. | 6/23/99 WIP Schedule Report with Attached 3/99 Detailed Work in Process - General Contracting | | | | | | | | | | | | | | Y | |
| 308. | 6/25/99 WIP Schedule Report with Attached 6/98 Detailed Work in Process - General Contracting | | | | | | | | | | | | | | | Y |
| 309. | 7/19/99 Letter from Ortenzio (CCI) To Penwell (PCIC) | | | | | | | | | | | | | | | |
| 310. | 7/27/99 Bond Approval Re. PA Turnpike | | | | | | | | | | | | | | | Y |
| 311. | 8/99 CCI Projections for 1999 and 2000 | | | | | | | | | | | | | | | Y |
| 312. | 8/20/99 Bond Approval Re. State Route 78 | | | | | | | | | | | | | | | Y |
| 313. | 8/20/99 Financials Report - Income Statement | | | | | | | | | | | | | | | Y |
| 314. | 8/20/99 WIP Summary Report | | | | | | | | | | | | | | | Y |

| # | Description | |
|---|---|---|
| 315. | 8/20/99 Financials Report – Ratios | Y |
| 316. | 8/20/99 Ratio Analysis Report | Y |
| 317. | 8/20/99 Financials Report - Balance Sheet | Y |
| 318. | 8/20/99 Folder Summary Report | Y |
| 319. | 8/20/99 Folder Exceptions Report | Y |
| 320. | 8/30/99 Letter from Dominiani (DJL) To Phillips (USFG) with Fax Cover from Phillips (USFG) To Daily (USFG) | Y |
| 321. | 10/6/99 Letter from Ortenzio (CCI) To Dominiani (DJL) with Attached 2000 Projections and Fax Cover from Salazar (St. Paul) To Walter (St. Paul) | Y |
| 322. | 10/12/99 WIP Schedule Report with Attached 6/99 Detailed Work in Process - General Contracting | Y |
| 323. | 10/15/99 Memo from Phillips (St. Paul) To File with Attached 1999/2000 Projections and Fax Cover to Walters (St. Paul) | Y |
| 324. | 10/22/99 Fax Cover from Phillips (St. Paul) To Walter (St. Paul) with Attached Agenda for 10/27/99 CCI Meeting | Y |
| 325. | 10/28/99 Memo from Phillips (St. Paul) To File with Fax Cover To Walters (St. Paul) | Y |
| 326. | 11/30/99 CCI Income Statement | Y |
| 327. | 11/30/99 E-Mail from Schumaker To Corriveau, Walter and Silverstein Re. Scott Air Force Base Claim | Y |
| 328. | 12/31/99 Job Specific Performance Appraisal -- Deb Bowman | |
| 329. | 12/31/99 Job Specific Performance Appraisal -- Semiannual Performance Summary -- Corrine Rebinski with attached 12/98 Job Specific Performance Appraisal | |
| 330. | 12/31/99 Balance Sheet | |
| 331. | 12/31/99 PCIC G/L Detail Trial Balance | |
| 332. | 12/31/99 PCIC Summary of Earned Premiums | |
| 333. | 12/31/99 PCIC Schedule of Remedial Work Policies | |
| 334. | 1/7/00 Letter from Miller (CCI) To Dominiani (DJL) | Y |
| 335. | 1/18/00 Letter from Salazar (St. Paul) To Dominiani (DJL) | Y |
| 336. | 2/2/00 WIP Schedule Report with Attached 11/99 Work in Process | Y |
| 337. | 2/17/00 Fax Cover from Phillips (St. Paul) To Walter (St. Paul) with Attached 12/31/99 In-House Financial Statement/WIP | Y |

| # | Description | | | | | |
|---|---|---|---|---|---|---|
| 338. | 2/18/00 Letter from Miller (CCI) To Dominiani (DJL) | Y | | | | |
| 339. | 2/18/00 WIP Schedule Report | Y | | | | |
| 340. | 3/2/00 Letter from Kazlow (St. Paul) To Ortenzio (CCI) | Y | | | | |
| 341. | 3/22/00 Acceptance of Tender RE. PA Turnpike | | | | | |
| 342. | 3/00 Assignment Agreement Re. PA Turnpike | | | | | |
| 343. | 5/15/00 Takeover Agreement Re. Outlook Pointe Westerville | | | | | |
| 344. | 5/00 Collateral Assignment of Takeover Agreement Re. Outlook Pointe Westerville | | | | | |
| 345. | 7/11/00 Verification of Brown | Y | | | | |
| 346. | 8/15/00 Quarterly Overall Performance Review -- Corrine Rebinski with Attached 7/6/00 Semi-Annual Performance Appraisal Memo | | | | | |
| 347. | 8/13/02 Fax from Brenner to Carson (Swartz, Campbell) | | | | | |
| 348. | 8/20/02 Telecon with Brown, McCarron, Carson, Brenner, and Jefferis | | | | | |
| 349. | 8/21/02 Letter from Brenner to McCarron with Exhibits | | | | | |
| 350. | Ortenzio Personal Financial Statement | | | | | |
| 351. | The Brenner Group Website Content, Printed 4/4/03 | Y | | | | |
| 352. 37635/1 7/JAM | Curriculum Vitae of Bruce J. Brown | | | | | |
| 353. | Resumes of Ortenzio, Miller, Barber, Heck, Powers, Phillips, McAninch, Morgan, Sechrist, Granza | Y | | | | |
| 354. | Handwritten Notes | | | | | |
| 355. | Handwritten Notes | | | | | |

#277762 v1/36432/87