IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY, Plaintiff | : NO. 1:01-CV-813 : : : |
| v. | : (Judge Conner) |
| BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ, Defendants | : : : : |

## ORDER

AND NOW, this 27th day of October, 2003, it is hereby ORDERED that the second week of trial in this case is scheduled to be held during the week of **November 17, 2003**, and the third week of trial is scheduled to be held beginning on **Wednesday, January 14, 2004**. It is further ORDERED that counsel for both parties in the captioned action are hereby attached for both of the above-referenced trial periods.

BY THE COURT:

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge