258

```
  1              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
  2                     HARRISBURG DIVISION

  3   UNITED STATES FIDELITY &   : CASE NO.
      GUARANTY COMPANY,          : 1:01-CV-00813
  4               Plaintiff      :
              vs.                :
  5   BROWN, SCHULTZ, SHERIDAN   :
      and FRITZ, et al.,         : Harrisburg, PA
  6               Defendants     : 21 October 2003
      ...........................: 9:00 a.m.
  7

  8     TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 2
         BEFORE THE HONORABLE CHRISTOPHER C. CONNER
  9               UNITED STATES DISTRICT JUDGE

 10   APPEARANCES:
                                          ORIGINAL
 11   For the Plaintiff:

 12      Peter B. McGlynn, Esq.
         Bruce D. Levin, Esq.
 13      Bernkopf, Goodman & Baseman, L.L.P.
         125 Summer Street, Suite 1300
 14      Boston, MA 02110
         (617) 790-3000
 15

 16   For the Defendants:                    FILED

 17      Jeffrey B. McCarron, Esq.        OCT 30 2003
         Kathleen M. Carson, Esq.
 18      Swartz, Campbell & Detweiler  MARY E. D'ANDREA, CLERK
         1601 Market Street, 34th Floor
 19      Philadelphia, PA 19103-2316   PER____ HBG, PA DEPUTY CLERK
         (215) 299-4376
 20

 21   Court Reporter:

 22      Wesley J. Armstrong, RPR
         Official Court Reporter
 23      U.S. Courthouse, 228 Walnut Street
         Harrisburg, PA 17108
 24      (443) 418-7154

 25
```