```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2                      HARRISBURG DIVISION

 3   UNITED STATES FIDELITY &   : CASE NO.
     GUARANTY COMPANY,          : 1:01-CV-00813
 4              Plaintiff       :
            vs.                 :
 5   BROWN, SCHULTZ, SHERIDAN   :
     and FRITZ, et al.,         : Harrisburg, PA
 6              Defendants      : 22 October 2003
     ........................... : 9:00 a.m.
 7


 8     TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 3
         BEFORE THE HONORABLE CHRISTOPHER C. CONNER
 9                UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   For the Plaintiff:

12       Peter B. McGlynn, Esq.
         Bruce D. Levin, Esq.
13       Bernkopf, Goodman & Baseman, L.L.P.
         125 Summer Street, Suite 1300
14       Boston, MA 02110
         (617) 790-3000
15
                                      ORIGINAL

16   For the Defendants:

17       Jeffrey B. McCarron, Esq.
         Kathleen M. Carson, Esq.
18       Swartz, Campbell & Detweiler
         1601 Market Street, 34th Floor      FILED
19       Philadelphia, PA 19103-2316      HARRISBURG, PA
         (215) 299-4376
20                                         NOV 3 2003

21   Court Reporter:                     MARY E. D'ANDREA, CLERK
                                         Per _____
22       Wesley J. Armstrong, RPR             Deputy Clerk
         Official Court Reporter
23       U.S. Courthouse, 228 Walnut Street
         Harrisburg, PA 17108
24       (443) 418-7154

25
```