Case 1:01-cv-00813-CCC   Document 149   Filed 11/04/2003   Page 1 of 1
730

```
 1           IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2                    HARRISBURG DIVISION

 3   UNITED STATES FIDELITY &     : CASE NO.
     GUARANTY COMPANY,            : 1:01-CV-00813
 4              Plaintiff         :
             vs.                  :
 5   BROWN, SCHULTZ, SHERIDAN     :
     and FRITZ, et al.,           : Harrisburg, PA
 6              Defendants        : 23 October 2003
     ........................... : 9:00 a.m.
 7


 8     TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 4
        BEFORE THE HONORABLE CHRISTOPHER C. CONNER
 9               UNITED STATES DISTRICT JUDGE

10   APPEARANCES:                          FILED
                                       HARRISBURG, PA
11   For the Plaintiff:
                                         NOV  4 2003
12       Peter B. McGlynn, Esq.
         Bruce D. Levin, Esq.          MARY E. D'ANDREA, CLERK
13       Bernkopf, Goodman & Baseman, L.L.P.
         125 Summer Street, Suite 1300     Deputy Clerk
14       Boston, MA 02110
         (617) 790-3000
15
                                          ORIGINAL
16   For the Defendants:

17       Jeffrey B. McCarron, Esq.
         Kathleen M. Carson, Esq.
18       Swartz, Campbell & Detweiler
         1601 Market Street, 34th Floor
19       Philadelphia, PA 19103-2316
         (215) 299-4376
20


21   Court Reporter:

22       Wesley J. Armstrong, RPR
         Official Court Reporter
23       U.S. Courthouse, 228 Walnut Street
         Harrisburg, PA 17108
24       (443) 418-7154

25
```