```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                   HARRISBURG DIVISION

UNITED STATES FIDELITY &    : CASE NO.
GUARANTY COMPANY,           : 1:01-CV-00813
            Plaintiff       :
     vs.                    :
BROWN, SCHULTZ, SHERIDAN    :
and FRITZ, et al.,          : Harrisburg, PA
            Defendants      : 24 October 2003
............................: 9:00 a.m.


   TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 5
    BEFORE THE HONORABLE CHRISTOPHER C. CONNER
             UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:                        ORIGINAL

    Peter B. McGlynn, Esq.
    Bruce D. Levin, Esq.
    Bernkopf, Goodman & Baseman, L.L.P.
    125 Summer Street, Suite 1300
    Boston, MA 02110
    (617) 790-3000


For the Defendants:

    Jeffrey B. McCarron, Esq.
    Kathleen M. Carson, Esq.
    Swartz, Campbell & Detweiler
    1601 Market Street, 34th Floor
    Philadelphia, PA 19103-2316
    (215) 299-4376


Court Reporter:

    Wesley J. Armstrong, RPR
    Official Court Reporter
    U.S. Courthouse, 228 Walnut Street
    Harrisburg, PA 17108
    (443) 418-7154
```

FILED NOV [?] 2003
MARY E. D'ANDREA, CLERK
PER _____ HBG, PA DEPUTY CLERK