1703

```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                     HARRISBURG DIVISION

UNITED STATES FIDELITY &     : CASE NO.
GUARANTY COMPANY,            : 1:01-CV-00813
            Plaintiff        :
         vs.                 :
BROWN, SCHULTZ, SHERIDAN     :
and FRITZ, et al.,           : Harrisburg, PA
            Defendants       : 19 November 2003
.............................: 9:00 a.m.


    TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 8
      BEFORE THE HONORABLE CHRISTOPHER C. CONNER
              UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:

    Peter B. McGlynn, Esq.
    Bruce D. Levin, Esq.
    Bernkopf, Goodman & Baseman, L.L.P.
    125 Summer Street, Suite 1300
    Boston, MA 02110
    (617) 790-3000
```

**ORIGINAL**

```
For the Defendants:

    Jeffrey B. McCarron, Esq.
    Kathleen M. Carson, Esq.
    Swartz, Campbell & Detweiler
    1601 Market Street, 34th Floor
    Philadelphia, PA 19103-2316
    (215) 299-4376
```

**FILED**
**HARRISBURG, PA**
**DEC 11 2003**
MARY E D'ANDREA, CLERK
Per A.S.O.W.
Deputy Clerk

```
Court Reporter:

    Wesley J. Armstrong, RPR
    Official Court Reporter
    U.S. Courthouse, 228 Walnut Street
    Harrisburg, PA 17108
    (443) 418-7154
```