```
 1             IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
 2                    HARRISBURG DIVISION

 3   UNITED STATES FIDELITY &    : CASE NO.
     GUARANTY COMPANY,           : 1:01-CV-00813
 4                 Plaintiff     :
            vs.                  :
 5   BROWN, SCHULTZ, SHERIDAN    :
     and FRITZ, et al.,          : Harrisburg, PA
 6                 Defendants    : 21 November 2003
     .............................: 9:00 a.m.
 7

 8     TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 10
        BEFORE THE HONORABLE CHRISTOPHER C. CONNER
 9               UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   For the Plaintiff:

12      Peter B. McGlynn, Esq.
        Bruce D. Levin, Esq.
13      Bernkopf, Goodman & Baseman, L.L.P.
        125 Summer Street, Suite 1300
14      Boston, MA 02110
        (617) 790-3000
15
                                         ORIGINAL
16   For the Defendants:

17      Jeffrey B. McCarron, Esq.
        Kathleen M. Carson, Esq.
18      Swartz, Campbell & Detweiler
        1601 Market Street, 34th Floor
19      Philadelphia, PA 19103-2316            FILED
        (215) 299-4376                     HARRISBURG, PA
20
                                             DEC 22 2003
21   Court Reporter:
                                         MARY E. D'ANDREA, CLERK
22      Wesley J. Armstrong, RPR         Per /s/
        Official Court Reporter                Deputy Clerk
23      U.S. Courthouse, 228 Walnut Street
        Harrisburg, PA 17108
24      (443) 418-7154

25
```