IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** <br> **Plaintiff** <br><br> v. <br><br> **BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ,** <br> **Defendants** | : NO. 1:01-CV-0813 <br> : <br> : <br> : <br> : (Judge Conner) <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 26th day of January, 2004, as noted by the court at the conclusion of trial in the captioned matter, it is hereby ORDERED that defendants must file any motions for judgment as a matter of law on or before **Monday, January 26, 2004**. Plaintiff will have ten (10) days to respond to the same. It is further ORDERED that both parties' post-trial proposed findings of fact and conclusions of law, with record references, are due on or before **Friday, March 12, 2004**. Responses to the same, if any, are due on or before **Friday, March 26, 2004**. The court will defer its decision regarding the need for oral argument until after its review of said submissions.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge