UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States Fidelity and Guaranty Company | : <br> : <br> : |
| v. | :    Judge Connor <br> : |
| Bruce J. Brown and Brown, Schultz Sheridan & Fritz | : <br> :    No: 01-CIV-813 |

## **ORDER**

AND NOW, this _____ Day of _____, 2004, it is hereby

ORDERED that Defendants' Motion for Judgment as a Matter of Law is GRANTED

and judgment is entered in favor of defendants and against plaintiff.

BY THE COURT:

_____
                            J.