2655

```
IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
         HARRISBURG DIVISION


UNITED STATES FIDELITY &    : CASE NO.
GUARANTY COMPANY,           : 1:01-CV-00813
         Plaintiff          :
    vs.                     :
BROWN, SCHULTZ, SHERIDAN    :
and FRITZ, et al.,          : Harrisburg, PA
         Defendants         : 15 January 2003
............................: 9:00 a.m.


   TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 12
     BEFORE THE HONORABLE CHRISTOPHER C. CONNER
           UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:

    Peter B. McGlynn, Esq.
    Bruce D. Levin, Esq.
    Bernkopf, Goodman & Baseman,
    125 Summer Street, Suite 1300
    Boston, MA 02110
    (617) 790-3000


For the Defendants:

    Jeffrey B. McCarron, Esq.
    Kathleen M. Carson, Esq.
    Swartz, Campbell & Detweiler
    1601 Market Street, 34th Floor
    Philadelphia, PA 19103-2316
    (215) 299-4376


Court Reporter:

    Wesley J. Armstrong, RPR
    Official Court Reporter
    U.S. Courthouse, 228 Walnut Street
    Harrisburg, PA 17108
    (443) 418-7154
```

FILED
HARRISBURG, PA

FEB 0 3 2004

MARY E. D'ANDREA, CLERK
Per _____
    Deputy Clerk

ORIGINAL