```
               IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                       HARRISBURG DIVISION

UNITED STATES FIDELITY &     : CASE NO.
GUARANTY COMPANY,            : 1:01-CV-00813
              Plaintiff      :
         vs.                 :
BROWN, SCHULTZ, SHERIDAN     :
and FRITZ, et al.,           : Harrisburg, PA
              Defendants     : 16 January 2004
.............................: 9:00 a.m.


    TRANSCRIPT OF BENCH TRIAL PROCEEDINGS, DAY 13
     BEFORE THE HONORABLE CHRISTOPHER C. CONNER
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Plaintiff:

    Peter B. McGlynn, Esq.
    Bruce D. Levin, Esq.
    Bernkopf, Goodman & Baseman, L.L.P.
    125 Summer Street, Suite 1300
    Boston, MA 02110
    (617) 790-3000

**ORIGINAL**

For the Defendants:

    Jeffrey B. McCarron, Esq.
    Kathleen M. Carson, Esq.
    Swartz, Campbell & Detweiler
    1601 Market Street, 34th Floor
    Philadelphia, PA 19103-2316
    (215) 299-4376

**FILED**
HARRISBURG, PA
FEB 1 0 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Court Reporter:

    Wesley J. Armstrong, RPR
    Official Court Reporter
    U.S. Courthouse, 228 Walnut Street
    Harrisburg, PA 17108
    (443) 418-7154