# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES FIDELITY AND GUARANTY COMPANY,** | : : : | **CIVIL ACTION NO. 1:01-CV-0813** |
| **Plaintiff** | : : | **(Judge Conner)** |
| v. | : : | |
| **BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,** | : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of February, 2004, upon consideration of defendants' motion for judgment as a matter of law (Doc. 168), and following a bench trial, and it appearing that the evidence presented by the parties raises genuine factual issues concerning material aspects of plaintiff's claims and that full resolution of these factual disputes requires that the above-captioned case proceed to final judgment, the motion (Doc. 168) is DENIED. The court will render final judgment following submission of the parties' briefs and proposed findings of fact and conclusions of law.

　　　　　　　　　　　　　　　　　　　　 S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　United States District Judge