IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES FIDELITY AND GUARANTY COMPANY,**
   **Plaintiff**

  v.

**BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ,**
   **Defendants**

: NO. 1:01-CV-0813
:
:
:
: (Judge Conner)
:
:
:
:

## ORDER

AND NOW, this 3rd day of March, 2004, upon consideration of the parties' joint request for a brief extension of the post-trial briefing schedule, it is hereby ORDERED that the deadline for the filing of both parties' post-trial proposed findings of fact and conclusions of law, with record references, is extended to **Friday, March 19, 2004**. Accordingly, the deadline for filing responses to the same, if any, is extended to **Friday, April 2, 2004**.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge