IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>　　　Plaintiff | : NO. 1:01-CV-0813<br>:<br>: |
| v. | : (Judge Conner)<br>: |
| BRUCE J. BROWN and BRUCE SCHULTZ SHERIDAN & FRITZ,<br>　　　Defendants | :<br>:<br>: |

## ORDER

AND NOW, this 19th day of March, 2004, upon consideration of the defendants' unopposed request for a brief extension of the post-trial briefing schedule, it is hereby ORDERED that the deadline for the filing of both parties' post-trial proposed findings of fact and conclusions of law, with record references, is extended to **Wednesday, March 24, 2004**. Accordingly, the deadline for filing responses to the same, if any, is extended to **Wednesday, April 7, 2004**.

　　　　　　　　　　　　　　　　　　S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　United States District Judge