## **CERTIFICATE OF SERVICE**

I, Jeffrey B. McCarron, Esquire, counsel for defendants, Bruce J. Brown and Brown, Schultz Sheridan & Fritz, hereby certify that a copy of Post Trial Memorandum in Support of Verdict for Defendant was served upon all counsel listed below by U.S. regular mail and postage prepaid on March 24, 2004.

| | |
|---|---|
| Peter Speaker, Esquire<br>Thomas, Thomas & Hafer<br>305 North Front Street<br>Harrisburg, PA 17101 | Peter B. McGlynn, Esquire<br>Bruce D. Levin, Esquire<br>Bernkopf, Goodman & Baseman LLP<br>125 Summer Street, Suite 1300<br>Boston, MA 02110 |

    s/Jeffrey B. McCarron
Jeffrey B. McCarron

Date:   March 24, 2004