AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

UNITED STATES FIDELITY AND GUARANTY COMPANY,
      Plaintiff



v.

BRUCE J. BROWN and BROWN SHULTZ SHERIDAN & FRITZ,
      Defendants

CASE NUMBER: 1:01-CV-0813

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT JUDGMENT BE AND IS HEREBY ENTERED in favor of Defendants Bruce J. Brown and Brown Shultz Sheridan & Fritz, and against Plaintiff United States Fidelity and Guaranty Company, in accordance with a decision rendered by the Court, on July 6, 2004, following a bench trial in this matter.

Date: July 6, 2004

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk