UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br><br>    Defendants. | CIVIL ACTION NO. 1: 01-CV-00813<br><br>JUDGE CONNER |

## NOTICE OF APPEAL

Pursuant to Fed. R. Civ. P. 3(a), notice is hereby given that United States Fidelity & Guaranty Company hereby appeals against Bruce J. Brown and Brown Schultz Sheridan & Fritz to the United States Court of Appeals for the Third Circuit from the final judgment entered in the above-captioned proceeding on July 6, 2004.

> Respectfully submitted,
> UNITED STATES FIDELITY AND
> GUARANTY COMPANY,
> By its counsel,
>
> _____
> Peter B. McGlynn, Esquire
> Bruce D. Levin, Esquire
> Bernkopf, Goodman & Baseman LLP
> 125 Summer Street, Suite 1300
> Boston, Massachusetts 02110
> Telephone:   (617) 790-3000
> Facsimile:    (617) 790-3300

        and
Peter Speaker, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, Pennsylvania 17101
Telephone:   (717) 237-7100
Facsimile:    (717) 237-7105

Dated:  August 3, 2004
#295163 v1/36432/87

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>Plaintiff<br><br>v.<br><br>BRUCE J. BROWN and BROWN SCHULTZ SHERIDAN & FRITZ,<br>Defendants. | CIVIL ACTION NO. 1:01-CV-00813<br><br>JUDGE CONNER |

## CERTIFICATE OF SERVICE

I, Peter M. McGlynn, counsel for Plaintiff United States Fidelity & Guaranty Company hereby certify that on August 3, 2004 an original and four copies of the United States Fidelity & Guaranty Company's Notice of Appeal with a check in the amount of $255.00 was filed with the Clerk of Court, via Federal Express, and a copy served upon the following, via Federal Express:

Kimberly A. McKinney, Courtroom Deputy
The Chambers of the Honorable Christopher Conner
United States District Court for the
 Middle District of Pennsylvania
228 Walnut Street, 9th Floor, Courtroom 2
Harrisburg, PA  17108

Jeffrey McCarron, Esq.
Swartz Campbell LLC
1601 Market Street, 34th Fl.
Philadelphia, PA  19103-2316

_____
Peter B. McGlynn

Dated:  August 3, 2004
#295680 v1/36432/87

```
Wed Aug  4 11:01:26 2004

    UNITED STATES DISTRICT COURT

    SCRANTON       , PA

Receipt No.   111 141463
Cashier        jill

Check Number:  34735

D0 Code    Div No
 4667        1

Sub Acct Type Tender      Amount
0:086900  N     2         105.00
1:510000  N     2         150.00

Total Amount       $      255.00

   BERNKOPF GOODMAN LLP 125 SUMMER ST.
STE. 1300 BOSTON, MA 02110-1621

    FILING FEE FOR NOTICE OF APPEAL IN
CV-01-813



         cn
```