# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

United States Fidelity and
Guaranty Company,
    Plaintiff

v.

Bruce J. Brown and Brown, Schultz
Sheridan & Fritz,
    Defendants

FILED
HARRISBURG, PA

APR 09 2008

MARY E. D'ANDREA, CLERK

Judge Christopher Conner

No: 01-CIV-813

## NOTICE OF APPEAL

Pursuant to Fed. R. Civ. P. 3(a) notice is hereby given that Bruce J. Brown and Brown Schultz Sheridan & Fritz hereby appeals to the United States Court of Appeal from the final judgment entered in the above-captioned matter on July 6, 2004.

SWARTZ CAMPBELL LLC

BY: _Kathleen M. Carson_
JEFFREY B. MC CARRON
KATHLEEN M. CARSON
Attorney I.D. No. 49467/47981
1601 Market Street, 34th Floor
Philadelphia, PA 19103
(215) 564-5190

Attorneys for Bruce J. Brown and Brown, Schultz, Sheridan & Fritz

Dated: August 6, 2004

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Harrisburg Division)

| | |
|---|---|
| United States Fidelity and Guaranty Company,<br>        Plaintiff<br><br>v.<br><br>Bruce J. Brown and Brown, Schultz Sheridan & Fritz,<br>        Defendants | Judge Christopher Conner<br><br>No: 01-CIV-813 |

### CERTIFICATE OF SERVICE

I, Kathleen M. Carson, counsel for Bruce J. Brown and Brown, Schultz, Sheridan & Fritz, certify that, on August 6, 2004, a true and correct copy of the Notice of Appeal of Bruce J. Brown and Brown Schultz Sheridan & Fritz was served upon the following by overnight mail:

Kimberly A. McKinney, Courtroom Deputy
The Chambers of the Honorable Christopher C. Conner
United States District Court for the Middle District of Pennsylvania
228 Walnut Street, 9th Floor, Courtroom 2
Harrisburg, PA 17108

Peter M. McGlynn, Esquire
Bernkopf Goodman & Baseman, LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Peter Speaker, Esquire
Thomas, Thomas & Hafer
305 North Front Street
Harrisburg, PA 17101

_____
Kathleen M. Carson

Dated: August 6, 2004

```
Tue Aug 10 09:53:36 2004

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   111 141498
Cashier       jill

Check Number: 172641

D0 Code    Div No
 4667       1

Sub Acct Type Tender     Amount
0:086900  N     2        105.00
1:510000  N     2        150.00

Total Amount       $     255.00

   SWARTZ CAMBELL 1601 MARKET ST. PHIL
ADELPHIA, PA 19103

   FILING FEE FOR NOTICE OF APPEAL IN
CV-01-813


            cn
```