**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>Nos. 04-3230 and 04-3290</u>

US Fid Grnty Co

vs.

Brown, et al.

, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-00813)

**O R D E R**

    In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

                            Clerk
                            United States Court of Appeals
                            for the Third Circuit

Date: January 31, 2005

cc:
       Bruce D. Levin, Esq.
       Peter B. McGlynn, Esq.
       Jeffrey B. McCarron, Esq.